Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __Danielle D Spears__, Plaintiff pro se, do here by certify that on the __4TH__ Day of __DECEMBER__, 20 __24__, a true and correct copy of the foregoing pleading was forwarded to ____, the attorney for (Defendant) by ____ (State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail) ____ at the following address:____ (give address of Attorney for the Defendant) ____.

SECURITIES + EXCHANGE COMMISSION
100 F. ST. NE
WASHINGTON, DC 20549

Dated: __12/4/24__

_____
Signature of Plaintiff

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __Danielle D. Spears__, Plaintiff pro se, do here by certify that on the __4TH__ Day of __December__, 20__24__, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by ____(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)____ at the following address:____(give address of Attorney for the Defendant)____.

__GARY GENSLER__
__SEC/ CHAIRMAN__
__100 F. Street NE__
__WASHINGTON, DC 20549__

Dated: __12/4/24__

_____
Signature of Plaintiff

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __Danielle D Spears__, Plaintiff pro se, do here by certify that on the __4TH__ Day of __December__, 20__24__, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by ___(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)___ at the following address: ___(give address of Attorney for the Defendant)___.

__Financial Industry Regulatory Authority__
__1735 K Street NW__
__Washington, DC 20006__

Dated: __12/4/24__

_Danielle W Spears_
Signature of Plaintiff

51

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __Danielle D. Spears__, Plaintiff pro se, do here by certify that on the __4TH__ Day of __December__, 20__24__, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by ____(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)____ at the following address:____(give address of Attorney for the Defendant)____.

__Robert W Cook President__
__FINRA__
__1735 K Street NW__
__Washington, DC 20006__

Dated: __12/4/24__

__Danielle W Spears__
Signature of Plaintiff

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, **Danielle D Spears**, Plaintiff pro se, do here by certify that on the **4TH** Day of **December**, 20**24**, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by ___(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)___ at the following address: ___(give address of Attorney for the Defendant)___.

Depository Trust & Clearing Corp. (DTCC)
55 Water Street
New York, NY 10041-0024

Dated: 12/4/24

_Danielle D Spears_
Signature of Plaintiff

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __Danielle D Spears__, Plaintiff pro se, do here by certify that on the __4TH__ Day of __December__, 20 __24__, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by ____(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)____ at the following address:____(give address of Attorney for the Defendant)____.

Next Bridge HydroCarbons
500 W. TEXAS AV
Ste 1020
Midland, TX 79701

Dated: __12/4/24__

_____
Signature of Plaintiff

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __Danielle D Spears__, Plaintiff pro se, do here by certify that on the __4TH__ Day of __December__, 20__24__, a true and correct copy of the foregoing pleading was forwarded to ____, the attorney for (Defendant) by ____(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)____ at the following address:____(give address of Attorney for the Defendant)____.

Greg McCabe
CEO Next Bride Hydrocarbons
500 W. TEXAS AV
Ste 1020
Midland, TX 79701

Dated: __12/4/24__

_____
Signature of Plaintiff

Rev. Ed. October 26, 2017

51

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __Danielle D Spears__, Plaintiff pro se, do here by certify that on the __4TH__ Day of __December__, 20__24__, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by ___(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)___ at the following address: ___(give address of Attorney for the Defendant)___ .

John Brda
1425 Frontenay Ct.
St. Louis, MO 63122-1623

Dated: __12/4/24__

__Danielle D Spears__
Signature of Plaintiff

51

Rev. Ed. October 26, 2017

Attachment 11 - Certificate of Service

# CERTIFICATE OF SERVICE

I, __Danielle D Spears__, Plaintiff pro se, do here by certify that on the __4TH__ Day of __December__, 20__24__, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by ____(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)____ at the following address:____(give address of Attorney for the Defendant)____.

GTS Securities
545 Madison Av.
15TH floor
New York, NY 10022

Dated: __12/4/24__

__Danielle W. Spears__
Signature of Plaintiff

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, **Danielle D Spears**, Plaintiff pro se, do here by certify that on the **4TH** Day of **December**, 20**24**, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by ____(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)____ at the following address:____(give address of Attorney for the Defendant)____.

**ARI RUBENSTEIN
C/O GTS Securities
545 Madison Av. 15TH floor
New York, NY 10022**

Dated: **12/4/24**

_Danielle W Spears_
Signature of Plaintiff

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __Danielle D Spears__, Plaintiff pro se, do here by certify that on the __4TH__ Day of __DECEMBER__, 20__24__, a true and correct copy of the foregoing pleading was forwarded to ____, the attorney for (Defendant) by ____ (State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail) ____ at the following address: ____ (give address of Attorney for the Defendant) ____.

> Charles Schwab + Co, Inc.
> 3000 Schwab Way
> West Lake, TX
> 76262

Dated: __12/4/24__

__[signature]__
Signature of Plaintiff

Rev. Ed. October 26, 2017

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __Danielle D Spears__, Plaintiff pro se, do here by certify that on the __4TH__ Day of __DECEMBER__, 20__24__, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by ____(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)____ at the following address:____(give address of Attorney for the Defendant)____ .

EQUINITY AKA AST
6201 15th AV.
Brooklyn, NY 11219

Dated: __12/4/24__

_____
Signature of Plaintiff