UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND DIVISION

Danielle Spears, Pro se

Plaintiff

V.

SECURITIES & EXCHANGE COMMISSION, et al.,

Defendants

Case No. 7:24-CV-00321-DC

Honorable Judge David Counts

**MOTION FOR PERMISSION TO FILE ELECTRONICALLY**

Plaintiff, Danielle Spears, proceeding Pro se in the above-captioned matter, respectfully requests permission from this Honorable Court to participate in electronic case filing (ECF).

In Support of This Motion, Plaintiff States as Follows:

1. Plaintiff is representing herself Pro se in this matter.

2. Plaintiff has access to a computer with internet connectivity and the technical capability to utilize electronic filing systems.

3. Plaintiff is confident in her ability to learn and comply with the Court's electronic filing requirements.

4. Plaintiff has reviewed the Court's ECF rules and procedures and agrees to adhere to all technical and procedural requirements, including the submission of documents in PDF format and the use of a personal PACER account.

5. Plaintiff believes that electronic filing will facilitate more efficient communication with the Court and opposing counsel, while also reducing the administrative burden of paper filings.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant permission to register for the Court's Case Management/Electronic Case Filing (CM/ECF) system and to file electronically in this matter.

Respectfully submitted,

Signed by:
*Danielle Spears*
CAC0EAB17D654A1...

Danielle Spears , Pro se

12206 W. Harrison Street

Avondale, AZ 85323

Phone:  480-476-1091

2

Email: paymmtlpnow@gmail.com

Dated February 18, 2025