Phone Number: 480-4764-1001

Email Address: paymmtlpnow@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| Danielle Spears | CASE NUMBER |
|---|---|
| | 2:24-cv-782 |
| PLAINTIFF(S) | |
| v. | |
| Next Bridge Hydrocarbons, Gregory McCabe, John Brda, Roger N Wurtele, Kenneth Rice, Joseph DeWoody | **APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |
| DEFENDANT(S) | |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✓] A Computer with internet access.

   [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✓] A scanner to convert documents that are only in paper format into electronic files.

   [✓] A printer or copier to create required paper copies such as chambers copies.

   [✓] A word-processing program to create documents; and