IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DANIELLE SPEARS | § § § | |
| Plaintiff(s), | § | |
| VS. | § § | CAUSE NO. 7:24-cv-321 |
| GREG MCCABE | § | |
| Defendant(s). | § | |

## AFFIDAVIT OF SERVICE

On this day personally appeared **VIKKI JONES** who, being by me duly sworn, deposed and said:

"The following came to hand on **Mar 1, 2025, 1:04 pm,**

**SUMMONS, MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND EXTENSION OF TIME TO SERVE DEFENDANTS,**

and was executed at **500 WEST TEXAS AVENUE, SUITE 890, MIDLAND, TX 79701** within the county of **MIDLAND** at **02:42 PM** on **Mon, Mar 03 2025**, by delivering a true copy to the within named

**GREG MCCABE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_Vikki Jones_ (signature)

**VIKKI JONES**
Certification Number: PSC 10120
Certification Expiration: 12/31/2026
2000 EAST 42 ND STREET STE C - 384
Odessa, TX 79762
(432)638-2532 (432)550-5340

**BEFORE ME,** a Notary Public, on this day personally appeared **VIKKI JONES**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO ME ON MARCH 5, 2025**

12769937

_William Cupp_ (signature)
Notary Public, State of Texas



WILLIAM CUPP
Notary Public, State of Texas
My Commission Expires
March 11, 2028
NOTARY ID 134799592