UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| DANIELLE SPEARS, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | |
| § | Case No. 7:24-CV-321-DC-RCG |
| NEXT BRIDGE HYDROCARBONS, INC., § | |
| GREGORY MCCABE, JOHN BRDA, § | |
| SECURITIES & EXCHANGE § | |
| COMMISSION, FINANCIAL INDUSTRY § | |
| REGULATORY AUTHORITY, JANE DOE § | |
| 1–20, JOHN DO 1–20, § | |
| § | |
| *Defendants*. § | |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION

Pending before the Court is Defendant John Brda's Unopposed Motion to Extend Pleading Deadline. Upon consideration, the Court finds that the Motion should be, and hereby is, **GRANTED**.

Accordingly, it is **ORDERED** that Defendant John Brda may answer or otherwise respond to Plaintiff's Second Amended Complaint (Doc. 12), on or before June 16, 2025.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE