UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **DANIELLE SPEARS,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, JOHN BRDA, GREGORY MCCABE, NEXT BRIDGE HYDROCARBONS, JANE DOE 1-20, JOHN DOE 1-20** § <br> § <br> **Defendants.** § | CASE NO. 24-cv-00321-DC-RCG |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT

After considering Greg McCabe's ("McCabe") Consent Motion for Extension of Time to Respond to the Second Amended Complaint, Dkt.____, ("Motion"), it is hereby ORDERED that the Motion is GRANTED. The deadline for McCabe to move to dismiss or otherwise respond to the Second Amended Complaint is extended to and including May 12, 2025.

SIGNED this __ day of _____ 2025.

_____
David Counts
United States District Judge