

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT COURT OF TEXAS**
Docket number 7:24-cv-321

**Danielle Spears**

Plaintiff,

vs.

**John Brda,**

Defendant,

_____/

AFFIDAVIT OF SERVICE

I, Marybeth Rice affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 03/06/2025 at 4:23 PM, I served copies of the Summons in a Civil Action and Petition Personally upon **John Brda** as articulated below.

By leaving a copy at the individual's dwelling place or usual place of abode with some person of his / her Family over the age of 18 to wit:

Name: **Lucia Brda**                          Title/Relation: **Spouse**

Said service was effected at: **1425 Frontenay Court, Saint Louis, MO 63122.**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Female** Race: **White** Hair: **Black** Height: **5'6"** Weight: **170-179** Place: **House** Extras: **Glasses**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

_____
Marybeth Rice

The foregoing affidavit sworn and subscribed before me today, March 07, 2025

_____    _____    _____
Samantha Lynne Clark              Bridget Ranae Desimone              Richard A. Raymond

JobNo. 341274                                                          Fee For Service: $71.00

```
SAMANTHA LYNNE CLARK
Notary Public - Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: July 27, 2028
Commission # 20234881
```