**FILED**
MAR 21 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                  DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

Danielle Spears

vs.                                             Case No.: 7:24-cv-00321-DC-RCG

U.S Securities and Exchange Commission, et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _Casidy Rae Newcomer_, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent _Next Bridge Hydrocarbons Inc._ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) _Christian Attar_ with offices at:

   Mailing address: _1177 W Loop South, Suite 1700_

   City, State, Zip Code: _Houston, Texas 77027_

   Telephone: _(713) 659-7617_     Facsimile: _(713) 659-7641_

2. Since _October 30, 2020_, Applicant has been and presently is a member of and in good standing with the Bar of the State of _Texas_. Applicant's bar license number is _24121033_.

3. Applicant has been admitted to practice before the following courts:

   Court:                                  Admission date:

   Southern District of Texas              September 21, 2023


Receipt #1307

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 7:24-cv-317-DC-RCG on the 19 day of March, 2025.

Number: _____ on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

N/A

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: N/A

Mailing address: N/A

City, State, Zip Code: N/A

Telephone: N/A

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Casidy Rae Newcomer to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Casidy Rae Newcomer
[printed name of Applicant]

[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 19 day of March, 2025.

Casidy Rae Newcomer
[printed name of Applicant]

[signature of Applicant]