# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## MIDLAND DIVISION

Danielle Spears

vs.    Case No.: 7:24-cv-00321-DC-RCG

U.S Securities and Exchange Commission, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Casidy Rae Newcomer**, counsel for **Next Bridge Hydrocarbons Inc.**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Casidy Rae Newcomer** may appear on behalf of **Next Bridge Hydrocarbons Inc.** in the above case.

IT IS FURTHER ORDERED that **Casidy Rae Newcomer**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-I(f)(2).

SIGNED this the _____ day of **March** , 20_____.

_____
UNITED STATES DISTRICT JUDGE