UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **DANIELLE SPEARS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 7:24-cv-00321-DC-RCG |
| ) | |
| **SECURITIES AND EXCHANGE** ) | |
| **COMMISSION, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER ON CHRISTIANATTAR'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT NEXT BRIDGE HYDROCARBONS, INC.

After considering ChristianAttar's Motion to Withdraw as Attorneys of Record for Defendant Next Bridge Hydrocarbons, Inc. and Substitute Counsel, the Court:

**GRANTS** James W. Christian and Casidy R. Newcomer's Motion to Withdraw and

**ORDERS** that Judson Paul Manning of Field Manning Stone Aycock P.C. be substituted as attorney in charge for Defendant Next Bridge Hydrocarbons, Inc.

SIGNED on _____, 2025.

_____
U.S. DISTRICT JUDGE PRESIDING

APPROVED & ENTRY REQUESTED:

*/s/James W. Christian*
James W. Christian
Texas Bar No. 04228700
*jchristian@christianattarlaw.com*
Casidy Newcomer
Texas Bar No. 24121033
cnewcomer@christianattarlaw.com
CHRISTIANATTAR
1177 West Loop S, Suite 1700

Houston, Texas 77027
(713) 659-7617 telephone
(713) 659-7641 fax

**ATTORNEYS FOR DEFENDANT
NEXT BRIDGE HYDROCARBONS, INC.**


*/s/ J. Paul Manning*
J. Paul Manning
Texas Bar No. 24002521
jpmanning@lubbocklawfirm.com
**FIELD MANNING STONE AYCOCK P.C**
2112 Indiana AVE
Lubbock, TX 79410
806-792-0810 telephone
fax 806-792-9148 fax

**SUBSTITUTING ATTORNEY FOR
DEFENDANT NEXT BRIDGE
HYDROCARBONS, INC.**