IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| DANIELLE SPEARS,<br>　　　Plaintiff,<br><br>v.<br><br>NEXT BRIDGE HYDROCARBONS, INC.,<br>GREGORY McCABE, JOHN BRDA,<br>ROGER N. WURTELE, KENNETH RICE,<br>JOSEPH DeWOODY, CLIFTON DUBOSE<br>AND JANE DOE 1/20, JOHN DO 1-20<br>　　　Defendants. | §<br>§<br>§<br>§　　Case No. 7:24-CV-321-DC<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**[PROPOSED] ORDER GRANTING DEFENDANT,
NEXT BRIDGE HYDROCARBONS, INC.'S
UNOPPOSED MOTION TO EXTEND PLEADINGS DEADLINE**

Pending before the Court is Defendant Next Bridge Hydrocarbons, Inc's Unopposed Motion to Extend Pleadings Deadline. Upon consideration, the Court finds that the Motion should be, and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Defendant Next Bridge Hydrocarbons, Inc my answer or otherwise respond to Plaintiff's Second Amended Complaint (Doc. 13), on or before June 16, 2025.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE