IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| DANIELLE SPEARS, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> NEXT BRIDGE HYDROCARBONS, INC., § <br> GREGORY McCABE, JOHN BRDA, § <br> ROGER N. WURTELE, KENNETH RICE, § <br> JOSEPH DeWOODY, CLIFTON DUBOSE § <br> AND JANE DOE 1/20, JOHN DO 1-20 § <br>     Defendants. § | Case No. 7:24-CV-321-DC |

## ENTRY OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

I, **J. PAUL MANNING**, of the Law Offices of **FIELD MANNING STONE AYCOCK P.C.** hereby represent that this firm has been retained as additional counsel of record by **NEXT BRIDGE HYDROCARBONS, INC.,** and I hereby enter my appearance and the appearance of **JOSHUA D. FROST** as counsel of record for **NEXT BRIDGE HYDROCARBONS, INC.** in the above referenced cause, and request that the Clerk of this Court note the same in the Court's records.

SIGNED and dated May 8, 2025.

                                                  Respectfully submitted,

                                                *Signature on next page.*

*/s/ J. Paul Manning*
J. PAUL MANNING
State Bar No. 24002521
JOSHUA D. FROST
State Bar No. 24097711
**FIELD MANNING STONE AYCOCK P.C.**
A Professional Corporation
2112 Indiana Avenue
Lubbock, Texas 79410-1444
806/792-0810 (Telephone)
806/792-9148 (Facsimile)
jpmanning@lubbocklawfirm.com

### CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on May 8, 2025.

*/s/ J.Paul Manning*
J.Paul Manning