# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| DANIELLE SPEARS, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SECURITIES AND EXCHANGE )<br>COMMISSION, et al. )<br>)<br>)<br>)<br>Defendants. )<br>) | CASE NO. 7:24-cv-00321-DC-RCG |

## DECLARATION OF MELINDA HARDY

I, Melinda Hardy, state under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am an Assistant General Counsel in the Office of the General Counsel of the Securities and Exchange Commission (SEC). I make this declaration based on my personal knowledge and review of the SEC's records of administrative claims under the Federal Tort Claims Act.

2. To perform my official duties as Assistant General Counsel, I have access to records regarding Federal Tort Claims Act administrative claims maintained by the SEC in the regular course of business. This information is maintained in an SEC database.

3. On May 19, 2025, I oversaw a search of the SEC database containing Federal Tort Claims Act records for any administrative claim filed for or by Danielle Spears under the Federal Tort Claims Act. My review shows that no administrative claims have been filed for or by Ms. Spears.

Dated: May 19, 2025

_____
Melinda Hardy