IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| DANIELLE SPEARS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NEXT BRIDGE HYDROCARBONS, INC.,<br>GREGORY MCCABE, JOHN BRDA,<br>THE SECURITIES & EXCHANGE COMMISSION,<br>FINANCIAL INDUSTRY REGULATORY<br>AUTHORITY, and JANE DOE 1-20, JOHN DOE 1-20,<br><br>　　　　　　　　　　　Defendants. | Case No.:<br>7:24-CV-321-RCG-DC |

**ORDER GRANTING FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Came on for consideration Defendant Financial Industry Regulatory Authority, Inc.'s ("FINRA") Unopposed Motion for Extension of Time to File Reply Brief in Support of Motion to Dismiss Plaintiff's Second Amended Complaint. Upon consideration of same, the Court finds it is well taken and should be granted. Accordingly, therefore, it is

ORDERED that the Motion is **GRANTED** and FINRA's deadline for filing a Reply Brief in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint is extended to and including September 2, 2025.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE