## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WESTERN TEXAS
## MIDLAND/ODESSA DIVISION

```
**************************************************
DANIELLE SPEARS                          *
Plaintiff                                *
                                         *  Docket Number: 7:24-cv-321
v.                                       *
                                         *
NEXT BRIDGE HYDROCARBONS, INC.           *
GREGORY MCCABE, JOHN BRDA                *
THE SECURITIES & EXCHANGE COMMISSION     *
FINANCIAL INDUSTRY REGULATORY AUTHORITY  *
JANE DOE 1-20, JOHN DO 1-20              *
Defendant                                *
                                         *
**************************************************
```

## PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT BY 20 PAGES

Plaintiff Danielle Spears, proceeding pro se, respectfully moves this Court for leave to exceed the page limitation set forth by Local Rule CV-7(d)(3) for her forthcoming **Response in Opposition to Defendant FINRA's Motion to Dismiss**. In support, Plaintiff states:

1. **Local Rule Limitation.** Local Rule CV-7(d)(3) limits responses to [insert local rule page limit — typically 20 pages].

2. **Good Cause for Additional Pages.** Plaintiff's Response addresses multiple, complex questions of law and fact, including:

  o FINRA's statutory and regulatory authority under the Exchange Act;

  o Jurisdictional limitations of a self-regulatory organization;

  o Constitutional challenges; and

  o Procedural ultra vires claims involving administrative rulemaking under Section 19(b) of the Exchange Act.

3. **Scope of Required Analysis.** These issues require extensive citation to statutes, SEC rules, FINRA rules, legislative history, and judicial precedent. Due to the breadth of factual background, procedural posture, and legal issues, compliance with the current page limit would materially impair Plaintiff's ability to present a complete record for the Court's consideration.

4. **Requested Extension.** Plaintiff respectfully requests leave to file a Response not exceeding **[current page limit + 20 pages for 40 total pages]**, exclusive of the cover page, table of contents, table of authorities, signature block, and certificate of service.

5. **No Prejudice to Defendants.** Granting this motion will not prejudice any party and will aid the Court by ensuring all relevant issues and authorities are fully presented in one comprehensive filing.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant leave to exceed the page

limitation by **20 pages** for her forthcoming Response in Opposition to Defendant FINRA's

Motion to Dismiss, and that the Court accept such filing when submitted.

Danielle Spears

/s/ Danielle Spears
__Danielle Spears
Pro Se Plaintiff
12206 W Harrison St

Avondale, AZ 85323

paymmtlpnow@gmail.com

480-476-1091

Dated: August 12, 2025

ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Before the Court is Plaintiff's Motion for Leave to Exceed Page Limit for her Motion to Disqualify Counsel (Dkt. 36). After due consideration, the Court finds the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff is granted leave to exceed the 10-page limit under Local Rule CV-7(c)(2) and that her Motion to Disqualify Counsel is deemed filed in its current form.

SIGNED this ___ day of _____, 2025.

_____

UNITED STATES DISTRICT JUDGE