UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND/ODESSA DIVISION

```
*****************************************************
DANIELLE SPEARS                                   *
Plaintiff                                         *
                                                  *   Docket Number: 7:24-cv-321
v.                                                *
                                                  *
NEXT BRIDGE HYDROCARBONS, INC.                    *
GREGORY MCCABE, JOHN BRDA                         *
THE SECURITIES & EXCHANGE COMMISSION              *
FINANCIAL INDUSTRY REGULATORY AUTHORITY           *
JANE DOE 1-20, JOHN DO 1-20                       *
Defendant                                         *
                                                  *
*****************************************************
```

**PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING REFINITIV (UK) AND SIX FINANCIAL INFORMATION (SWITZERLAND) TO PRODUCE MULTI-FEED MARKET DATA SNAPSHOTS FOR IN CAMERA REVIEW**

## I. INTRODUCTION

Plaintiff respectfully moves this Court, pursuant to Fed. R. Civ. P. 26 and 45, for an order directing non-parties Refinitiv (United Kingdom) and SIX Financial Information AG (Switzerland) to produce identical, certified market data snapshots for the security known as MMTLP, from multiple independent market feeds, at five specified timestamps immediately prior to the December 9, 2022 U3 trading halt.

The request is narrowly tailored, seeks no personally identifying information, and requires production directly to the presiding judge for *in camera* review, with no copies provided to Plaintiff, Defendants, or any other party absent further court order.

## II. BACKGROUND AND RELEVANCE

Both Refinitiv and SIX are global market data vendors that maintain historical archives of U.S., European, and Canadian market feeds, including OTC and ATS/dark pool data, and are located outside the jurisdiction of FINRA.

Obtaining the same data from two independent non-U.S. sources allows the Court to cross-verify accuracy and ensure that the data has not been filtered or altered by any U.S. regulatory body or market participant.

### III. REQUESTED TIME INTERVALS

For each of the following five timestamps prior to the December 9, 2022 U3 halt, Refinitiv and SIX shall produce identical data sets:

- **T–2 hours** before halt
- **T–60 minutes** before halt
- **T–30 minutes** before halt
- **T–10 minutes** before halt
- **T–60 seconds** before halt

All timestamps must be synchronized to UTC, with the local time zone offset stated in the certification.

### IV. FEEDS AND DATA FIELDS REQUIRED

For each timestamp, the following feeds and associated data shall be pulled and produced:

1. **XADF** – FINRA Alternative Display Facility (OTC quotes & trades)
2. **ADF** – Alternative Display Facility quotes
3. **ADS** – Alternative Display System (if available)
4. **OTC-UTP / UTP** – NASDAQ Unlisted Trading Privileges feed

5. **Bloomberg B-PIPE / Terminal Time & Sales** – full lit & off-exchange consolidated tape

6. **Gray Market** – bid/ask for unlisted securities

7. **Dark Pool / ATS Data** – FINRA ATS Transparency + proprietary dark feeds

8. **CQS / CTA Consolidated Tape** – national best bid/offer & trades

9. **EU APA OTC Trade Reports** – MiFID II APA data (EU OTC reporting)

10. **Canadian Consolidated Feed** – TSX + ATS venues

11. **Securities Lending/Borrow Data** – availability, borrow cost, utilization rates

12. **Trade Condition Codes** – original condition flags for each execution (e.g., TLT, LR)

---

**V. FORMAT AND DELIVERY**

1. Data must be provided in both CSV/JSON (raw) and PDF (human-readable summary).

2. All data extractions must be performed by **non-U.S.-based personnel** from systems physically located outside the United States.

3. Production shall be accompanied by a sworn declaration from a custodian of records confirming:

    a. The exact systems and archives queried

    b. That data was extracted from outside the United States

    c. That it matches the vendor's archived live feed for the time and date specified

**Delivery Method:**
All responsive data and certifications shall be delivered **directly to the chambers of the presiding judge** in a sealed envelope or secure electronic equivalent, marked:

**CONFIDENTIAL – IN CAMERA REVIEW**
 **TO BE OPENED BY JUDGE ONLY**

No copies shall be provided to Plaintiff, Defendants, or any other party absent further order of this Court.

## VI. LEGAL BASIS

This request is proportional to the needs of the case under Fed. R. Civ. P. 26(b)(1) and narrowly tailored to the issues in dispute. It imposes no undue burden on Refinitiv or SIX, as the data exists in structured archives and can be retrieved by timestamp and feed.

## VII. RELIEF REQUESTED

Plaintiff respectfully requests that the Court issue the proposed order directing Refinitiv and SIX to produce the market data snapshots described herein, under seal, for in camera review.

Dated: August 11, 2025

Respectfully submitted,

/s/Danielle Spears
Danielle Spears Plaintiff, pro se
12206 W Harrison Street
Avondale, AZ 85323
480-476-1091
paymmtlpnow@gmail.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(G), the undersigned hereby certifies that, as pro se Plaintiff, she has conferred with Defendants FINRA's counsel John Mitchell on or about July 8, 2025, by email and counsel indicated he is opposed to the motion and relief requested.

/s/ Danielle Spears

Danielle Spears

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on August 11, 2025.

/s/ Danielle Spears

Danielle Spears

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WESTERN TEXAS
## MIDLAND/ODESSA DIVISION

```
**************************************************
DANIELLE SPEARS                                  *
Plaintiff                                        *
                                                 *   Docket Number: 7:24-cv-321
v.                                               *
                                                 *
NEXT BRIDGE HYDROCARBONS, INC.                   *
GREGORY MCCABE, JOHN BRDA                        *
THE SECURITIES & EXCHANGE COMMISSION             *
FINANCIAL INDUSTRY REGULATORY AUTHORITY          *
JANE DOE 1-20, JOHN DO 1-20                      *
Defendant                                        *
                                                 *
**************************************************
```

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL REFINITIV (UK) AND SIX FINANCIAL (SWITZERLAND) TO PRODUCE MARKET DATA SNAPSHOTS FOR IN CAMERA REVIEW**

**Upon consideration of Plaintiff's Motion, it is hereby ORDERED:**

1. Refinitiv (UK) and SIX Financial Information AG (Switzerland) shall each produce identical market data sets as described in the Motion, for the five timestamps prior to the December 9, 2022 U3 halt.

2. Each production shall include the feeds and data fields listed in Section IV of the Motion.

3. All data extractions shall be conducted by non-U.S.-based personnel from systems physically located outside the United States.

4. Each vendor shall provide a sworn custodian of records declaration as described in the Motion.

5. All productions shall be delivered directly to the chambers of the presiding judge in a sealed envelope or secure electronic equivalent marked:

**CONFIDENTIAL – IN CAMERA REVIEW**
 **TO BE OPENED BY JUDGE ONLY**

6. No party or counsel shall receive copies absent further order of this Court.

SO ORDERED this ___ day of _____, 2025.

_____

United States District Judge