UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND/ODESSA DIVISION

```
****************************************************
DANIELLE SPEARS                                    *
Plaintiff                                          *
                                                   *   Docket Number: 7:24-cv-321
v.                                                 *
                                                   *
NEXT BRIDGE HYDROCARBONS, INC.                     *
GREGORY MCCABE, JOHN BRDA                          *
THE SECURITIES & EXCHANGE COMMISSION               *
FINANCIAL INDUSTRY REGULATORY AUTHORITY            *
JANE DOE 1-20, JOHN DO 1-20                        *
Defendant                                          *
                                                   *
****************************************************
```

# PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING BROADRIDGE FINANCIAL SOLUTIONS, INC. TO PRODUCE AGGREGATE POSITION DATA FOR MMTLP AND RELATED SECURITIES FOR SIX KEY DATES FOR IN CAMERA REVIEW

### I. INTRODUCTION

Plaintiff respectfully moves this Court, pursuant to Fed. R. Civ. P. 26 and 45, for an order directing non-party Broadridge Financial Solutions, Inc. ("Broadridge") to produce limited, aggregate position data for the security known as MMTLP and any related CUSIPs, as of six key dates, directly to the presiding judge for *in camera* review.

The request is narrowly tailored, seeks no personally identifying information, and will provide the Court with a clear, certified record of aggregate long and short positions at critical points in the security's trading and corporate action history.

## II. BACKGROUND AND RELEVANCE

Broadridge is the primary proxy processing and position recordkeeper for most U.S. broker-dealers and maintains official participant-level position data for street-name securities. As such, Broadridge is uniquely situated to provide accurate, certified snapshots of long and short positions across all broker-dealers at specific dates and times.

This data is critical to understanding the evolution of the MMTLP position imbalance and its resolution (or lack thereof) at the time of the December 9, 2022 U3 halt and subsequent share cancellation.

---

## III. JUSTIFICATION FOR REQUESTED DATES

Plaintiff has selected the following six dates because they correspond to specific market or corporate events essential to evaluating the creation, escalation, and resolution of long and short positions in MMTLP and related securities:

1. October 7, 2021 – First Day of MMTLP Trading
   Establishes the baseline position data before significant short activity could have accumulated.

2. November 18, 2022 – Filing of Next Bridge Hydrocarbons Prospectus (S-1)
   The market is formally informed of the spin-off and share cancellation plan; critical for observing changes in short interest after public disclosure.

3. December 5, 2022 – FINRA Enforcement Head Pulled Blue Sheets
   Position data here shows market conditions while regulators were already investigating.

4. December 8, 2022 – Final Day of MMTLP Trading
   Measures total short exposure and outstanding long positions at the moment before liquidity was cut off by the halt.

5. December 14, 2022 – Share Cancellation Date
   Shows any unsettled or open positions at the moment of corporate action execution.

6. August 11, 2025 – Date of Plaintiff's Court Filing
   Captures the current position state for Next Bridge Hydrocarbons to assess whether delivery obligations remain unmet.

Significance of the Cross-Section Approach
Reviewing these six cross-sections together will allow the Court to:

- Observe changes in total outstanding shares (long vs. short) over time.

- Identify persistence of naked short positions despite the approaching corporate action deadline.

- Detects potential settlement failures after share cancellation.

- Determine which broker-dealers consistently carried large short exposures and whether those exposures were reduced prior to the halt.

By producing the data *in camera*, all confidentiality concerns are resolved, and the Court retains sole control over access.

## IV. SCOPE OF REQUEST

Plaintiff requests that Broadridge be ordered to produce:

A. Participant-Level Position Reports
For each of the six dates above, for all CUSIPs or other security identifiers associated with MMTLP, Meta Materials Series A Preferred, and/or Next Bridge Hydrocarbons common stock, produce a participant-level report showing:

1. CUSIP Number or Identifier

2. Broker-Dealer Name (as recorded in Broadridge's system)

3. Aggregate Long Share Count

4. Aggregate Short Share Count, separated into:

    - Shares sold short that were located and/or successfully borrowed

- - Shares sold short that were not located and/or successfully borrowed (naked short sales)

B. Format of Production

- One tab or section per date, in Excel (.xlsx) or PDF format.
- Columns: Broker-Dealer Name | Long Shares | Short Shares (Located) | Short Shares (Naked)
- Totals for each category at the bottom.

