I, Contique Willcot, certify under penalty of perjury that on December 8, 2022, I observed market offers for MMTLP shares at $150,000-$200,000 via E*Trade, consistent with sell orders and market data documented in Ex. AE. These offers reflected significant short interest and an impending short squeeze, which FINRA's U3 halt prevented. Executed on June 12, 2025.

/s/ Contique Willcot