Exhibit 11: intentionally blank