8/12/25, 4:48 AM                                             Gmail - Wg: Update: Meta Materials (MMTLP) Spin-Off of Next Bridge Hydrocarbons, Inc.

Case 7:24-cv-00321-DC-RCG    Document 65-18    Filed 08/12/25    Page 1 of 4

 **Gmail**                                                                                                           Danielle Spears <paymmtlpnow@gmail.com>

## Wg: Update: Meta Materials (MMTLP) Spin-Off of Next Bridge Hydrocarbons, Inc.

**Abdlemjid El kachcari** <aelkachcari@web.de>                                                       Sat, Aug 9, 2025 at 4:21 AM
To: paymmtlpnow@gmail.com

--
Sent with the WEB.DE Mail App

On 08.12.22, 17:17, Trading 212 <info@ trading212.com > wrote:

# TR^DING 212

# Update: Meta Materials (MMTLP) Spin-Off of Next Bridge Hydrocarbons, Inc.

Meta Materials Series A Preferred (MMTLP) has announced the Spin-Off of Next Bridge Hydrocarbons, Inc. Terms for this event are one share of Next Bridge Hydrocarbons, Inc for every share of MMTLP held.

· The record date for this event is **December 12th 2022** .
· Meta Materials intends to cancel shares in MMTLP effective

**December 13th 2022.**

· Distribution of the new Next Bridge Hydrocarbons, Inc. shares is expected on or around **December 14th 2022** .

Note that 📄 :

· Our custodian does not support buy orders of MMTLP, therefore, it will remain in close-only until the cancellation of the shares.
· **Shares of Next Bridge Hydrocarbons, Inc. common stock will not be transferable or tradeable** , as they are not eligible for electronic trading through DTC or any other established clearing corporation and, therefore, will not be tradable through the Trading 212 app.

Any MMTLP position that remains open at close of business on **December the 12th*** will receive new shares in Next Bridge Hydrocarbons, Inc. Positions closed prior to this date will not receive the spun off shares.

Further updates will be listed in the following article .

*The date above was updated from the 8th of December to the

8/12/25, 4:48 AM						Gmail - Mtg. Update: Meta Materials (MMAT) Spin-Off of Next Bridge Hydrocarbons, Inc.

Case 7:24-cv-00321-LDC-RCG    Document 65-18    Filed 08/12/25    Page 3 of 4

*12th of December as per the latest information received about the event details.*

**TR^DING 212**

Trading 212 is a service provided by Trading 212 UK Ltd., Trading 212 Markets Ltd., and Trading 212 Ltd.

Trading 212 UK Ltd. is registered in England and Wales (Company Number: 8590005). Trading 212 UK Ltd. is supervised and regulated by the Financial Conduct Authority (Firm Reference Number 609146).

Trading 212 Markets Ltd. is registered in Cyprus (Company Number: HE 409763), authorized, and regulated by the Cyprus Securities and Exchange Commission, CySEC (License Number: 398/21).

Trading 212 Ltd. is registered in Bulgaria (Company Number: 201659500). Trading 212 Ltd. is authorized and regulated by the Financial Conduct Authority (Registration Number RG-03-0237).

This information does not constitute investment advice, a recommendation, or an inducement to buy or sell financial instruments. The value of investments can go down as well as up, and you may not get back the full amount invested. Past performance is no guarantee of future results.

CFDs are complex instruments and, due to leverage, carry a high risk of rapid loss. **83% of retail investor accounts lose money when trading CFDs with this provider.** You should consider whether you understand how CFDs work and whether you can afford to take the high risk of losing your money.

This message and all accompanying files are confidential and intended only for the addressee. If you have received this message in error, please notify us by contacting us at info@trading212.com .

   

© 2006 - 2022 Trading 212 Ltd., All rights reserved