

**Chris Stone:** Chris Stone, Vice President and FINRA's Transparency Services Department. And I'm responsible for the business units that run our fixed income and equity market systems. This is the TRFs that we run in partnership with our exchange partners, the ORF, the OTCBB, the ADF, and our OTC volume dissemination product. Specifically with respect to the ORF, I'm part of the team that in real time intraday analyzes potential OTC equity U3 extraordinary market halts. And I think one thing that's worth noting is I think FINRA's general theme throughout the usage of 6440. And extraordinary market condition is -- that we're not an exchange in this space.

So, we lack -- with issuers in the OTC equity space, and we don't have listing agreements in the same way that the exchanges do. So, for the 18,000 plus OTC equity symbols, and that compares with, you know, the $1,000,000 or 8,000 national market system symbols. It can be challenging to find in real time the valid information that we need to execute a U3 extraordinary market. A in the space. That said, we have a range of exchange-like tools that we use in this space. Yvonne spoke at length earlier about our 211 qualification process. We have a rule of 6490, which has allowed us to declare certain corporate actions deficient and not process them. We believe they're related to fraud or would otherwise threaten the clearance and settlement system and then obviously, lastly, is 6440, our provision.