Exhibit 14: Intentionally blank