I spoke with a shareholder named Oscar he stated that MMTLP was trading for $55,000 a share in Sweden on December 8, 2025 and that he had an order for $1700 to sell 5000 shares and he believed it went through and the next day his broker told him the US halted the stock and his trade was canceled.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge,

/s/Danielle Spears

Danielle Spears   August 12, 2025