Exhibit 16: intentionally blank