Danielle Spears <paymmtlpnow@gmail.com>

## Wg: Next Bridge Hydrocarbons Updated FAQs
1 message

**Abdlemjid El kachcari** <aelkachcari@web.de>                                                          Sat, Aug 9, 2025 at 4:22 AM
To: paymmtlpnow@gmail.com

--
Gesendet mit der WEB.DE Mail App

Am 14.03.23, 20:31 schrieb Next Bridge Hydrocarbons <noreply@pressoptin.com>:



## Next Bridge Hydrocarbons Updated FAQs

Since the occurrence of the Meta Materials Spin-Off, the Company has received thousands of inquiries and questions regarding the Spin-Off and questions regarding the common stock of Next Bridge Hydrocarbons, Inc. (the "Company").

In response, the Company has prepared, posted and proactively updates a Frequently Asked Questions (FAQs) document within the FAQs section on its website.

Please click this link https://tinyurl.com/ytufsd8r for the latest FAQs in PDF format that may be easily downloaded for reference purposes.

In addition to press releases and social media channels, shareholders should continue to visit our website at https://www.

nextbridgehydrocarbons.com/investors to receive regular updates on the Company's performance and operational activities.

Sincerely,

Next Bridge Hydrocarbons, Inc.

3/14/2023 3:31:18 PM

To unsubscribe from our email list, click here.