

Danielle Spears <paymmtlpnow@gmail.com>

## Wg: Meta Materials - Preferred share - Spin-Off Executed
1 message

**Abdlemjid El kachcari** <aelkachcari@web.de>  Sat, Aug 9, 2025 at 4:21 AM
To: paymmtlpnow@gmail.com

--
Gesendet mit der WEB.DE Mail App

Am 27.12.22, 15:19 schrieb Trading 212 <info@trading212.com>:

# TRADING 212

# Meta Materials - Preferred share - Spin-Off Executed

Meta Materials - Preferred share has completed its spin-off, resulting in the distribution of NEXT BRIDGE HYDROCARBONS INC. - UNLISTED.

Your position with Meta Materials - Preferred share will be closed at 0 USD per share.

# TR^DING 212

Trading 212 ist ein Service von Trading 212 UK Ltd., Trading 212 Markets Ltd. und Trading 212 Ltd.

Trading 212 UK Ltd. ist in England und Wales registriert (Firmennummer: 8590005).
Trading 212 UK Ltd. unterliegt der Aufsicht und wird durch die Financial Conduct Authority (Firmenreferenznummer 609146) reguliert.

Trading 212 Markets Ltd. ist in Zypern registriert (Firmennummer: HE 409763), autorisiert und reguliert durch die Cyprus Securities and Exchange Commission, CySEC (Lizenznummer: 398/21).

Trading 212 Ltd. ist in Bulgarien (Firmennummer 201659500) registriert. Trading 212 Ltd. ist autorisiert und wird von der Kommission für Finanzaufsicht (Amtliches Kennzeichen RG-03-0237) reguliert.

Diese Informationen stellen keine Anlageberatung, Empfehlung oder Verleitung zum Kauf oder Verkauf von Finanzinstrumenten dar. Der Wert von Anlagen kann sowohl fallen, als auch steigen und so kann es sein, dass Sie nicht die gesamte investierte Summe zurückerhalten. Die Wertentwicklung in der Vergangenheit ist keine Garantie für zukünftige Ergebnisse.

CFD sind komplexe Instrumente und gehen wegen der Hebelwirkung mit dem hohen Risiko einher, schnell Geld zu verlieren. **83% der Kleinanlegerkonten verlieren Geld beim CFD-Handel mit diesem Anbieter.** Sie sollten überlegen, ob Sie verstehen, wie CFD funktionieren und ob Sie es sich leisten können, das hohe Risiko einzugehen, Ihr Geld zu verlieren.

Diese Nachricht und alle dazugehörigen Dateien sind vertraulich und nur für den Adressaten bestimmt. Sollten Sie diese irrtümlich erhalten haben, teilen Sie uns das bitte mit, indem Sie uns unter info@trading212.com kontaktieren.

   

© 2006 - 2022 Trading 212 Ltd., Alle Rechte vorbehalten