

Danielle Spears <paymmtlpnow@gmail.com>

## Wg: Meta Materials (MMTLP) Spin-off of Next Bridge Hydrocarbons
1 message

**Abdlemjid El kachcari** <aelkachcari@web.de>  Sat, Aug 9, 2025 at 4:21 AM
To: paymmtlpnow@gmail.com

--
Gesendet mit der WEB.DE Mail App

Am 08.12.22, 14:07 schrieb Trading 212 <info@trading212.com>:

# TRADING 212

# Meta Materials (MMTLP) Spin-off of Next Bridge Hydrocarbons

Meta Materials Series A Preferred (MMTLP) has announced the Spin-off of Next Bridge Hydrocarbons. Terms for this event are one share of Next Bridge Hydrocarbons for every share of MMTLP held.

· The record date for this event is **December 12th 2022**.

· Meta Materials intends to cancel shares in MMTLP effective **December 13th 2022.**

· Distribution of the new Next Bridge Hydrocarbons shares is expected on or around **December 14th 2022**.

Note that 📄 :

· Our custodian does not support buy orders of MMTLP, therefore, it will remain in close-only until the cancellation of the shares.

· **Shares of Next Bridge common stock will not be transferable or tradeable**, as they are not eligible for electronic trading through DTC or any other established clearing corporation and, therefore, will not be tradable through the Trading 212 app.

If you prefer not to receive the non-tradeable Next Bridge Hydrocarbons shares in your trading account, you need to sell the MMTLP shares prior to market close on **December 8th**.

Further updates will be listed in the following article.

# TR^DING 212

Trading 212 ist ein Service von Trading 212 UK Ltd., Trading 212 Markets Ltd. und Trading 212 Ltd.

Trading 212 UK Ltd. ist in England und Wales registriert (Firmennummer: 8590005).
Trading 212 UK Ltd. unterliegt der Aufsicht und wird durch die Financial Conduct Authority (Firmenreferenznummer 609146) reguliert.

Trading 212 Markets Ltd. ist in Zypern registriert (Firmennummer: HE 409763), autorisiert und reguliert durch die Cyprus Securities and Exchange Commission, CySEC (Lizenznummer: 398/21).

Trading 212 Ltd. ist in Bulgarien (Firmennummer 201659500) registriert. Trading 212 Ltd. ist autorisiert und wird von der Kommission für Finanzaufsicht (Amtliches Kennzeichen RG-03-0237) reguliert.

Diese Informationen stellen keine Anlageberatung, Empfehlung oder Verleitung zum Kauf oder Verkauf von Finanzinstrumenten dar. Der Wert von Anlagen kann sowohl fallen, als auch steigen und so kann es sein, dass Sie nicht die gesamte investierte Summe zurückerhalten. Die Wertentwicklung in der Vergangenheit ist keine Garantie für zukünftige Ergebnisse.

CFD sind komplexe Instrumente und gehen wegen der Hebelwirkung mit dem hohen Risiko einher, schnell Geld zu verlieren. **83% der Kleinanlegerkonten verlieren Geld beim CFD-Handel mit diesem Anbieter.** Sie sollten überlegen, ob Sie verstehen, wie CFD funktionieren und ob Sie es sich leisten können, das hohe Risiko einzugehen, Ihr Geld zu verlieren.

Diese Nachricht und alle dazugehörigen Dateien sind vertraulich und nur für den Adressaten bestimmt. Sollten Sie diese irrtümlich erhalten haben, teilen Sie uns das bitte mit, indem Sie uns unter info@trading212.com kontaktieren.

   

© 2006 - 2022 Trading 212 Ltd., Alle Rechte vorbehalten