## Participant Fund List

**New CUSIP** 591994371

| Participant # | Participant Name & Address | Tax ID | Total Old | Total New |
|---|---|---|---|---|
| 0005 | GOLDMAN SACHS & CO. LLC<br>222 SOUTH MAIN STREET ATTN: MANDATORY CORPORATE ACTIONS SALT LAKE CITY UT  UTAH 84101     US. | 13 - 5108880 | 351,052 | 351,052 |
| 0010 | BROWN BROTHERS HARRIMAN & CO.<br>140 BROADWAY ATTN: CORPORATE ACTIONS VAULT NEW YORK NY  NEW YORK 10005     US. | 13 - 4973745 | 483,785 | 483,785 |
| 0015 | MORGAN STANLEY SMITH BARNEY LLC<br>1 NEW YORK PLAZA 39TH FLOOR NEW YORK NY  NEW YORK 10004     US. | 26 - 4310632 | 298,155 | 298,155 |
| 0019 | JEFFERIES LLC<br>101 HUDSON STREET 11TH FLOOR NEW JERSEY NJ  NEW JERSEY 07302     US. | 13 - 2615557 | 11,318 | 11,318 |
| 0050 | MORGAN STANLEY & CO. LLC<br>1300 THAMES ST. 5TH FLOOR, ATTN: PHYSICAL SETTLEMENTS/BMCA BALTIMORE MD  MARYLAND 21231     US. | 13 - 2655998 | 995,346 | 995,346 |
| 0052 | COR CLEARING LLC<br>9300 UNDERWOOD AVE SUITE 400 OMAHA NE  NEBRASKA 68114     US. | 77 - 0616239 | 21,498 | 21,498 |
| 0057 | EDWARD D. JONES & CO., L.P.<br>12555 MANCHESTER ROAD  ST. LOUIS MO  MISSOURI 63131-3729     US. | 43 - 0345811 | 314,711 | 314,711 |
| 0062 | VANGUARD MARKETING CORPORATION<br>100 VANGUARD BOULEVARD  MALVERN PA  PENNSYLVANIA 19355     US. | 23 - 2019846 | 1,726,600 | 1,726,600 |
| 0067 | INSTINET, LLC<br>WORLDWIDE PLAZA 309 WEST 49TH STREET NEW YORK NY  NEW YORK 10019     US. | 13 - 2625132 | 110,274 | 110,274 |
| 0075 | LPL FINANCIAL LLC<br>4707 EXECUTIVE DRIVE  SAN DIEGO CA  CALIFORNIA 92121-1968     US. | 95 - 2834236 | 154,956 | 154,956 |
| 0101 | MORGAN STANLEY & CO. LLC/ SL CONDUIT<br>1300 THAMES ST 5TH FLOOR - ATTN: PHYSICAL SETTLEMENTS/BMCA BALTIMORE MD  MARYLAND 21231     US. |  | 70 | 70 |
| 0103 | WEDBUSH SECURITIES INC.<br>1000 WILSHIRE BLVD  LOS ANGELES CA  CALIFORNIA 90017     US. | 95 - 2495390 | 3,450 | 3,450 |
| 0141 | WELLS FARGO CLEARING SERVICES, LLC<br>1 NORTH JEFFERSON MAIL CODE: H0006-094 ST LOUIS MO  MISSOURI 63103     US. | 23 - 2384840 | 1,217,702 | 1,217,702 |

Tuesday, December 13, 2022                                                                                                                                         Page 1 of 8

---

**New CUSIP** 591994371

| Participant # | Participant Name & Address | Tax ID | Total Old | Total New |
|---|---|---|---|---|
| 0158 | APEX CLEARING CORPORATION<br>2 GATEWAY CENTER  283-299 MARKET ST - 16TH | 56 - 1673990 | 5,181,904 | 5,181,904 |

Tuesday, December 13, 2022                                                                                    Page 1 of 8

