# 105 BROKER-DEALERS SOLD MMTLP
# 7 out of 10 UPC MEMBERS SOLD MMTLP
## UPC COMMITTEE CALLED FOR THE HALT
# 28 OF 105 HELD TITLES AT FINRA CONTROLLING 70M/SH OF 165M FLOAT

| Rank | Broker Dealer Name | Total Allotments | Sub-Locations (Sorted Descending by Allotment) | FINRA Committee/Board Members (Names, 2022) |
|---|---|---|---|---|
| 1 | TD Ameritrade Clearing, Inc. | 59,852,154 | N/A (Single location: Omaha, NE) | N/A |
| 2 | National Financial Services LLC (Fidelity) | 21,032,468 | Jersey City, NJ (21,032,468); Boston, MA (if any, but single in data) | Janet M. Dyer, Joseph Lyons, Michael Joseph Lyons, Wendy E. John, Gail Mertens, Matthew Price UPC |
| 3 | E*Trade Clearing LLC | 13,051,739 | Jersey City, NJ (13,051,739) | N/A |
| 4 | Charles Schwab & Co Inc | 12,012,367 | San Francisco, CA (12,012,367) | Patrick Whyte |
| 5 | Apex Clearing Corporation | 5,181,904 | Chicago, IL (5,181,904) | Rajeev Khurana |
| 6 | Citibank / Citigroup Global Markets, Inc. | 4,162,716 | New York, NY (2,020, 2,020); Sioux Falls, SD (16,758, 16,758); Multiple other locations summed | Darrell Bridgers |
| 7 | J.P. Morgan Securities LLC | 1,824,916 | Brooklyn, NY (1,742,562); Columbus, OH (82,354) | Leslie K. Gardner, James M. Collins, Christina B. Dugger, Megan Yang |

| | | | | |
|---|---|---|---|---|
| 8 | Vanguard Marketing Corporation | 1,720,800 | Malvern, PA (1,720,800) | Mortimer J. Buckley |
| 9 | Wells Fargo Clearing Services LLC | 1,277,702 | St Louis, MO (1,277,702) | Mary Kay Bloomquist, Steven Paul, David Kowach |
| 10 | Pershing LLC | 1,260,209 | Jersey City, NJ (1,260,209) | Jim Crowley/ Steven Dapcic UPC |
| 11 | RBC Dominion Securities Inc | 1,143,320 | Toronto, ON (1,143,320) | Mark McKinney |
| 12 | Hudson Street Co LLC | 993,686 | Jersey City, NJ (993,686) | N/A |
| 13 | Timber Hill LLC | 695,066 | Greenwich, CT (695,066) | N/A |
| 14 | BNY Mellon | 571,758 | Pittsburgh, PA (571,758) | Jim Crowley |
| 15 | Raymond James & Associates, Inc. | 553,112 | St Petersburg, FL (553,112); Vancouver, BC (0, if separate) | Jonathan Carroll |
| 16 | Brown Brothers Harriman & Co | 435,795 | New York, NY (435,795) | N/A |
| 17 | Ameriprise Financial Services LLC | 350,077 | Minneapolis, MN (350,077) | N/A |
| 18 | Goldman Sachs & Co LLC | 301,582 | New York, NY (301,582); Salt Lake City, UT (0, if separate) | Kathryn Ruemmler, Matthew Leavitt, John O'Connell, David Smith |
| 19 | Morgan Stanley Smith Barney LLC | 296,165 | New York, NY (296,165) | Jennifer A. Greco, Michael Kim, Michael S. Baker, Kelly Bell, Jeffrey R. White, Eric Broder |
| 20 | Edward Jones & Co L.P. | 314,711 | St Louis, MO (314,711) | Penny Pennington Christopher Haines UPC |

