

Here's the comparison graphic between the Volkswagen 2008 squeeze (400% increase) and the projected MMTLP squeeze (approximately 3,940% increase). This visual should make the disparity obvious for the judge.