I purchased 3100 shares on December 8, 2022 for $12,870.20.  I would never have spent Nearly $13,000 on December 8, 2022 had I been aware that I would never have been able to sell my shares on a swing trade over the next two days.  I also had a limit order set for 1710 shares at $420/share which was canceled at 9:35am on December 9th without my permission.

This swear this information is accurate to the best of my knowledge,

/s/Danielle Spears
Danielle Spears 8/12/25