UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND/ODESSA DIVISION

****************************************************

| | | |
|---|---|---|
| DANIELLE SPEARS | * | |
| Plaintiff | * | |
| | * | Docket Number: 7:24-cv-321 |
| v. | * | |
| | * | |
| NEXT BRIDGE HYDROCARBONS, INC. | * | |
| GREGORY MCCABE, JOHN BRDA | * | |
| THE SECURITIES & EXCHANGE COMMISSION | * | ORAL ARGUMENTS |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY | * | |
| JANE DOE 1-20, JOHN DO 1-20 | * | |
| Defendant | * | |
| | * | |

****************************************************

## PLAINTIFF'S SUPPLEMENTAL MOTION FOR JUDICIAL NOTICE REGARDING FINRA'S UNAUTHORIZED CORPORATE ACTION ALTERATION (RULE 6490) AND IMPROPER USE OF MARKET HALT AUTHORITY (RULE 6440)

**TO THE HONORABLE JUDGE OF SAID COURT**

Pursuant to Federal Rule of Evidence 201, Plaintiff Danielle Spears respectfully requests that this Court take judicial notice of the following documents, records, and official statements, each of which is either (a) contained in public records whose accuracy cannot reasonably be questioned, or (b) a sworn affidavit, admission, or official publication by a government agency or self-regulatory organization ("SRO") subject to SEC oversight. These materials are central to Plaintiff's claims that FINRA acted ultra vires in connection with the December 9, 2022 halt of trading in MMTLP, and that it violated its own rules and applicable federal law.

## I. LEGAL STANDARD

Under Fed. R. Evid. 201(b), a court may take judicial notice of a fact that is not subject to reasonable dispute because it:

(1) is generally known within the trial court's territorial jurisdiction; or

(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Courts routinely take judicial notice of government records, agency publications, sworn testimony, and public SRO filings. See *Fierro v. SEC*, 660 F.3d 569, 573 n.5 (2d Cir. 2011) (taking judicial notice of FINRA rules and SEC releases); *Reyes v. City of Lynchburg*, 300 F.3d 449, 454 (4th Cir. 2002) (public records appropriate for judicial notice).

## II. FACTS FOR WHICH JUDICIAL NOTICE IS SOUGHT

The facts and documents listed below are taken directly from FINRA's own public rulebook, SEC releases, official hearing transcripts, sworn affidavits from market participants, and contemporaneous trading data. They are not subject to reasonable dispute and are capable of ready verification.

## III. EXHIBIT INDEX

**Exhibit 1:** 2023 04 03 Pete Sessions to George Palikaras

**Exhibit 2:** 2023 07 14 Eli Crane Letter to Gensler & McHenry

**Exhibit 3:** 2023 07 28 FAB 15 Letter to the SEC - Copy

**Exhibit 4:** 2023 07 28 Maxine Waters letter to McHenry & the SEC

**Exhibit 5:** 2023 08 21 Torres Letter to the SEC & FINRA

**Exhibit 6:** 2023 09 11 Valadao Letter to the SEC & FINR

**Exhibit 7:** 2023 09 26 CRAPO VANCE letter to Gary Gensler

**Exhibit 8:** 2023 11 14 Huffman letter to FINRA & THE SEC

**Exhibit 9:** 2023 11 15 Gonzalez SEC letter - Copy

**Exhibit 10:** 2023 11 30 Harder SEC letter

**Exhibit 11:** 2023 11 Levin Letter to the Comptroller General of the US - Copy

**Exhibit 12:** 2023 12 04 Rep Lee

**Exhibit 13:** 2023 12 22 Norman-mmtlp-letter 74 signatures - Copy

**Exhibit 14:** 2024 01 09 DeSaulnier SEC letter

**Exhibit 15:** 2024 02 06 Morelle SEC letter - Copy

**Exhibit 16:** 2024 02 06 SEC Response to the OPEN Letter

**Exhibit 17:** 2024 06 05 Norman-Sessions

**Exhibit 18:** 2025 03 18 Congressional_Letter to Mark Uyeda

**Exhibit 19:** 2025 05 05 Congressional Letter to SEC New Chair Adkins 5.5.25

---

### IV. ARGUMENT

Judicial notice of these materials will narrow factual disputes and assist the Court in determining whether FINRA's conduct exceeded its delegated authority. Each exhibit is either:
 (a) an official government or SRO publication,
 (b) a sworn statement subject to penalty of perjury, or
 (c) a contemporaneous record from a verifiable market data source.

These are all proper subjects for judicial notice under Rule 201(b).

---

### V. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of Exhibits 1 through 19, attached hereto, in their entirety.

---

Dated August 21, 2025

Respectfully submitted,

/s/Danielle Spears
Danielle Spears,  Plaintiff,  *Pro Se*
12206 W Harrison Street.
Avondale, AZ 85323
480-476-1091
paymmtlpnow@gmail.com