PETE SESSIONS
17TH DISTRICT, TEXAS

COMMITTEE ON FINANCIAL SERVICES

SUBCOMMITTEE ON NATIONAL SECURITY,
INTERNATIONAL DEVELOPMENT, AND
MONETARY POLICY

TASK FORCE ON FINANCIAL TECHNOLOGY

COMMITTEE ON OVERSIGHT
AND REFORM

SUBCOMMITTEE ON
CIVIL RIGHTS AND CIVIL LIBERTIES



# Congress of the United States
## House of Representatives
### Washington, DC 20515-4317

2204 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4317
(202) 225-6105

☐ 400 AUSTIN AVE., STE 302
WACO, TX 76701-2139
(254) 633-4500

☐ 2700 EARL RUDDER FWY
SOUTH HIGHWAY 6, STE 4500
COLLEGE STATION, TX 77845-2804
(979) 431-6340

April 3, 2023

George Palikaras
CEO

FR:  Hon. Pete Sessions, Member of US Congress (TX 17th), Member of House Committee on Oversight and Accountability, Member of House Committee on Financial Services

RE:  Oversight of capital market activities and data for potential reforms

Dear George:

I am writing today to enlist your help in assisting the U.S. House Financial Services Committee, the U.S. House Oversight and Accountability Committee, and my office in gathering data that will be helpful in oversight analysis, protecting shareholder interests, and potential legislative efforts to reform Regulation SHO and Naked Short Selling rules.

Several issues have been brought to my attention surrounding the trading and ultimately the U3 Halt issued by FINRA on ticker symbol MMTLP. It is my understanding in talking with FINRA personally, that there has been a "hiccup" in the matter and that there may be short positions that have not settled in the trades of MMTLP. Furthermore, the CEO of OTC Markets has also publicly stated that there are indeed short shares that are trapped because of the FINRA halt.

Additionally, there are concerns about the exchange of MMTLP shares for shares issued by Next Bridge Hydrocarbons. Approximately 165 million shares were to be involved in this process, with the intent for individual shareholders to be assigned their positions in book entry form with the transfer agent American Stock & Trust (AST). Currently, there are many individual holders with their long position of shares in their respective brokerage accounts. There appears to be a lack of broker transparency of shareholder ownership interests and this problem has caused a potential issue for Next Bridge Hydrocarbons corporate governance.

PRINTED ON RECYCLED PAPER

Upon initial examination, it seems there is circumstantial evidence of a real issue beyond your control with the settlement of the shares of MMTLP into Next Bridge Hydrocarbons. It is my understanding that you have or have been provided a large amount of data concerning these issues. Being a legislative body with oversight functions, we must gather data and use that data for oversight purposes and to craft any needed bipartisan legislation.

We therefore seek any such data you may hold. Furthermore, to that end, we know that several large shareholders of your company Meta Materials, Inc. (MMAT) have been working with Mr. Wes Christian to gather information that may help us on our fact finding mission. I appeal to you to allow Mr. Christian and his experts access to the trading data that has taken place while MMTLP was under your purview. In addition, there likely exists additional information to be gathered under the ticker TRCH which also requires your cooperation. We believe this data will give us insight into any potential violations of securities laws by outside actors and may potentially uncover those responsible for any such violations.

Many members of Congress have been contacted concerning questions about the MMTLP / Next Bridge Hydrocarbons share exchange. Also, many other companies have openly expressed an effort to investigate possible violations of Reg SHO practices. We believe this issue with MMTLP is unique in that the information is currently frozen in time. If you can assist us, as well as Mr. Christian's team, in gathering the information requested it would greatly help our oversight efforts and possible legislative updates to Reg SHO rules.

Sincerely,

*[signature]*

Pete Sessions
Member of Congress

*[handwritten note: Please direct questions to me C ▬▬▬]*