**ELI CRANE**
2ND DISTRICT, ARIZONA

**COMMITTEE ON HOMELAND SECURITY**
SUBCOMMITTEES:
COUNTERTERRORISM, LAW ENFORCEMENT, AND INTELLIGENCE
OVERSIGHT, INVESTIGATIONS, AND ACCOUNTABILITY

**COMMITTEE ON VETERANS' AFFAIRS**
SUBCOMMITTEES:
DISABILITY ASSISTANCE AND MEMORIAL AFFAIRS
ECONOMIC OPPORTUNITY

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0302

**COMMITTEE ON SMALL BUSINESS**
SUBCOMMITTEES:
OVERSIGHT, INVESTIGATIONS, AND REGULATION
INNOVATION, ENTREPRENEURSHIP, AND WORKFORCE DEVELOPMENT

**OFFICE LOCATIONS**
1229 Longworth House Office Building
Washington, DC 20515
(202) 225-3361

122 North Cortez Street
Suite 211
Prescott, AZ 86301
(928) 286-5338

July 14, 2023

The Honorable Gary Gensler
Chairman
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Congressman Patrick McHenry
Chairman
House Financial Services Committee
2129 Rayburn House Office Building
Washington, DC 20515

Chairman Gensler and Chairman McHenry:

I write regarding an issue brought to my attention by my constituents regarding a corporate action and trading halt in the Series A Preferred Shares of Meta Materials, Inc. (Meta Materials) that traded under the symbol MMTLP. My constituents believe that shares were sold illegally, leading to losses in their retirement savings.

In response to these allegations, I am requesting from your offices a briefing regarding this matter, as well as what your offices are doing to prevent securities fraud at the U.S. Securities and Exchange Commission.

My constituents are deeply distressed about this matter and have suffered greatly as a result of this trading halt.

I implore your prompt response and look forward to working with you on this pressing issue.

Sincerely,

*Eli Crane*

Eli Crane
Member of Congress