NORMA J. TORRES
35TH DISTRICT, CALIFORNIA

2227 RAYBURN HOUSE OFFICE BLDG
WASHINGTON, DC 20515
PHONE: (202) 225-6161
FAX: (202) 225-8671

3200 INLAND EMPIRE., SUITE 200B
ONTARIO, CA 91764
PHONE: (909) 481-6474
FAX: (909) 941-1362

# Congress of the United States
## House of Representatives
### Washington, DC 20515

COMMITTEE ON APPROPRIATIONS

SUBCOMMITTEES:
FINANCIAL SERVICES AND GENERAL GOVERNMENT
STATE, FOREIGN OPERATIONS, AND RELATED PROGRAMS
TRANSPORTATION, HOUSING AND URBAN DEVELOPMENT, AND RELATED AGENCIES

COMMITTEE ON HOUSE ADMINISTRATION

SUBCOMMITTEES:
OVERSIGHT, RANKING MEMBER
ELECTIONS

August 21, 2023

The Honorable Gary Gensler
Chairman
U.S. Securities and Exchange Commission
100 F. St, NE
Washington, D.C. 20549

Congressman Robert W. Cook
President and Chief Executive Officer
Financial Industry Regulatory Authority
1735 K St, NW
Washington, D.C. 20006

Dear Chairman Gensler and President Cook:

I write regarding an issue brought to my attention by my constituents concerning a corporate action taken by the Financial Industry Regulatory Authority (FINRA). This action was taken on Meta Materials' Series A Preferred Shares that traded under the symbol MMTLP. I've received correspondence from my constituents that have expressed their concerns over the holding and status of their shares.

I understand the U.S. Securities and Exchange Commission (SEC) and FINRA are charged with protecting investors and the public interest by mitigating market instability. Given the financial distress several of my constituents have suffered as a result of the regulatory actions of FINRA to halt trading of MMTLP on December 8, 2022, several days before the announced deletion of the MMTLP symbol slated for December 13, 2022, I wrote to express the concerns of my affected constituents.

In response to these concerns, I request the following:

1. A briefing by the SEC and FINRA for my staff, whichever agency is best equipped to discuss matters regarding the trading halt for MMTLP; and
2. An affirmation that SEC and/or FINRA acted within their regulatory authority and operated under standard practices by issuing the trading halt; and
3. A written response about what my constituents can expect to occur with regard to their current holdings and under what timeline would such a resolution take place.

My constituents are deeply concerned about why this action was taken and the future state of their investments. As such, I kindly request your swift response and look forward to your response on this urgent matter.

Sincerely,

*Norma J. Torres*

Norma J. Torres
Member of Congress