**JARED HUFFMAN**
2ND DISTRICT, CALIFORNIA

**WASHINGTON OFFICE**
2445 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225-5161

WEBSITE: huffman.house.gov

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-0502**

**COMMITTEE ON NATURAL RESOURCES**
WATER, WILDLIFE, AND FISHERIES – RANKING MEMBER
ENERGY AND MINERAL RESOURCES

**COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE**
HIGHWAYS AND TRANSIT
WATER RESOURCES AND ENVIRONMENT
RAILROADS, PIPELINES, AND HAZARDOUS MATERIALS
ECONOMIC DEVELOPMENT, PUBLIC BUILDINGS, AND EMERGENCY MANAGEMENT

November 14, 2023

The Honorable Gary Gensler
Chairman
U.S. Securities and Exchange Commission
100 F. St., NNE
Washington, D.C. 20549

Congressman Robert W. Cook
President and Chief Executive Officer
Financial Industry Regulatory Authority
1735 K Street, NW
Washington, C.C. 20006

Dear Chairman Gensler and President Cook:

I am writing regarding a corporate action taken by the Financial Industry Regulatory Authority (FINRA) on Meta Material's Series A Preferred Shares, that had traded under the symbol MMLTP. I am writing to share the concerns of my affected constituents who are concerned over the holding and the status of their shares, and to request information.

I understand that the U.S. Securities and Exchange Commission (SEC) and FINRA are charged with protecting investors and the public interest by mitigating market instability. Several of my constituents report they experienced financial distress as a result of the regulatory action of FINRA to halt trading of MMLTP on December 8, 2022, just days before the announced deletion of the MMTLP symbol slated for December 13, 2022.

Some of my constituents are seeking information on why this action was taken and the future state of their investments. They are requesting affirmation that SEC and/or FINRA acted within their regulatory authority and operated under standard practices by issuing the trading halt, and a written response outlining what they can expect to occur with regard to their current holdings, including timelines.

Thank you for your full and fair consideration of this request for information and for responding in a timely manner. Please contact my district director Jenny Callaway at (415) 264-8222 should you have any questions regarding this matter.

Sincerely,

*[signature]*

**JARED HUFFMAN**
Member of Congress

---

**SAN RAFAEL**
999 FIFTH AVENUE, SUITE 290
SAN RAFAEL, CA 94901
PHONE: (415) 258-9657
FAX: (415) 258-9913

**PETALUMA**
206 G STREET, #3
PETALUMA, CA 94952
PHONE: (707) 981-8967

**UKIAH**
200 S. SCHOOL ST.
UKIAH, CA 95482
PHONE: (707) 671-7449
FAX: (707) 962-0905

**FORT BRAGG**
430 NORTH FRANKLIN STREET
P.O. BOX 2208
FORT BRAGG, CA 95437
PHONE: (707) 962-0933
FAX: (707) 962-0905

**EUREKA**
317 THIRD STREET, SUITE 1
EUREKA, CA 95501
PHONE: (707) 407-3585
FAX: (707) 407-3559