**VICENTE GONZALEZ**
34TH DISTRICT, TEXAS

COMMITTEE ON FINANCIAL SERVICES
SUBCOMMITTEE ON CAPITAL MARKETS
SUBCOMMITTEE ON NATIONAL SECURITY,
ILLICIT FINANCE, AND INTERNATIONAL FINANCIAL
INSTITUTIONS

## Congress of the United States
### House of Representatives
### Washington, DC 20515–4315

WASHINGTON OFFICE
154 CANNON HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-2531

BROWNSVILLE OFFICE
835 E. LEVEE ST., 6TH FLOOR
BROWNSVILLE, TX 78520
(956) 682-5545

gonzalez.house.gov

November 15, 2023

The Honorable Gary Gensler
Chairman
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Dear Chairman Gensler:

I write to request that the U.S. Securities and Exchange Commission (SEC) examine the events surrounding the Financial Industry Regulation Authority's (FINRA) decision to implement a trading halt of Metamaterials' Series A Preferred Shares (MMTLP).

I have heard from many of my constituents in South Texas who were adversely affected by this decision. I believe it is imperative that, as public officials and offices, we maintain a transparent process.

As you know, following the merger between Torchlight Energy Resources and Metamaterial Inc. in June 2021, MMTLP shares were unlisted, and commenced trading on the over the counter (OTC) market. In 2022, the SEC granted approval for a Form S-1 and related amendments to facilitate the spin-off a portion of the company, Meta Materials, into a new entity known as Next Bridge Hydrocarbons. On December 9, 2022, FINRA issued a U3 halt on trading MMTLP stock, which prevented shareholders from executing further trades, and left many shareholders with untradeable Next Bridge Hydrocarbons common stock. According to FINRA, the halt was attributed to the SEC's T+2 Settlement Cycle, which requires the settling of securities transactions within two business of their transaction date.

As a Member of the House Financial Services Committee, I take an active interest in ensuring transparency and the proper regulations are in place to protect investors and maintain efficient markets. That is why I urge you to investigate the events surrounding the trading halt of MMTLP and ensure no wrongdoing took place. I also ask that you make the findings available to the public.

Thank you for your leadership and attention to this matter, and I look forward to your response. I hope we can continue our work together to protect investors and ensure efficient and fair markets in the economy.

Sincerely,

Vicente Gonzalez
Member of Congress