**JOSH HARDER**
9TH DISTRICT, CALIFORNIA

COMMITTEE ON APPROPRIATIONS
LABOR, HEALTH AND HUMAN SERVICES,
EDUCATION, AND RELATED AGENCIES
INTERIOR, ENVIRONMENT, AND RELATED AGENCIES

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515**

209 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4540 PHONE
(202) 225-3402 FAX

1776 WEST MARCH LANE
SUITE 260
STOCKTON, CA 95207
(209) 579-5458 PHONE
(209) 702-6569 FAX

HARDER.HOUSE.GOV

November 30, 2023

Chairman Gary Gensler
U.S. Securities and Exchange Commission
100 F St. NE
Washington, D.C. 20549

Dear Chairman Gensler,

I am writing regarding a corporate action taken by the Financial Industry Regulatory Authority (FINRA) on META Material's Series A Preferred Shares (MMTLP). I have heard from a number of my constituents who remain concerned with the holding and status of their shares.
As you know, FINRA halted trading of MMTLP on December 8th, 2022, and announced deletion of the MMTLP symbol five days later. These decisions left many of my constituents blindsided and without clarity on the future of their investments.

The U.S. Securities and Exchange Commission (SEC) and FINRA have a responsibility to protect investors and safeguard the integrity of public markets. My constituents deserve to know that proper regulations are in place to protect investors and that market decisions are being made in an efficient and transparent manner.

I urge you to fully investigate the events surrounding the trading halt of MMTLP and ensure no wrongdoing took place. I ask that you make any findings, which should include an audited and consolidated count of impacted shares, publicly available. I also urge you to provide clear guidance to my constituents about what they should expect to occur regarding their current holdings and under what timeline they should expect a resolution to take place. Guidance should include steps the SEC is taking to work with Next Bridge Hydrocarbons to work towards a resolution.

Thank you for your attention to this matter and I look forward to your response.

Sincerely,

*Josh Harder*

Josh Harder
Member of Congress