MIKE LEVIN
49TH DISTRICT, CALIFORNIA

WASHINGTON OFFICE
2352 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3906



## Congress of the United States
### House of Representatives
### Washington, DC 20515

Gene L. Dodaro
Comptroller General of the United States
U.S. Government Accountability Office
441 G Street NW
Washington, DC 20548

Dear Comptroller Dodaro,

    Thank you for the important work you and your staff do to provide essential investigative information to Congress.

    I understand that you are currently undergoing your triennial review of the Securities and Exchange Commission (SEC) oversight of the Financial Industry Regulatory Authority, Inc. (FINRA). As part of this review, I request that you include information pertaining to the MMTLP trading halt. This is an issue that is of the utmost importance to a number of my constituents, and I believe that there should be further transparency regarding the events surrounding the trading halt.

    I appreciate your consideration and look forward to reading the final report.

Sincerely,

*Mike Levin*

Mike Levin