**MARK DeSAULNIER**
10TH DISTRICT, CALIFORNIA

503 CANNON HOUSE OFFICE BUILDING
PHONE: (202) 225-2095
FAX: (202) 225-5609

3100 OAK ROAD, SUITE 110
WALNUT CREEK, CA 94597
PHONE: (925) 933-2660
FAX: (925) 933-2677

4703 LONE TREE WAY
ANTIOCH, CA 94531
PHONE: (925) 754-0716
FAX: (925) 754-0728

# Congress of the United States
## House of Representatives
### Washington, DC 20515

COMMITTEE ON EDUCATION
AND THE WORKFORCE
*RANKING MEMBER,*
SUBCOMMITTEE ON HEALTH, EMPLOYMENT,
LABOR, AND PENSIONS

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE

COMMITTEE ON ETHICS

January 9, 2024

The Honorable Gary Gensler
Chairman
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Mr. Robert W. Cook
President and Chief Executive Officer
Financial Industry Regulatory Authority
1700 K Street, NW
Washington, DC 20006

Dear Chairman Gensler and Mr. Cook:

I am writing to share concerns that have been raised with me regarding trading activity of Meta Materials, Inc. Series A Preferred Shares (former ticker: MMTLP). My office has heard from multiple constituents who state that they have not received a satisfactory resolution after a December 2022 trading halt associated with a corporate spinoff. Accordingly, I am bringing this matter to your direct attention.

As you know, the Financial Industry Regulatory Authority (FINRA) halted trading of MMTLP effective December 9, 2022, in advance of the spinoff of Next Bridge Hydrocarbons from Meta Materials. While the trading halt was to be followed by a payout of shares in Next Bridge Hydrocarbons, the constituents who have contacted my office tell me that they have not received the compensation they believe they are owed.

The Securities and Exchange Commission (SEC) and FINRA have a responsibility to protect investors and safeguard the integrity of public markets. In order to ensure that American investors remain confident in the ability of the SEC and FINRA to protect them from wrongdoing, I believe it would be prudent for these regulatory bodies to take affirmative steps that adequately address the concerns of retail investors.

In addition, I believe it would be helpful for the SEC and FINRA to share further information with the public about the most appropriate avenues for recourse in this matter. My constituents have noted that the information shared by regulators up to this point has not been of much assistance in seeking recourse.

Financial markets should be accessible to Americans of all income levels who are seeking to save for retirement and meet other financial goals. Should you require any further information on the specific circumstances affecting constituents I represent, please do not hesitate to contact Carl Roberts in my office at carl.roberts@mail.house.gov or (202) 225-2095. Thank you for your attention to this matter and I look forward to your response.

Sincerely,

*Mark DeSaulnier*
Mark DeSaulnier
Member of Congress