**Joseph D. Morelle**
25th District, New York

**Washington Office**
570 Cannon House Office Building
Washington, D.C. 20515
(202) 225-3615

**Rochester Office**
255 East Avenue
Suite 150
Rochester, NY 14604
(585) 232-4850



# Congress of the United States
## House of Representatives
### Washington, DC 20515

**Committee on House Administration**
Ranking Member

**Committee on Appropriations**
Subcommittee on Commerce, Justice, Science, and Related Agencies
Subcommittee on Energy and Water Development, and Related Agencies

February 6, 2024

Hon. Gary Gensler
Chair
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Mr. Robert W. Cook
President & Chief Executive Officer
Financial Industry Regulatory Authority
1700 K Street, NW
Washington, DC 20006

Dear Chairman Gensler and President Cook,

I write regarding concerns brought to my attention by constituents who were impacted by the Financial Industry Regulatory Authority's (FINRA) actions on Meta Material's (MMTLP) Series A Preferred Shares.

On December 8, 2022, FINRA halted trading of MMTLP and announced deletion of the MMTLP symbol five days later. My constituents have expressed that, as a result, they were left without clarity on the future of their investments.

As you know, the U.S. Securities and Exchange Commission (SEC) and FINRA have a responsibility to protect investors and safeguard the integrity of our public markets. Given the financial distress my constituents have described as a result of these decisions, I want to ensure that market decisions are being made in an efficient and transparent manner.

As a follow-up to the meetings your offices provided my staff, I respectfully request that your agencies fully investigate the events surrounding the MMTLP trading halt, to include an audited share count. I further request that you make any findings publicly available and that you provide clear guidance to my constituents about what to expect regarding their MMTLP holdings, and the associated timeline. Please also identify any legislative or regulatory gaps that could be addressed to better protect investors and market integrity.

Thank you for your attention to this matter and I look forward to your timely response.

Sincerely,

*Joseph D. Morelle*

Joseph D. Morelle
Member of Congress