

**UNITED STATES
HOUSE OF REPRESENTATIVES**

March 18, 2025

The Honorable Mark T. Uyeda  
Acting Chairman  
U.S. Securities and Exchange Commission  
100 F Street NE  
Washington, D.C. 20549

Robert W. Cook  
President and CEO  
Financial Industry Regulatory Authority  
1735 K Street NW  
Washington, D.C. 20006

Dear Acting Chairman Uyeda and President Cook:

An issue has been brought to my attention by my constituents concerning an action taken by the Financial Industry Regulatory Authority (FINRA). This action was taken on Meta Materials Series A Preferred Shares that traded under the symbol MMTLP.

The U.S. Securities and Exchange Commission (SEC) and FINRA are charged with protecting investors and the public interest by mitigating market instability. On December 9, 2022, FINRA halted trading of MMTLP, several days before the planned deletion of the MMTLP symbol slated for December 13, 2022. This trading halt caused financial distress for many across this country, including my constituents in ▉▉▉▉▉▉▉▉▉▉.

My constituents have expressed concerns over the holding and status of their shares. Several of them report they experienced financial distress because of the trading halt of MMTLP. My constituents have expressed that they feel left in the dark with unanswered questions. They are requesting more information from SEC and FINRA as to why the trading halt occurred, and for the agencies to help bring about a resolution. In response to these concerns, I request the following:

1. A written response about what my constituents can expect to occur with regard to their current holdings and under what timeline would such a resolution take place; and
2. An affirmation that SEC and FINRA acted within their regulatory authority and operated under standard practices by issuing the trading halt; and
3. That any of the SEC and FINRA's findings regarding MMTLP be made publicly available.

My constituents are deeply concerned about why this action was taken and the state of their investments. As such, I look forward to reviewing your response to these questions and I ask that you respond by April 18th, 2025.

Sincerely,



Member of Congress