

**Congress of the United States**
**House of Representatives**

May 5, 2025

The Honorable Paul Atkins
Chairman
U.S. Securities and Exchange Commission
100 F Street NE
Washington, D.C. 20549

Dear Chairman Atkins,

I would like to congratulate you on your confirmation as Chairman of the Securities and
Exchange Commission. I am writing to formally request that the Securities and Exchange
Commission (SEC) investigate the Biden-era SEC failure to provide transparency and
accountability in response to repeated congressional inquiries related to MMTLP.

On December 6, 2022, the Financial Industry Regulatory Authority (FINRA) issued a corporate
action notice that led investors to believe they had until December 12, 2022, to close their
positions in MMTLP. On December 7, 2022, Jeff Mendl, Vice President of OTC Markets,
appeared on a broadcast and, referencing FINRA, stated that the final day to trade this security
on OTC Markets would be December 12, 2022. However, on December 9, 2022, FINRA
unexpectedly halted trading of MMTLP and subsequently deleted the trading symbol five days
later. This sudden reversal has left tens of thousands of investors in financial and legal limbo.

Ever since this trading halt, offices have been inundated with pleas from constituents who have
lost life savings, retirement funds, and financial stability due to this unresolved debacle, yet their
calls for clarity have gone unanswered. In response to constituent requests, over 80 members of
Congress have submitted numerous requests to both the SEC and FINRA seeking basic
transparency regarding this decision and the events surrounding it. Despite these efforts, key
questions remain unanswered:

1. **Who commenced the trading of MMTLP?**
   FINRA has admitted that a broker-dealer requested the creation of the MMTLP ticker
   symbol, yet the SEC and FINRA failed to disclose which entity was responsible for this.

2. **Where is the share audit?**
   FINRA and the SEC have been asked to deliver an audited and consolidated count of
   shares that were held by the investing public related to Meta Materials' Series A Preferred
   Shares on the date of December 9th, 2022. This should encompass all relevant
   documentation or disclosures to foster transparency and confidence among investors
   regarding their ownership interests. To our knowledge, neither agency has provided such
   a share audit.

3. **Was there illegal short selling or manipulation?**
   There is speculation that significantly more MMTLP shares traded than should have

## Congress of the United States
### House of Representatives

existed. Congress has asked the SEC and FINRA for a full investigation into potential illegal short selling, yet no meaningful response has been given.

Congress has repeatedly asked for transparency and accountability, yet the SEC has failed to respond to these direct inquiries in a satisfactory manner. On behalf of my constituents, I would like to inquire why the SEC during the previous administration had failed to provide appropriate responses, and whether the answers are available to provide constituents clarity and investors renewed trust in financial markets.

I appreciate your attention to this matter and look forward to your findings.


Sincerely,


Member of Congress