**PLAINTIFF'S EVIDENCE BUNDLE: EXHIBIT INDEX**

- **Exhibit 1:** Judicial Cheat Sheet (Regulation SHO & Short Selling Rules)

- **Exhibit 2:** SEC Official Document: Key Points About Regulation SHO

- **Exhibit 3:** Regulation SHO Overview (SEC Official Text)

- **Exhibit 4:** Regulation SHO Rule 204 (SEC Official Close-out Requirements)

- **Exhibit 5:** Short Sales Definition (SEC Rule 200 Definition)

- **Exhibit 6:** SEC Explanation of Naked Short Selling

- **Exhibit 7:** Borrowing and Delivery Requirements (SEC Rule 203)

- **Exhibit 8:** Close-Out Requirements (SEC Rule 204, Detailed)

- **Exhibit 9:** MMTLP "Unicorn" Explanation, Short Squeeze Comparison (Volkswagen vs. MMTLP), TLTC Orders

- **Exhibit 10:** Jeff Mendel Trader TV Interview Transcript

- **Exhibit 11:** Plaintiff's Personal Trade Records (4,005 shares purchased for $15,867 & Broker canceled 1,700-share limit sell order at $420/share)

- **Exhibit 12:** FINRA Threshold List and Fails-to-Deliver (FTD) Data (over 13 million shares)

- **Exhibit 13:** E-Trade Communication Explicitly Admitting Oversold Conditions and Failure to Deliver Shares

- **Exhibit 14:** TradeStation Communication Explicitly Admitting Overages and Share Transfer Failures

- **Exhibit 15:** E-Trade Communication Explicitly Stating Short Position Closures & Borrowing Failures

- **Exhibit 16:** Bulk Screenshots of "Too Late to Cancel" (TLTC) Orders Showing Broker Cancellations and Market Interference

- **Exhibit 17:** Broker Notices Issued December 2022 Explicitly Demonstrating Widespread Confusion and Miscommunication Post-Halt

**Additional Evidence (to continue adding explicitly):**

# PLAINTIFF'S EVIDENCE BUNDLE: EXHIBIT INDEX (18–32)

- **Exhibit 18:** FINRA Combined Notices and Admissions of Share Count Overages and Settlement Failures

- **Exhibit 19:** Sworn Affidavit from International Shareholder Confirming DTC Refusal of Share Transactions and Resulting Investor Harm

- **Exhibit 20:** Combined Screenshots and Explanation of "Too Late to Cancel" (TLTC) Orders, Demonstrating Brokerage System Evidence of Market Interference

- **Exhibit 21:** Short Volume Tutorial Data Demonstrating Increased Short Selling Activity Leading Up to FINRA's Halt

- **Exhibit 22:** Public Comment on FINRA's Rule 6490 Violations and Market Participants' Criticism of Unauthorized Corporate Action Alterations

- **Exhibit 23:** John Brda Communications Confirming FINRA's Unilateral Changes to Corporate Action Without Issuer Consent or Notification

- **Exhibit 24:** Chronological Communications Between Next Bridge Hydrocarbons (NBH) and FINRA Regarding Trading and Halt Issues

- **Exhibit 25:** Letters from Next Bridge Hydrocarbons to FINRA Regarding Trading Issues (Jan. 18, 2024 – Feb. 5, 2024)

- **Exhibit 26:** List of 105 Broker-Dealers Who Sold MMTLP and the Number of Shares Sold (Total: 163,258,152 Shares)

- **Exhibit 27:** List of FINRA Employees & Board Members Affiliated with Broker-Dealers Who Sold MMTLP, Demonstrating Potential Conflicts of Interest

- **Exhibit 28:** Transcript of Senator Crapo Interviewing SEC Chair Gary Gensler, Confirming FINRA Halt Without SEC Permission or Advice and Lack of SEC Transparency in Investigation

- **Exhibit 29:** Screenshot and Comment on FINRA's Rule 6490 Violations and Public Criticism

- **Exhibit 30:** CEO of Power Nickel Transcript on MMTLP Situation, Discussing FINRA and SEC Allowance of Short Selling and Related Market Issues

- **Exhibit 31:** Minnesota Law Review Article Critiquing FINRA's Structure and Constitutional Issues Regarding FINRA's Status as an SRO

- **Exhibit 32:** Article: Attorneys Criticize FINRA for Rebating $50 Million to Broker-Dealers Instead of Compensating Investors with Unpaid Arbitration Awards