# Judicial Cheat Sheet: Regulation SHO & Short-Selling Issues

Prepared for quick judicial reference regarding Regulation SHO, naked shorting, short-selling, covering requirements, and mandatory close-outs.

Official SEC Regulation SHO Text & Summary:

- Complete Official SEC Regulation SHO Overview:

https://www.sec.gov/investor/pubs/regsho.htm

- Electronic Code of Federal Regulations (Reg SHO detailed text):

https://www.ecfr.gov/current/title-17/chapter-II/part-242#242.200

- SEC Regulation SHO FAQs (Detailed SEC Guidance):

https://www.sec.gov/rules/regulations/2021/34-92542.pdf

Naked Short Selling (official SEC & FINRA resources):

- SEC Investor Bulletin on Naked Short Selling:

https://www.sec.gov/investor/pubs/regsho.htm#naked

- FINRA Explainer on Naked Shorting & Delivery Failure:

https://www.finra.org/investors/alerts/naked-short-selling

Short Selling (Definitions & Guidelines):

- SEC Official Short Selling Guide:

https://www.sec.gov/answers/shortsale.htm

- FINRA Short Selling Rules & Requirements:

https://www.finra.org/rules-guidance/key-topics/short-sales

Covering & Mandatory Close-Out Requirements:

- SEC Regulation SHO Mandatory Close-out (Rule 204):

https://www.ecfr.gov/current/title-17/chapter-II/part-242#242.204

- FINRA Rule 4320 - Mandatory Close-out (official rule):

https://www.finra.org/rules-guidance/rulebooks/finra-rules/4320

- SEC's Interpretative Release on Close-Out & Covering Obligations:

https://www.sec.gov/rules/interp/2009/34-60388.pdf

Supplemental Quick Reference Links (Easy explanations):

- Investopedia "Regulation SHO":

https://www.investopedia.com/terms/r/regsho.asp

- Investopedia "Naked Short Selling":

https://www.investopedia.com/terms/n/nakedshorting.asp

- Investopedia "Short Selling & Covering":

https://www.investopedia.com/terms/s/shortselling.asp