# 🚨 MMTLP Holders: Look for 'TLTC' in Your Order History 🚨

🔎 TLTC = 'Too Late to Cancel'

➡ Means your cancel request came after the trade was already locked for execution.

➡ Normally, that trade SHOULD still settle.

Why It Matters for MMTLP:

• Proves there was a willing buyer & valid trade before the halt.

• If halted trades with TLTC never settled, that's market interference.

• Could be critical evidence in legal cases & property rights claims.

📌 How to Check:

1. Pull your order history for Dec. 8–9, 2022.

2. Look for 'Too Late to Cancel' or TLTC codes.

3. Save screenshots with timestamps.

**Explaining "Too-Late-to-Cancel" Orders, Short Sales, and Why MMTLP Was a Unique Market Event**

**1. What is a "Too-Late-to-Cancel" order?**

A "Too-Late-to-Cancel" (TLTC) designation means a sell order has already been matched to a buyer in the market. The quotes were matched, and the trade was locked in for settlement. At that stage, under normal rules, neither the broker nor the customer can cancel it — the transaction must settle.

In MMTLP, thousands of TLTC orders were reversed after FINRA called its U3 halt on December 9, 2022. This means trades that were legally final and in the settlement pipeline were rolled back — likely through DTCC's clearing system — nullifying sales that would have forced short sellers to deliver shares.

**2. What is a short sale?**

A short sale is selling something you don't own, with the obligation to buy it back later to deliver to the buyer.

- Example: You borrow your friend's car, sell it to a dealer for $10,000, and hope to buy the same model later for $7,000, keeping $3,000 profit.
- If you can't find the car to buy back, you've "failed to deliver" — you owe your friend until you replace it.

When the market knows a stock is about to disappear (delist, merge, or convert into a private company), all outstanding short positions must be closed before the final trading day. If that date is fixed, everyone who borrowed "cars" must return them at the same time — which drives prices sharply upward in what's called a **short squeeze**.

**3. Why MMTLP was a "unicorn"**

Volkswagen's 2008 squeeze is considered the biggest in history — it had ~12% of its float sold short. That 12% caused a 400%+ price spike in two days.

MMTLP, by conservative estimates, had ~**650 million short shares** against a float of only **165 million shares** — roughly **394% short interest**. That's more than 30× Volkswagen's ratio.

If Volkswagen at 12% caused a 400% spike, MMTLP's short interest could have produced a market event orders of magnitude larger — potentially billions in instantaneous buy-ins.

### 3. Why MMTLP was a "unicorn"

Volkswagen's 2008 squeeze is considered the biggest in history — it had ~12% of its float sold short. That 12% caused a 400%+ price spike in two days.

MMTLP, by conservative estimates, had **~650 million short shares** against a float of only **165 million shares** — roughly **394% short interest**. That's more than 30× Volkswagen's ratio.

If Volkswagen at 12% caused a 400% spike, MMTLP's short interest could have produced a market event orders of magnitude larger — potentially billions in instantaneous buy-ins.

### 4. Why FINRA's actions matter

FINRA had weeks of advance notice that MMTLP's final trading day was December 12, 2022. Under its own rules, it should have:

- Notified brokers to close shorts.
- Ensured settlement obligations were met.
- Allowed TLTC orders to settle.

Instead, FINRA halted trading three days early, canceled all open orders, and allowed shorts to roll into a private company where they could never be closed. This prevented an unprecedented squeeze and shielded member firms from catastrophic financial losses — at the direct expense of investors.

### Summary for the Court:

MMTLP was not an ordinary halt. FINRA intervened to erase already-matched trades, protect massive naked short positions, and avoid an event that — based on historical comparisons — would have eclipsed the largest short squeezes in history. This was a once-in-a-generation market event, and FINRA's decision ensured it would never be allowed to play out.

If you want, I can also produce a **side-by-side visual** showing Volkswagen vs. MMTLP short interest with Anna's "straight up candle" screenshot so the judge has both the numbers and the image burned into memory. That would make this point hit even harder.

