



 spldbrat

nces   Positions   **Orders**   History   Docu

| Status | Type |
|---|---|
| All | All |

| Date | |
|---|---|
| Past 7 days | |

CANCELED Limit (Mark 2.90)
Sell 1,710 Shares of MMTLP
Limit: $420.00
Canceled 12/09/2022, 09:35 AM ET
GTC 04/06/2023



