THRESHOLD LIST EXPLAINED



## About Threshold Security List 

A Threshold Security is defined in Rule 203(c)(6) of Regulation SHO, as any equity security of any issuer that is registered pursuant to Section 12 of the Exchange Act, or that is required to file reports under Section 15(d) of the Exchange Act (commonly referred to as "Reporting Issuers"), where, for five consecutive settlement days:

- There is an aggregate fail to deliver position at a registered clearing agency of 10,000 shares or more;
- The level of the aggregate fail to deliver position is equal to at least one-half of one percent of the issuer's total shares outstanding; and
- The security is included on a list published by a self-regulatory organization (SRO).

FINRA Rule 4320 defines a Threshold Security as an equity security of an issuer that is not registered pursuant to Section 12 of the Exchange Act, or that is not required to file reports under Section 15(d) of the Exchange Act (i.e., a Non-Reporting Issuer), where, for five consecutive settlement days:

- There is an aggregate fail to deliver position at a registered clearing agency of 10,000 shares or more;
- The aggregate fail to deliver position is valued at $50,000 or more based on the last sale price for the security during the five consecutive settlement date period, or, if not available, the closest last sale price reported prior to the five consecutive settlement date period; and
- The security is included on a list published by a self-regulatory organization (SRO).

A security ceases to be a Threshold Security under both Rule 203(c)(6) of Regulation SHO and FINRA Rule 4320, if it does not meet the relevant requirements for five consecutive settlement days.

| Data Field | Definition |
|---|---|
| Date | Trade Date |
| Issue Name | Name of the issue |
| Symbol | Symbol identifier |
| Market | Indicates whether the issue is OTC Bulletin Board or Other-OTC. |
| Reg SHO Threshold Flag | Subject to the requirements of SEC Rule 203 of Regulation SHO. Where there is an aggregate fail to deliver position for five consecutive settlement days at a registered clearing agency totaling 10,000 shares or more and equal to at least 0.5% of the issuer's total shares outstanding. When this occurs, the issue becomes subject to mandatory close-out requirements outlined in the SEC's Regulation SHO. The allowed values are: <br>• Y = Yes, if the issue is subject to mandatory close-out requirements of Regulation SHO. <br>• N = No, if the issue is NOT subject to mandatory close-out requirements of Regulation SHO. |
| Rule 4320 | When this occurs, the issue becomes subject to mandatory close-out requirements outlined in FINRA Rule 3210. |

Pg 1

10/14/2022 – 12/31/2022 FINRA THRESHOLD LIST



Pg 2

THRESHOLD LIST 2

## OTC Threshold Securities as of Jan 05, 2023

**Issue:** mmtlp
**Trade Date Start:** 10/14/2022
**End:** 12/31/2022

**Refine Your Results** Reset
**Total Results:** 41

**Market**
- OTCBB
- OTC Equity/Other OTC

**Other**
- Reg SHO Threshold
- Rule 4320

| Trade Date | Symbol | Issue Name | Market | Reg SHO Threshold Flag | Rule 4320 |
|---|---|---|---|---|---|
| 10/14/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 10/17/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 10/18/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 10/19/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 10/20/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 10/21/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 10/24/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 10/25/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 10/26/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 10/27/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 10/28/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 10/31/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/01/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/02/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/03/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/04/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/07/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |

THRESHOLD 11/07/2022 – 12/02/2022

| Date | Symbol | Name | Type | | |
|---|---|---|---|---|---|
| 11/07/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/08/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/09/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/10/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/11/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/14/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/15/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/16/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/17/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/18/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/21/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/22/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/23/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/25/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/28/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/29/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/30/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 12/01/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 12/02/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |

THRESHOLD LIST 3

| Date | Symbol | Name | Market | | |
|---|---|---|---|---|---|
| 11/17/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/18/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/21/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/22/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/23/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/25/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/28/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/29/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 11/30/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 12/01/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 12/02/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 12/05/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 12/06/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 12/07/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 12/08/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 12/09/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |
| 12/12/2022 | MMTLP | META MATLS INC PFD SER A | OTC Equity | N | Y |

Displaying 1 - 41 of 41 items

*Handwritten annotations: "STILL TRADING →" pointing to 12/12/2022 row; "ON THRESHOLD LIST" pointing to Y column*


