

Danielle Spears <paymmtlpnow@gmail.com>

## MMTLP/ NEXT BRIDGE HYDROCARBONS SHAREHOLDER
2 messages

**Abdlemjid El kachcari** <aelkachcari@web.de>                                          Sat, Aug 9, 2025 at 1:45 PM
To: paymmtlpnow@gmail.com

Hello Danielle,

I was told I had until December 12, 2022, to sell my MMTLP shares.
Then, on December 9, 2022, I was suddenly informed that DTC would no longer accept any further transactions, and now I'm stuck with those shares."

I certify under penalty of perjury that the above is true and correct.
/s/ Abdlemjid El kachcari

--
Gesendet mit der WEB.DE Mail

**Danielle Spears** <paymmtlpnow@gmail.com>                                             Sat, Aug 9, 2025 at 4:47 PM
To: Abdlemjid El kachcari <aelkachcari@web.de>

That is fantastic.  Thank you.
[Quoted text hidden]