# 🔎 MMTLP Holders: Look for 'TLTC' in Your Order History 🔎

🔹 TLTC = 'Too Late to Cancel'

➡ Means your cancel request came after the trade was already locked for execution.

➡ Normally, that trade SHOULD still settle.

Why It Matters for MMTLP:

• Proves there was a willing buyer & valid trade before the halt.

• If halted trades with TLTC never settled, that's market interference.

• Could be critical evidence in legal cases & property rights claims.

🔹 How to Check:

1. Pull your order history for Dec. 8–9, 2022.

2. Look for 'Too Late to Cancel' or TLTC codes.

3. Save screenshots with timestamps.











**Explaining "Too-Late-to-Cancel" Orders, Short Sales, and Why MMTLP Was a Unique Market Event**

**1. What is a "Too-Late-to-Cancel" order?**
A "Too-Late-to-Cancel" (TLTC) designation means a seller has already been matched to a buyer in the market. The quotes were matched, and the trade was locked in for settlement. At that stage, under normal rules, neither the broker nor the customer can cancel it — the transaction must settle.

In MMTLP, thousands of TLTC orders were reversed after FINRA called its U3 halt on December 9, 2022. This means trades that were legally final and in the settlement pipeline were rolled back — likely through DTCC's clearing system — nullifying sales that would have forced short sellers to deliver shares.

**2. What is a short sale?**
A short sale is selling something you don't own, with the obligation to buy it back later to deliver to the buyer.

- Example: You borrow your friend's car, sell it to a dealer for $10,000, and hope to buy the same model later for $7,000, keeping $3,000 profit.
- If you can't find the car to buy back, you've "failed to deliver" — you owe your friend until you replace it.

When the market knows a stock is about to disappear (delist, merge, or convert into a private company), all outstanding short positions must be closed before the final trading day. If that date is fixed, everyone who borrowed "cars" must return them at the same time — which drives prices sharply upward in what's called a **short squeeze**.

**3. Why MMTLP was a "unicorn"**
Volkswagen's 2008 squeeze is considered the biggest in history — it had ~12% of its float sold short. That 12% caused a 400%+ price spike in two days.

MMTLP, by conservative estimates, had ~**650 million short shares** against a float of only **165 million shares** — roughly **394% short interest**. That's more than 30× Volkswagen's ratio.

If Volkswagen at 12% caused a 400% spike, MMTLP's short interest could have produced a market event orders of magnitude larger — potentially billions in instantaneous buy-in.

**4. Why FINRA's actions matter**
FINRA had weeks of advance notice that MMTLP's final trading day was December 12, 2022. Under its own



| Order Date | Order Day of Halt Week | Order | Quantity | Share Price | Total Order $ | Order Placed Date & Time Stamp | Order Rejected Date & Time Stamp | Reasons Code | Reason Code NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 12/10/2022 | Saturday - Halt | 719 | 1,000 | $ 10,000.00 | $ 10,000,000 | 12/10/22 08:03:36 PM EST | 12/12/22 08:09:28 AM EST | Market Reject | "The order is rejected by the market maker." 1st Market Reject under U3 Halt, order 719 placed on 12/10. |
| 12/11/2022 | Sunday - Halt | 734 | 1,000 | $ 150,000.00 | $ 150,000,000 | 12/11/22 09:35:46 PM EST | 12/12/22 08:09:28 AM EST | Market Reject | "The order is rejected by the market maker." Note this order was placed after, and rejected before, Order 729. |
| 12/11/2022 | Sunday - Halt | 729 | 1,000 | $ 200,000.00 | $ 200,000,000 | 12/11/22 09:00:00 PM EST | 12/13/22 08:01:13 AM EST | Too Late To Cancel | "Too Late To Cancel" unlike a Market Reject code. Note order was placed on same day, around same time on 12/11. Market Rejects all occurred on 12/12. TLTC rejected on 12/13. |
| 12/12/2022 | Monday - Halt | 736 | 10 | $ 999,111.00 | $ 9,991,110 | 12/12/22 04:35:47 AM EST | 12/12/22 08:09:28 AM EST | Market Reject | "The order is rejected by the market maker." Note order was placed after, and rejected before, Order 729. Last Market Reject under U3 Halt. |
| | | | | | | Why didn't Order 729 go Market Reject like Order 734? | | | |
| | | | | | | Why Reject $150m 12/12 then execute TLTC $200m 12/13... | Order routing tied to fund availability determination | | |