C. Exclusions

- No customer names, account numbers, beneficial owner information, or trade/order details.
- No account-level positions within each broker-dealer.

D. Certification Requirement
Each production shall be accompanied by a sworn declaration from a Broadridge custodian of records stating:

- That the data was extracted from Broadridge's official position records.
- That all CUSIPs/identifiers for MMTLP/NBH are included.
- That short count includes both located/borrowed and unlocated/naked shorts.
- The time zone and UTC offset of the snapshot.
- That the record is maintained in the ordinary course of business.

E. Delivery Method
All responsive documents and certifications shall be delivered directly to the presiding judge for in camera review, in a sealed envelope or secure electronic equivalent, marked:

> CONFIDENTIAL – IN CAMERA REVIEW
>  TO BE OPENED BY JUDGE ONLY

No copies shall be provided to Plaintiff, Defendants, or counsel absent further court order.

## V. LEGAL BASIS

This request is proportional to the needs of the case under Fed. R. Civ. P. 26(b)(1) and is narrowly tailored to the issues in dispute. The production will not impose undue burden on Broadridge, as the data exists in structured form and can be retrieved by date and security identifier.

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that the Court enter the proposed order compelling Broadridge Financial Solutions, Inc. to produce the above-described position data for the six identified dates, under seal, for in camera review.

August 11, 2025

 Respectfully submitted,


Danielle Spears, Plaintiff, pro se
12206 W Harrison Street
Avondale, AZ 85323
480-476-1091
paymmtlpnow@gmail.com

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(G), the undersigned hereby certifies that, as pro se Plaintiff, she has conferred with Defendants FINRA's counsel John Mitchell on or about July 8, 2025, by email and counsel indicated he is opposed to the motion and relief requested.

<u>/s/ Danielle Spears</u>

Danielle Spears

## **CERTIFICATE OF SERVICE**

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on August 11, 2025.

<u>/s/ Danielle Spears</u>

Danielle Spears

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND/ODESSA DIVISION

```
****************************************************
DANIELLE SPEARS                                    *
Plaintiff                                          *
                                                   *    Docket Number: 7:24-cv-321
v.                                                 *
                                                   *
NEXT BRIDGE HYDROCARBONS, INC.                     *
GREGORY MCCABE, JOHN BRDA                          *
THE SECURITIES & EXCHANGE COMMISSION               *
FINANCIAL INDUSTRY REGULATORY AUTHORITY            *
JANE DOE 1-20, JOHN DO 1-20                        *
Defendant                                          *
                                                   *
****************************************************
```

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF BROADRIDGE POSITION DATA FOR IN CAMERA REVIEW

Upon consideration of Plaintiff's Motion for Court Order Directing Broadridge Financial Solutions, Inc. to Produce Aggregate Position Data for MMTLP and Related Securities for Six Key Dates for In Camera Review, it is hereby ORDERED:

1. Broadridge Financial Solutions, Inc. shall, within thirty (30) days of service of this Order, produce the participant-level position reports described in the Motion, for the six dates listed therein, covering all CUSIPs or security identifiers associated with MMTLP, Meta Materials Series A Preferred, and/or Next Bridge Hydrocarbons common stock.

2. For each date and CUSIP, the report shall list the Broker-Dealer Name, Aggregate Long Share Count, and Aggregate Short Share Count, separated into located/borrowed shorts and unlocated/naked shorts, along with grand totals.

3. No customer names, account numbers, beneficial owner information, or trade/order details shall be produced.

4. The reports shall be accompanied by a sworn custodian of records declaration as described in the Motion.

5. All materials shall be delivered directly to the chambers of the presiding judge in a sealed envelope or secure electronic equivalent, marked:

   CONFIDENTIAL – IN CAMERA REVIEW
   TO BE OPENED BY JUDGE ONLY

6. No party or counsel shall receive copies absent further order of this Court.

SO ORDERED this ___ day of _____, 2025.

_____

**United States District Judge**