**New CUSIP**  591994371

| Participant # | Participant Name & Address | Tax ID | Total Old | Total New |
|---|---|---|---|---|
| 0158 | APEX CLEARING CORPORATION<br>2 GATEWAY CENTER 283-299 MARKET ST - 16TH FLOOR NEWARK NJ  NEW JERSEY 07102    US. | 56 - 1673990 | 5,181,904 | 5,181,904 |
| 0161 | BANK OF AMERICA SECURITIES, INC.<br>4804 E DEER LAKE DR JACKSONVILLE FL  FLORIDA 32246    US. | 13 - 5674085 | 62,242 | 62,242 |
| 0164 | CHARLES SCHWAB & CO., INC.<br>211 MAIN STREET  SAN FRANCISCO CA CALIFORNIA 94105    US. | 94 - 1737782 | 12,012,877 | 12,012,877 |
| 0188 | TD AMERITRADE CLEARING, INC.<br>200 S 108TH AVE  OMAHA NE NEBRASKA 68154    US. | 47 - 0533629 | 53,823,154 | 53,823,154 |
| 0221 | UBS FINANCIAL SERVICES INC.<br>1000 HARBOR BLVD.  WEEHAWKEN NJ  NEW JERSEY 07086    US. | 04 - 1699435 | 177,051 | 177,051 |
| 0226 | NATIONAL FINANCIAL SERVICES LLC<br>499 WASHINGTON BLVD. 5TH FLOOR JERSEY CITY NJ  NEW JERSEY 07310    US. | 04 - 3523567 | 21,012,498 | 21,012,498 |
| 0229 | BARCLAYS CAPITAL, INC<br>2 GATEWAY CENTER - 16TH FLOOR 283-299 MARKET ST NEWARK NJ  NEW JERSEY 07102    US. | 06 - 1031656 | 174,609 | 174,609 |
| 0235 | RBC CAPITAL MARKETS, LLC<br>60 SOUTH 6TH STREET MINNEAPOLIS MN MINNESOTA 55402    US. | 41 - 1416330 | 16,063,656 | 16,063,656 |
| 0271 | TRADESTATION SECURITIES, INC.<br>120 RIVERSIDE PLAZA SUITE 1650 CHICAGO IL ILLINOIS 60606    US. | 65 - 0607614 | 122,622 | 122,622 |
| 0279 | HILLTOP SECURITIES INC.<br>1201 ELM STREET 35TH FLOOR DALLAS TX  TEXAS 75270    US. | 75 - 1382137 | 26,711 | 26,711 |
| 0280 | US BANCORP INVESTMENTS, INC.<br>60 LIVINGSTON AVE EP-MN-WN1S ST. PAUL MN MINNESOTA 55107-1419    US. | 84 - 1019337 | 86,930 | 86,930 |
| 0283 | WILSON-DAVIS & CO., INC.<br>236 SOUTH MAIN ST.  SALT LAKE CITY UT  UTAH 84101    US. | 87 - 0278784 | 11,872 | 11,872 |
| 0286 | SG AMERICAS SECURITIES, LLC<br>480 WASHINGTON BLVD 20TH FLOOR JERSEY CITY NJ NEW JERSEY 07310    US. | 30 - 0195590 | 412 | 412 |
| 0287 | MARSCO INVESTMENT CORPORATION<br>101 EISENHOWER PARKWAY  ROSELAND NJ  NEW JERSEY 07068    US. | 22 - 2746263 | 159,213 | 159,213 |

Tuesday, December 13, 2022                                                                                    Page 2 of 8