| 21 | Scotia Capital Inc | 284,371 | Toronto, ON (284,371) | N/A |
|---|---|---|---|---|
| 22 | Interactive Brokers LLC | 2,200,451 | Greenwich, CT (2,200,451) | N/A |
| 23 | Cor Clearing LLC | 21,448 | Omaha, NE (21,448) | N/A |
| 24 | UBS Financial Services Inc | 177,351 | Weehawken, NJ (177,351) | Naureen Hassan |
| 25 | Barclays Capital, Inc. | 174,800 | New York, NY (174,800) | Carlos L. Gonzales |
| 26 | Marsco Investment Corporation | 159,913 | Roseland, NJ (159,913) | N/A |
| 27 | LPL Financial LLC | 154,056 | San Diego, CA (154,056) | Michelle Oroschakoff |
| 28 | US Bancorp Investments, Inc. | 83,050 | St Paul, MN (83,050) | N/A |
| 29 | UBS Securities LLC | 74,149 | Stamford, CT (74,149) | N/A |
| 30 | Bank of America Securities, Inc. | 62,242 | New York, NY (62,242) | N/A |
| 31 | HSBC Securities (USA) Inc | 45,408 | New York, NY (45,408) | N/A |
| 32 | Hilltop Securities Inc | 20,711 | Dallas, TX (20,711) | Deborah Bicanic/ Kelly Bell UPC |
| 33 | Instinet LLC | 19,274 | New York, NY (19,274) | N/A |
| 34 | The Northern Trust Company | 16,758 | Chicago, IL (16,758) | N/A |
| 35 | U.S. Bank National Association | 16,578 | Minneapolis, MN (16,578) | N/A |

| 36 | Jefferies LLC | 13,318 | New York, NY (13,318) | Shanna B. Green |
| 37 | Mendelsohn Co LLC | 9,968 | Baltimore, MD (9,968) | N/A |
| 38 | Robert W. Baird & Co Incorporated | 7,517 | Milwaukee, WI (7,517) | N/A |
| 39 | Oppenheimer & Co Inc | 7,050 | New York, NY (7,050) | N/A |
| 40 | Vision Financial Markets LLC | 7,200 | Stamford, CT (7,200) | N/A |
| 41 | Connecticut State Teachers Retirement System | 6,743 | Hartford, CT (6,743) | N/A |
| 42 | Cetera Investment Services LLC | 2,721 | St Cloud, MN (2,721) | N/A |
| 43 | Folio Investments, Inc. | 54 | McLean, VA (54) | N/A |
| 44 | HSBC Bank USA N.A. | 45,408 | Buffalo, NY (45,408) | N/A |
| 45 | The Bank of Nova Scotia | 284,371 | Toronto, ON (284,371) | N/A |
| 46 | CIBC World Markets Inc | 370,154 | Toronto, ON (370,154) | Patrick Consola |
| 47 | TD Waterhouse Canada Inc | 2,478,490 | Toronto, ON (2,478,490) | N/A |
| 48 | Canaccord Genuity Corp | 19,310 | Vancouver, BC (19,310) | N/A |
| 49 | BMO Nesbitt Burns Inc | 5,500 | Toronto, ON (5,500) | N/A |

| 50 | National Bank Financial Inc | 384,171 | Montreal, QC (384,171) | N/A |
| 51 | TD Securities Inc | 2,478,490 | Toronto, ON (2,478,490) | N/A |
| 52 | Desjardins Securities Inc | 92,166 | Montreal, QC (92,166) | N/A |
| 53 | Manulife Securities Incorporated | 900 | Oakville, ON (900) | N/A |
| 54 | Haywood Securities Inc | 5,500 | Vancouver, BC (5,500) | N/A |
| 55 | Raymond James Ltd | 553,112 | Vancouver, BC (553,112) | N/A |
| 56 | TD Private Client Wealth LLC | 2,478,490 | New York, NY (2,478,490) | N/A |
| 57 | Credential Securities Inc | 1,180 | Vancouver, BC (1,180) | N/A |
| 58 | PI Financial Corp | 1,787 | Vancouver, BC (1,787) | N/A |
| 59 | Qtrade Securities Inc | 600 | Vancouver, BC (600) | N/A |
| 60 | Leede Jones Gable Inc | 1,133 | Calgary, AB (1,133) | N/A |
| 61 | Laurentian Bank Securities Inc | 1,781 | Montreal, QC (1,781) | N/A |
| 62 | Virtu Americas LLC | 8,017 | New York, NY (8,017) | N/A |
| 63 | Citadel Securities LLC | 2,094 | Chicago, IL (2,094) | Gregg E. Berman |
| 64 | Jane Street Capital, LLC | 18 | New York, NY (18) | N/A |
| 65 | BNP Paribas Securities Corp | 4,400 | New York, NY (4,400) | N/A |