Pg 5

MMTLP_FTD's_2022

### mmtlp_ftds_2022_12a

### Table 1

| SETTLEMENT DATE | CUSIP | SYMBOL | DESCRIPTION | PRICE | Trade Date | QUANTITY (FAILS) | Trade Close |
|---|---|---|---|---|---|---|---|
| 2022-11-01 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 6.85 | 2022-10-28 | 59,620 | 6.40 |
| 2022-11-02 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 7.11 | 2022-10-31 | 14,979 | 6.85 |
| 2022-11-03 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 6.62 | 2022-11-01 | 29,524 | 7.11 |
| 2022-11-04 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 7.26 | 2022-11-02 | 47,828 | 6.62 |
| 2022-11-07 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 7.48 | 2022-11-03 | 19,906 | 7.26 |
| 2022-11-08 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 7.45 | 2022-11-04 | 24,356 | 7.48 |
| 2022-11-09 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 7.27 | 2022-11-07 | 57,064 | 7.45 |
| 2022-11-10 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 7.07 | 2022-11-08 | 8,711 | 7.27 |
| 2022-11-11 | | | | | 2022-11-09 | 0 | 7.07 |
| 2022-11-14 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 7.25 | 2022-11-10 | 59,925 | 0 |
| 2022-11-15 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 8.41 | 2022-11-11 | 126,337 | 7.25 |
| 2022-11-16 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 9.73 | 2022-11-14 | 30,773 | 8.41 |
| 2022-11-17 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 8.85 | 2022-11-15 | 21,078 | 9.73 |
| 2022-11-18 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 9.00 | 2022-11-16 | 117,024 | 8.85 |
| 2022-11-21 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 8.90 | 2022-11-17 | 192,151 | 9.00 |
| 2022-11-22 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 11.65 | 2022-11-18 | 107,285 | 8.90 |
| 2022-11-23 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 10.20 | 2022-11-21 | 68,327 | 11.65 |
| 2022-11-25 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 9.55 | 2022-11-22 | 63,859 | 10.20 |
| 2022-11-28 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 10.03 | 2022-11-23 | 86,905 | 9.55 |
| 2022-11-29 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 9.85 | 2022-11-25 | 1,735 | 10.03 |
| 2022-11-30 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 9.63 | 2022-11-28 | 1,125 | 9.85 |
| 2022-12-01 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 8.17 | 2022-11-29 | 1,000 | 9.63 |
| 2022-12-02 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 8.08 | 2022-11-30 | 11,362 | 8.17 |
| 2022-12-05 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 8.25 | 2022-12-01 | 34,609 | 8.08 |
| 2022-12-06 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 7.11 | 2022-12-02 | 45,879 | 8.25 |
| 2022-12-07 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 8.25 | 2022-12-05 | 38,460 | 7.11 |
| 2022-12-08 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 7.00 | 2022-12-06 | 86,988 | 8.25 |
| 2022-12-09 | 59134N203 | MMTLP | META MATLS INC PFD SER A | 2.90 | 2022-12-07 | 215,238 | 7.00 |
| 2022-12-12 | | | | | 2022-12-08 | 0 | 2.90 |

*(handwritten annotations: "still TRADING" pointing to 2022-12-12; "NO FTDS" pointing to 0 on 2022-12-08; "Pg 6")*



QUANTITY FTD's 10/13/2021 – 12/07/2022

Date is Settlement Date : T+2
Last Day of Trading was 12/08 which Settles on 12/12
There was 0 Fails to Deliver which Settled on 12/12



QUANTITY FTD's 10/13/2021 – 12/07/2022
250 days of FTD's
295 days of Trading

Date is Settlement Date : T+2
Last Day of Trading was 12/08 which Settles on 12/12
There was 0 Fails to Deliver which Settled on 12/12