**New CUSIP** 591994371

| Participant # | Participant Name & Address | Tax ID | Total Old | Total New |
|---|---|---|---|---|
| 0295 | VIRTU AMERICAS LLC<br>ONE LIBERTY PLAZA 165 BROADWAY, 5TH FLOOR<br>NEW YORK NY  NEW YORK 10006     US. | 26 - 4219373 | 720 | 720 |
| 0352 | J.P. MORGAN SECURITIES LLC/JPMC<br>FOUR CHASE METROTECH CENTER 3RD FLOOR<br>BROOKLYN NY NEW YORK 11201    US. | 13 - 4110995 | 1,746,582 | 1,746,582 |
| 0355 | CREDIT SUISSE SECURITIES (USA) LLC<br>ONE MADISON AVE 3RD FLOOR NEW YORK NY<br>NEW YORK 10010-3643    US. | 13 - 5659485 | 3,500 | 3,500 |
| 0361 | D.A. DAVIDSON & CO.<br>8 3RD STREET NORTH  GREAT FALLS MT  MONTANA<br>59401     US. | 81 - 0139474 | 26,000 | 26,000 |
| 0374 | JANNEY MONTGOMERY SCOTT LLC<br>1717 ARCH STREET 17TH FLOOR PHILADELPHIA PA<br>PENNSYLVANIA 19103     US. | 23 - 0731260 | 8,017 | 8,017 |
| 0385 | E*TRADE CLEARING LLC<br>HARBORSIDE FINANCIAL CENTER 501 PLAZA 2<br>JERSEY CITY NJ  NEW JERSEY 07311     US. | 94 - 2844166 | 13,052,719 | 13,052,719 |
| 0443 | PERSHING LLC<br>1 PERSHING PLAZA  JERSEY CITY NJ  NEW JERSEY<br>07399     US. | 13 - 2741729 | 1,259,929 | 1,259,929 |
| 0445 | MURIEL SIEBERT & CO., INC<br>77 SUMMER STREET 3RD FLOOR BOSTON MA<br>MASSACHUSETTS 02210 | 04 - 2523566 | 2,600 | 2,600 |
| 0505 | CITIGROUP GLOBAL MARKETS, INC.<br>580 CROSSPOINT PARKWAY  GETZVILLE NY  NEW<br>YORK 14068     US. | 11 - 2418191 | 20,953 | 20,953 |
| 0534 | INTERACTIVE BROKERS LLC<br>2 PICKWICK PLAZA 2ND FLOOR GREENWICH CT<br>CONNECTICUT 06830     US. | 13 - 3863700 | 2,909,451 | 2,909,451 |
| 0547 | ROBERT W. BAIRD & CO. INCORPORATED<br>777 E WISCONSIN AVE 5TH FLOOR MILWAUKEE WI<br>WISCONSIN 53202     US. | 39 - 6037917 | 7,517 | 7,517 |
| 0571 | OPPENHEIMER & CO. INC.<br>85 BROAD STREET  NEW YORK NY  NEW YORK<br>10004     US. | 13 - 5657518 | 7,058 | 7,058 |
| 0595 | VISION FINANCIAL MARKETS LLC<br>4 HIGH RIDGE PARK SUITE 100 STAMFORD CT<br>CONNECTICUT 06905     US. | 20 - 5025868 | 7,038 | 7,038 |
| 0642 | UBS SECURITIES LLC<br>677 WASHINGTON BLVD  STAMFORD CT<br>CONNECTICUT 06901     US. | 13 - 3873456 | 74,749 | 74,749 |

Tuesday, December 13, 2022                                                                                      Page 3 of 8

---

**New CUSIP** 591994371

| Participant # | Participant Name & Address | Tax ID | Total Old | Total New |
|---|---|---|---|---|
| 0695 | ABN AMRO CLEARING CHICAGO LLC | 36 - 4168071 | 31,906 | 31,906 |