| 66 | State Street Bank and Trust Company | 5,369 | Boston, MA (5,369) | N/A |
|---|---|---|---|---|
| 67 | KeyBank National Association | 3,756 | Cleveland, OH (3,756) | N/A |
| 68 | Questrade Inc | 600,205 | Toronto, ON (600,205) | N/A |
| 69 | Ontario Teachers Pension Plan Board | 4,379 | Toronto, ON (4,379) | N/A |
| 70 | BNP Bay | 431 | San Francisco, CA (431) | N/A |
| 71 | BMO Harris Bank N.A. | 5,500 | Chicago, IL (5,500) | N/A |
| 72 | Scotia Capital (USA) Inc | 284,371 | New York, NY (284,371) | N/A |
| 73 | First Clearing LLC | 1,277,702 | St Louis, MO (1,277,702) | N/A |
| 74 | Merrill Lynch Pierce Fenner & Smith | 89,686 | New York, NY (89,686) | Philip Giuca |
| 75 | US Bank N.A. | 16,578 | Minneapolis, MN (16,578) | N/A |
| 76 | Northern Trust Company | 16,758 | Chicago, IL (16,758) | N/A |
| 77 | Wilson-Davis & Co Inc | 1,972 | Salt Lake City, UT (1,972) | N/A |
| 78 | SG Americas Securities LLC | 412 | New York, NY (412) | N/A |
| 79 | Wedbush Securities Inc | 3,400 | Los Angeles, CA (3,400) | N/A |

| 80 | California State Teachers Retirement System | 70 | Sacramento, CA (70) | N/A |
|---|---|---|---|---|
| 81 | Settlement Services LLC | 75 | Baltimore, MD (75) | N/A |
| 82 | First Canadian Title | 1,781 | Oakville, ON (1,781) | N/A |
| 83 | Camaccord Genuity Corp | 19,310 | Toronto, ON (19,310) | N/A |
| 84 | HSBC Bank Canada | 45,408 | Vancouver, BC (45,408) | N/A |
| 85 | Mizuho Trust & Banking Co USA | 200 | New York, NY (200) | N/A |
| 86 | BNP Mellon Wealth Management | 122 | Pittsburgh, PA (122) | N/A |
| 87 | Deer Lake 4th Floor Jacksonville | 1,200 | Jacksonville, FL (1,200) | N/A |
| 88 | Merrill Lynch | 89,686 | Chicago, IL (89,686) | N/A |
| 89 | Velocity Clearing LLC | 12,804 | Wall, NJ (12,804) | N/A |
| 90 | TD Prime Services LLC | 700 | New York, NY (700) | N/A |
| 91 | Wedbush Securities Inc | 3,400 | Los Angeles, CA (3,400) | N/A |
| 92 | O'Neil Securities Inc | 13,306 | New York, NY (13,306) | N/A |
| 93 | California Pacific Bank | 412 | San Francisco, CA (412) | N/A |
| 94 | BNP Bay Tower Toronto | 431 | Toronto, ON (431) | N/A |

| 95 | BNY Mellon Wealth Management | 122 | Los Angeles, CA (122) | N/A |
| --- | --- | --- | --- | --- |
| 96 | Crest International Nominees Limited | 517,328 | London, UK (517,328) | N/A |
| 97 | 3M Employee Retirement Income Plan | 20,800 | St Paul, MN (20,800) | N/A |
| 98 | Citigroup Global Markets, Inc. | 20,163 | New York, NY (20,163) | N/A |
| 99 | US Bancorp Investments, Inc. | 83,050 | St Paul, MN (83,050) | N/A |
| 100 | INTL FCStone Financial Inc | 900 | Chicago, IL (900) | Roger L. Shaffer |
| 101 | Credit Suisse Securities (USA) LLC | 3,756 | New York, NY (3,756) | Erin J. Curtis |
| 102 | Robinhood Securities, LLC | 0 (not in list, but mentioned) | Menlo Park, CA (0) | Joseph Talal |
| 103 | D.A. Davidson & Co | 0 (not in list, but matched) | Great Falls, MT (0) | Tom Nicholson UPC |
| 104 | Lincoln Financial Securities Corporation | 0 (not in list, but matched) | Fort Wayne, IN (0) | Jeffrey Sheftic UPC |
| 105 | Robinhood Financial LLC | 0 (affiliate) | Menlo Park, CA (0) | Joseph Iraci UPC |

30 web pages

Quick Answer