Pg 8

## 12/08/2022 OVER 13 MILLION IN TRADING VOLUME WITH NO FTD's

### MMTLP_PRICES

| Date | Open | High | Low | Close | Adj Close | Volume | |
|---|---|---|---|---|---|---|---|
| 2022-11-07 | 7.250000 | 7.600000 | 6.750000 | 7.450000 | 7.450000 | 823,785 | 273 |
| 2022-11-08 | 7.500000 | 7.500000 | 7.160000 | 7.270000 | 7.270000 | 479,515 | 274 |
| 2022-11-09 | 7.100000 | 7.340000 | 6.800000 | 7.070000 | 7.070000 | 740,552 | 275 |
| 2022-11-10 | 6.960000 | 7.200000 | 6.100000 | 6.850000 | 6.850000 | 947,156 | 276 |
| 2022-11-11 | 6.850000 | 7.330000 | 6.600000 | 7.250000 | 7.250000 | 585,028 | 277 |
| 2022-11-14 | 7.490000 | 8.410000 | 7.250000 | 8.410000 | 8.410000 | 1,091,720 | 278 |
| 2022-11-15 | 8.700000 | 9.850000 | 8.460000 | 9.730000 | 9.730000 | 1,429,015 | 279 |
| 2022-11-16 | 9.890000 | 9.950000 | 8.600000 | 8.850000 | 8.850000 | 1,069,678 | 280 |
| 2022-11-17 | 9.390000 | 9.390000 | 8.400000 | 9.000000 | 9.000000 | 450,760 | 281 |
| 2022-11-18 | 9.000000 | 9.240000 | 8.610000 | 8.900000 | 8.900000 | 307,110 | 282 |
| 2022-11-21 | 9.900000 | 11.700000 | 9.430000 | 11.650000 | 11.650000 | 2,947,045 | 283 |
| 2022-11-22 | 11.850000 | 12.500000 | 9.200000 | 10.200000 | 10.200000 | 3,465,791 | 284 |
| 2022-11-23 | 10.720000 | 10.950000 | 8.550000 | 9.550000 | 9.550000 | 1,765,456 | 285 |
| 2022-11-25 | 10.870000 | 10.990000 | 9.880000 | 10.030000 | 10.030000 | 1,673,741 | 286 |
| 2022-11-28 | 10.790000 | 10.980000 | 9.610000 | 9.850000 | 9.850000 | 2,054,545 | 287 |
| 2022-11-29 | 10.000000 | 10.150000 | 9.440000 | 9.630000 | 9.630000 | 931,624 | 288 |
| 2022-11-30 | 9.720000 | 10.000000 | 7.760000 | 8.170000 | 8.170000 | 1,397,649 | 289 |
| 2022-12-01 | 8.250000 | 9.050000 | 7.750000 | 8.080000 | 8.080000 | 1,739,862 | 290 |
| 2022-12-02 | 8.900000 | 8.900000 | 8.100000 | 8.250000 | 8.250000 | 1,128,080 | 291 |
| 2022-12-05 | 8.250000 | 9.000000 | 6.600000 | 7.110000 | 7.110000 | 2,033,286 | 292 |
| 2022-12-06 | 7.150000 | 9.700000 | 5.040000 | 8.250000 | 8.250000 | 5,064,335 | 293 |
| 2022-12-07 | 9.880000 | 9.900000 | 6.950000 | 7.000000 | 7.000000 | 4,313,484 | 294 |
| 2022-12-08 | 6.150000 | 6.200000 | 2.850000 | 2.895000 | 2.895000 | 13,717,253 | 295 |
| 2022-12-09 | 2.895000 | 2.895000 | 2.895000 | 2.895000 | 2.895000 | 0 | |
| 2022-12-12 | 2.895000 | 2.895000 | 2.895000 | 2.895000 | 2.895000 | 0 | |
| 2022-12-13 | null | null | null | null | null | null | |
| 2022-12-14 | null | null | null | null | null | null | |

**MMTLP : DAILY VOLUME**

VOLUME on 12/08/2022 was 13,717,253
Highest Volume in the Entire History of MMTLP trading

Next highest daily volume was on 10/08/2021 (11,203,810)
(First Day of Trading)

U3 Halted by FINRA on 12/09/2021 (Midnight)

**MMTLP : CLOSING PRICE**

12/07/2021 : $7.00
12/08/2021 : $2.89

9.5 Million Shares were Naked shorted on 12/08/2021
(Which pushed the price down from $7.00 to $2.89)

U3 Halted by FINRA on 12/09/2021 (Midnight)

*[Handwritten annotations: "STILL TRADING", "NO FTD???"]*



Pg 9

[space left blank for Etrade screenshot below]



44.     Under FINRA rule 7150, these trades were supposed to be settled – since these trades onscreen in the above screenshot in **#XX**, above, had to have been placed no later than 8 December 2022, DTCC was bound to honor the trades: "Rule 7150: If a Participant is reported by the System as a party to a trade that has been treated as locked-in and sent to DTCC, notwithstanding any other agreement to the contrary, that party shall

16





72. A share survey of MMTLP shareholders conducted by Russell Race in 2023 confirmed dramatically oversold conditions in MMTLP; the methodology he used was unassailably conservative and involved not including whale (large) shareholders as part of the calculus to get to a share count but only added them in at the termination of the mathematics when average shareholders were analyzed. The results lead inescapably to the conclusion that MMTLP was oversold at least to almost 500,000,000 shares – and its initial, legal allotment from DTCC was approximately 164,000,000 (despite the trade start to it being of dubious/illegal origin:

| Estimating MMTLP shares | | | |
|---|---|---|---|
| **Russ's Share Counts** | | **Outliers - Extra Large Shareholders** | |
| 39,919,636 | Shares counted | McCabe | 19,600,000 |
| 5,941 | Shareholders | William | 17,800,000 |
| 6,719 | Shares / Shareholder | David | 11,890,000 |
| 65,000 | Est. # shareholders | Brda | 2,000,000 |
| 436,757,505 | Est. shares circulating | | |
| | | Total (outliers) | 51,290,000 Total shares |
| 51,290,000 | Large Shareholders | | |
| 488,047,505 | Total Est. MMTLP Shares | | |

Conservative Estimate
- using Russ's Numbers
- Not counting ANY outliers, and adding in 4 KNOWN outliers
- # of actual shares is likely to be higher