*Tuesday, December 13, 2022*     *Page 3 of 8*

**New CUSIP**    591994371

| Participant # | Participant Name & Address | Tax ID | Total Old | Total New |
|---|---|---|---|---|
| 0695 | ABN AMRO CLEARING CHICAGO LLC<br>175 WEST JACKSON BLVD. CHICAGO IL ILLINOIS 60604   US. | 36 - 4168071 | 31,906 | 31,906 |
| 0701 | CETERA INVESTMENT SERVICES LLC<br>400 FIRST STREET SOUTH SUITE 300 ST. CLOUD MN MINNESOTA 56302-0283   US. | 41 - 1483314 | 2,721 | 2,721 |
| 0725 | RAYMOND JAMES & ASSOCIATES, INC.<br>880 CARILLON PKWY ST. PETERSBURG FL FLORIDA 33733-2749   US. | 59 - 1237041 | 553,112 | 553,112 |
| 0728 | FOLIO INVESTMENTS, INC.<br>8180 GREENSBORO DRIVE 8TH FLOOR MCLEAN VA VIRGINIA 22102   US. | 54 - 1969685 | 54 | 54 |
| 0750 | INTL FCSTONE FINANCIAL INC.<br>2 PERIMETER PARK SOUTH SUITE 100 W BIRMINGHAM AL ALABAMA 35243   US. | 59 - 3514167 | 4,500 | 4,500 |
| 0756 | AMERICAN ENTERPRISE INVESTMENT SERVICES INC.<br>682 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN MINNESOTA 55474   US. | 41 - 1667086 | 350,577 | 350,577 |
| 0793 | STIFEL, NICOLAUS & CO INC<br>ONE FINANCIAL PLAZA 501 N. BROADWAY ST. LOUIS MO MISSOURI 63102   US. | 43 - 0538770 | 42,033 | 42,033 |
| 0816 | HSBC SECURITIES (USA) INC.<br>545 WASHINGTON BLVD JERSEY CITY NJ NEW JERSEY 07310   US. | 13 - 2650272 | 3,275 | 3,275 |
| 0901 | THE BANK OF NEW YORK MELLON<br>111 SANDERS CREEK PARKWAY 2ND FLOOR EAST SYRACUSE NY NEW YORK 13057   US. | 13 - 6062916 | 573,158 | 573,158 |
| 0902 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>FOUR CHASE METROTECH CENTER 3RD FLOOR BROOKLYN NY NEW YORK 11201   US. | 13 - 3641527 | 52,354 | 52,354 |
| 0908 | CITIBANK, NATIONAL ASSOCIATION<br>3800 CITIBANK CENTER TAMPA BLDG.B FIRST FLOOR ZONE 8 TAMPA FL FLORIDA 33610-9122   US. | 13 - 6021155 | 3,243,567 | 3,243,567 |
| 0997 | STATE STREET BANK AND TRUST COMPANY<br>30 ADELAIDE ST EAST SUITE 800 TORONTO ON ONTARIO M5C 3G6   CA CANADA. | 04 - 6385696 | 43,978 | 43,978 |
| 1970 | JPMORGAN CHASE BANK/EUROCLEAR BANK<br>4 CHASE METROTECH CENTER 3RD FLOOR BROOKLYN NY NEW YORK 11245. | 81 - 3858870 | 100 | 100 |
| 2012 | CREST INTERNATIONAL NOMINEES LIMITED<br>33 CANNON STREET LONDON EC4M 5SB   GB UNITED KINGDO. | 13 - 4973745 | 571,328 | 571,328 |

*Tuesday, December 13, 2022*     *Page 4 of 8*

**New CUSIP** 591994371

| Participant # | Participant Name & Address | Tax ID | Total Old | Total New |
|---|---|---|---|---|
| 2072 | WELLS FARGO BANK, N.A./SIG<br>733 MARQUETTE AVE 4TH FLOOR - MAC N9306-04D<br>MINNEAPOLIS MN  MINNESOTA 55402     US. | 41 - 6011836 | 72 | 72 |
| 2116 | FIFTH THIRD BANK<br>5001 KINGSLEY DRIVE MAIL DROP 1MOB2B<br>CINCINNATI OH  OHIO 45227     US. | 31 - 0676865 | 2,500 | 2,500 |
| 2147 | BNP PARIBAS, NEW YORK BRANCH<br>525 WASHINGTON BLVD. 9TH FLOOR JERSEY CITY<br>NJ  NEW JERSEY 07310     US. | 94 - 1677765 | 90 | 90 |
| 2154 | BNP PARIBAS SECURITIES CORP.<br>525 WASHINGTON BLVD. 9TH FLOOR JERSEY CITY<br>NJ  NEW JERSEY 07310     US. | 13 - 3235334 | 4,450 | 4,450 |
| 2205 | KEYBANK NATIONAL ASSOCIATION<br>4900 TIEDEMAN RD  BROOKLYN OH  OHIO<br>44144     US. | 34 - 6519977 | 1,323 | 1,323 |
| 2336 | BNYMELLON/RE CHARLES STANLEY AND COMPANY, LIMITED<br>111 SANDERS CREEK PARKWAY 2ND FLOOR EAST<br>SYRACUSE NY  NEW YORK 13057     US. | 13 - 6062916 | 70 | 70 |
| 2357 | JPMORGAN CHASE BANK/IA<br>FOUR CHASE METROTECH CENTER 3RD FLOOR<br>BROOKLYN NY  NEW YORK 11201     US. | 13 - 3641527 | 488,932 | 488,932 |
| 2399 | STATE STREET BANK & TRUST CO.<br>30 ADELAIDE ST EAST SUITE 800 TORONTO ON<br>ONTARIO M5C3G6     CA   CANADA. | 04 - 6385936 | 550 | 550 |
| 2622 | TEXAS TREASURY SAFEKEEPING TRUST COMPANY<br>200 E. 10TH STREET  AUSTIN TX  TEXAS 78701<br>US. | 74 - 2450863 | 270 | 270 |
| 2663 | SEI PRIVATE TRUST COMPANY<br>1 FREEDOM VALLEY DRIVE  OAKS PA<br>PENNSYLVANIA 19456     US. | 23 - 3060382 | 6,784 | 6,784 |
| 2669 | THE NORTHERN TRUST COMPANY<br>333 SOUTH WABASH AVENUE, 32ND FLOOR<br>CHICAGO IL  ILLINOIS 60603     US. | 36 - 6032297 | 16,758 | 16,758 |
| 2678 | STATE STREET BANK & TRUST COMPANY<br>30 ADELAIDE ST EAST SUITE 800 TORONTO ON<br>ONTARIO M5C3G6     CA   CANADA. | 04 - 2456637 | 999 | 999 |
| 2787 | BNP PARIBAS, NEW YORK BRANCH<br>525 WASHINGTON BLVD.  JERSEY CITY NJ  NEW<br>JERSEY 07310     US. | 94 - 1677765 | 282,114 | 282,114 |
| 2803 | U.S. BANK NATIONAL ASSOCIATION<br>1555 NORTH RIVERCENTER DR. SUITE 302<br>MILWAUKEE WI  WISCONSIN 53212     US. | 31 - 6025089 | 16,578 | 16,578 |

Tuesday, December 13, 2022                                                                                   Page 5 of 8

**New CUSIP**    591994371

| Participant # | Participant Name & Address | Tax ID | Total Old | Total New |
|---|---|---|---|---|
| 2888 | MIZUHO TRUST & BANKING CO. (USA)<br>135 W 50TH ST NEW YORK NY NEW YORK 10020 US. | 13 - 2762874 | 200 | 200 |
| 3450 | CURVATURE SECURITIES, LLC<br>39 MAIN STREET<br>CHATHAM, NEW JERSEY NJ 07928 US | 46-3797310 | 1,290 | 1,290 |
| 3856 | VELOX CLEARING LLC<br>2400 E. KATELLA AVENUE SUITE 725A ANAHEIM, CA 92806 US. | 82-2498402 | 1,898 | 1,898 |
| 5002 | RBC DOMINION SECURITIES INC<br>180 WELLINGTON STREET WEST 9TH FLOOR TORONTO ON ONTARIO M5J 0C2 CANADA. | NRA | 1,143,392 | 1,143,392 |
| 5008 | NATIONAL BANK FINANCIAL INC./CDS**<br>1010 RUE DE LA GAUCHETIERE MEZZANINE 100 MONTREAL QUEBEC H3B 5J2 CA CANADA. | NRA | 81,203 | 81,203 |
| 5011 | SCOTIA CAPITAL INC./CDS**<br>150 KING STREET WEST 5TH FLOOR TORONTO ON ONTARIO M5H 1J9 CA CANADA. | NRA | 394,761 | 394,761 |
| 5012 | EDWARD D. JONES & CO., L.P./CDS**<br>201 PROGRESS PARKWAY MARYLAND HEIGHTS MO MISSOURI 63043 US. | NRA | 1,761 | 1,761 |
| 5016 | GMP SECURITIES L.P./CDS**<br>145 KING STREET WEST 11TH FLOOR TORONTO ON ONTARIO M5J 1J8 CA CANADA. | NRA | 518 | 518 |
| 5028 | DESJARDINS SECURITIES INC./CDS**<br>1253 MCGILL COLLEGE 10TH FLOOR MONTREAL QUEBEC H3B 2Y5 CA CANADA. | NRA | 92,166 | 92,166 |
| 5030 | CIBC WORLD MARKETS INC./CDS**<br>161 BAY STREET 10 FL TORONTO ON ONTARIO M5J2S8 CA CANADA. | NRA | 370,134 | 370,134 |
| 5036 | TD WATERHOUSE CANADA INC - ATTN MANDATORY PROCESSING<br>77 BLOOR STREET WEST 3RD FLOOR TORONTO ON ONTARIO M5S 1M2 CANADA. | NRA | 2,428,490 | 2,428,490 |
| 5040 | FIDELITY CLEARING CANADA ULC/CDS**<br>483 BAY ST. SOUTH TOWER TORONTO ON ONTARIO M5G2N7 CA CANADA. | NRA | 125 | 125 |
| 5043 | BMO NESBITT BURNS INC./CDS**<br>1 FIRST CANADIAN PLACE, B1 LEVEL, OTC WINDOW ATTN: DOCUMENT MANAGEMENT TORONTO ON ONTARIO M5X 1H3 CA CANADA. | NRA | 481,919 | 481,919 |
| 5046 | CANACCORD GENUITY CORP./CDS**<br>609 GRANVILLE STREET VANCOUVER BC BRITISH COLUMBIA V7Y 1H2 CA CANADA. | NRA | 19,310 | 19,310 |

**New CUSIP** 591994371

| Participant # | Participant Name & Address | Tax ID | Total Old | Total New |
|---|---|---|---|---|
| 5047 | MANULIFE SECURITIES INCORPORATED/CDS** 1235 NORTH SERVICE ROAD WEST OAKVILLE ON ONTARIO L6M 2W2   CA  CANADA. | NRA | 950 | 950 |
| 5058 | HAYWOOD SECURITIES INC./CDS** 200 BURRARD STREET WATERFRONT CENTRE SUITE 700 VANCOUVER BC  BRITISH COLUMBIA V6C3L6   CA  CANADA. | NRA | 5,590 | 5,590 |
| 5076 | RAYMOND JAMES LTD./CDS** 925 WEST GEORGIA STREET SUITE 2200 VANCOUVER BC  BRITISH COLUMBIA V6C 3L2 CA  CANADA. | NRA | 2,245 | 2,245 |
| 5083 | CREDENTIAL SECURITIES INC./CDS** 800-1111 WEST GEORGIA STREET  VANCOUVER BC BRITISH COLUMBIA V6E 4T6    CA  CANADA. | NRA | 25,521 | 25,521 |
| 5084 | QUESTRADE INC./CDS** 5650 YONGE ST.,  TORONTO ON  ONTARIO M2M 4G3  CA  CANADA. | NRA | 906,205 | 906,205 |
| 5085 | BBS SECURITIES INC./CDS** 4100 YONGE STREET  TORONTO ON   ONTARIO M2P2G2     CA  CANADA. | NRA | 486 | 486 |
| 5099 | CDS CLEARING AND DEPOSITORY SERVICES INC.** 100 ADELAIDE STREET WEST TORONTO ON ONTARIO M5H 1S3     CA  CANADA. | NRA | 485,361 | 485,361 |
| 5127 | MORGAN STANLEY & CO. LLC II 1300 THAMES ST  5TH FLOOR BALTIMORE, MD MARYLAND  21231  US. ATTN:  PHYSICAL SETTLEMENTS | 13-3077807 | 6,500 | 6,500 |
| 5198 | BANK OF AMERICA SECURITIES, INC. / SAFEKEEPING 4804 E DEER LAKE DR 4TH FLOOR JACKSONVILLE FL  FLORIDA 32246       US. | 13 - 5674085 | 113,252 | 113,252 |
| 5208 | GOLDMAN SACHS & CO. LLC 30 HUDSON STREET  JERSEY CITY NJ  NEW JERSEY 07302        US. | 13 - 5108880 | 15,325 | 15,325 |
| 6769 | ROBINHOOD SECURITIES, LLC 500 COLONIAL CENTER PARKWAY SUITE 100 LAKE MARY FL  FLORIDA 32746        US. |  | 12,804,287 | 12,804,287 |
| 7359 | VELOCITY CLEARING, LLC/STOCK LOAN 1301 ROUTE 36, SUITE 109 HAZLET, NJ  NEW JERSEY  07730  US | 27-2928635 | 700 | 700 |
| 7578 | TD PRIME SERVICES LLC/STOCK LOAN ONE VANDERBILT AVE NEW YORK, NY  NEW YORD 10017  US | 98-1495511 | 10,000 | 10,000 |
| 8199 | WEDBUSH SECURITIES INC. 1000 WILSHIREBLVD 8TH FLOOR LOS ANGELES CA CALIFORNIA 90017       US. | 95 - 2495390 | 15,308 | 15,308 |

Tuesday, December 13, 2022                                                                                                                Page 7 of 8

---

**New CUSIP** 591994371

| Participant # | Participant Name & Address | Tax ID | Total Old | Total New |
|---|---|---|---|---|
| 8275 | BNY MELLON/WEALTH MANAGEMENT | NRA | 103.495 | 103.495 |

**New CUSIP** 591994371

| Participant # | Participant Name & Address | Tax ID | Total Old | Total New |
|---|---|---|---|---|
| 8275 | BNY MELLON/WEALTH MANAGEMENT<br>1 FREEDOM VALLEY DRIVE OAKS PA PENNSYLVANIA 19456   US. | NRA | 103,495 | 103,495 |
| 8353 | NATIONAL BANK OF CANADA FINANCIAL, INC.<br>65 EAST 55TH STREET, 8TH FLOOR<br>NEW YORK, NY  NEW YORK  10022  US | 98-4108888 | 103,600 | 103,600 |
| 8396 | HSBC BANK USA, NATIONAL ASSOCIATION<br>452 FIFTH AVENUE ATTN: HBUS CCS SETTS NEW YORK NY  NEW YORK 10018     US. | 20 - 1177241 | 70,981 | 70,981 |
| 8430 | CITADEL SECURITIES LLC<br>131 S DEARBORN ST.  CHICAGO IL  ILLINOIS 60647          US. | 26 - 1583831 | 2,994 | 2,994 |
| 8455 | BARCLAYS CAPITAL INC.<br>2 GATEWAY CENTER  NEWARK NJ  NEW JERSEY 07102      US. | 13 - 4942190 | 134,856 | 134,856 |
| 8460 | PHILLIP CAPITAL INC.<br>141 W. JACKSON BLVD. SUITE 3050 CHICAGO IL ILLINOIS 60604        US. | 27-2545725 | 126,263 | 126,263 |
| 8862 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED<br>4804 E DEER LAKE DR 4TH FLOOR JACKSONVILLE FL  FLORIDA 32246    US. | 13 - 5674085 | 3,320,212 | 3,320,212 |
| 9186 | B. RILEY SECURITIES, INC.<br>11100 SANTA MONICA BLVD. SUITE 800 LOS ANGELES, CA  90025 CALIFORNIA US | 52-1630477 | 1,200 | 1,200 |

| Total Part | | | Grand Total Old | Grand Total New |
|---|---|---|---|---|
| 105 | | | 163,258,152 | 163,258,152 |