

Robert L.D. Colby
Executive Vice President
and Chief Legal Officer

January 19, 2024

**VIA EMAIL (**████████████**)**

Greg McCabe
Chairman of the Board
Next Bridge Hydrocarbons, Inc.
████████████████████
████████████████

Dear Mr. McCabe:

I received your letter of January 18, 2024. FINRA would welcome the opportunity to review the information you have regarding the number of short positions in Next Bridge Hydrocarbons, Inc's common stock, so we can discuss it with you on an informed basis.

Please send that information to us by email or return correspondence. After we have reviewed the information, we can schedule a meeting to meaningfully discuss the matter.

Very truly yours,

Robert Colby



VIA EMAIL AND FEDERAL EXPRESS

January 18, 2024

Mr. Robert Colby
Executive Vice President
and Chief Legal Officer
█████████████████

Mr. Colby:

I write on behalf of Next Bridge Hydrocarbons, Inc. ("Next Bridge" or the "Company") in response to your letter dated December 7, 2023 ("FINRA's Response Letter"). This continues our correspondence related to FINRA's November 6, 2023 Supplemental FAQ: MMTLP Corporate Action Trading Halt.[1]

In FINRA's Response Letter, FINRA noted that "NBH has yet to obtain a CUSIP identifier for its common stock and the shares are not DTC-eligible, thus, it continues to be very difficult for holders to trade NBH (although NBH's common stock is widely held)." At the time of Next Bridge's spin-off from Meta Materials, Inc. ("Meta Materials"), Next Bridge did not plan to have publicly traded securities. Indeed, the Prospectus for that transaction disclosed that Next Bridge common stock "is not and will not be publicly traded and will not be eligible for electronic transfer through the Depository Trust Company book-entry system or any other established clearing corporation."[2]

If FINRA is interested in receiving the information we have regarding the number of short positions being held in Next Bridge's common stock, I am happy to schedule a call at a mutually convenient time for you and your staff to discuss.

Please let me know if you have any questions or need additional information.

Sincerely,

Greg McCabe
Chairman of the Board
Next Bridge Hydrocarbons, Inc.

---

[1] https://www.finra.org/investors/insights/supplemental-faq-mmtlp-corporate-action-and-trading-halt ("November 6 Supplemental FAQ").
[2] Prospectus of Next Bridge Hydrocarbons, Inc. dated November 18, 2023 on page 1 at https://www.sec.gov/Archives/edgar/data/1936756/000119312522292114/d302576d424b4.htm#toc302576_3.



Robert L.D. Colby
Executive Vice President
and Chief Legal Officer

February 5, 2024

**VIA EMAIL (**█████████████████**)**

Greg McCabe
Chairman of the Board
Next Bridge Hydrocarbons, Inc.
████████████████████
████████████

Dear Mr. McCabe,

In your letter dated February 5, 2024, you expressed the view that it would be most effective if the Securities and Exchange Commission were represented at the meeting you requested with the SEC and FINRA. To that end, you asked for suggestions regarding whom to speak to at the SEC about MMTLP and Next Bridge Hydrocarbons.

My best suggestion for a contact person at the SEC would be ████████████████ ██████████████████████████████████████████████████████████████ ██████████████████████████.

I hope this information is helpful.

Sincerely,

*Robert Colby* (signature)

Robert Colby

Investor protection. Market integrity.                                   www.finra.org



February 5, 2024

Mr. Robert Colby
Executive Vice President
and Chief Legal Officer

Mr. Colby,

Thank you for your response dated January 30, 2024. I believe it will be most effective for the SEC to be represented at my proposed in-person meeting with you. I have sent two emails to all five commissioners at the SEC and I have yet to receive a response. I will attempt to reach out to them again this week. Any guidance you might have as to the correct person to be speaking to at the SEC about MMTLP and Next Bridge Hydrocarbons would be greatly appreciated.

Sincerely,

Greg McCabe
Chairman and Chief Executive Officer
Next Bridge Hydrocarbons, Inc.



January 23, 2024

Mr. Robert Colby
Executive Vice President
and Chief Legal Officer

Mr. Colby,

Next Bridge Hydrocarbons has been gathering a significant amount of data regarding the imbalance in our shareholder ledger. As stated in our press release, the very early results of our data gathering suggests a number considerably higher than the 2.65mm shares of aggregate short interest stated in FINRA's most recent FAQ.

Per your request, the investment banking firm representing Next Bridge on our proposed S-1 has received several inbound calls from financial institutions needing to buy our shares to get their books in balance. One of the inquiries was of a size so large that I requested to be on a call with this group. From this call, I now have knowledge of an admitted shareholder imbalance from one single financial institution that is multiples more that 2.65mm shares. We continue to collect additional data regarding imbalances from multiple sources.

There is a significant disconnect between our growing data and FINRA's stated number of 2.65mm shares of outstanding short interest. I believe this highlights the need for a more exhaustive review of the total shares in all accounts and through all categories of security, long or short, onshore or offshore, and by parties registered with FINRA or not. The ultimate goal of this investigation is to make sure that every shareholder who purchased a share of MMTLP has the corresponding one-for-one share of Next Bridge Hydrocarbons. Furthermore, any party that sold shares short of MMTLP, or was short Torchlight Energy and carried that short position through the merger with Meta Materials, and, for whatever reason, has not provided the corresponding sold share to the rightful owner, needs to consummate the final step of the "short" transaction, and purchase those shares they sold without a borrow and deliver them to the rightful owners.



It has been over 13 months since the U-3 Halt and the anger and frustration of the Next Bridge retail community has only grown. I believe we are at a critical juncture to solve this problem. All relevant parties need to have a meeting and determine the best means to get a complete and accurate share count, as well as a plan of action to address this serious problem of shares sold, yet never delivered, that is manifestly unfair to the purchaser and to our company. Instead of a phone call between us, I strongly suggest an in-person meeting as soon as possible with appropriate members of FINRA, the SEC, and Next Bridge Hydrocarbons. This proposed meeting will give us our best opportunity to address these issues that is fair and causes as little disruption as possible to the markets.

Please let me know your thoughts. Thank you again for your time.

Sincerely,

Greg McCabe
Chairman and Chief Executive Officer
Next Bridge Hydrocarbons, Inc.



Robert L.D. Colby
Executive Vice President
and Chief Legal Officer

January 30, 2024

**VIA EMAIL (**█████████████████**)**

Greg McCabe
Chairman of the Board
Next Bridge Hydrocarbons, Inc.
█████████████████████
████████████████

Dear Mr. McCabe:

I received your letter of January 23, 2024, in which you request an in-person meeting with members of FINRA, the Securities and Exchange Commission (SEC), and Next Bridge Hydrocarbons. FINRA staff welcomes the opportunity to meet with you to understand your perspective on the nature and extent of short positions in Next Bridge Hydrocarbons common stock.

For a constructive conversation at our meeting, please provide us in advance any specific information you have regarding the names of the financial institutions referenced in your letter, and the size and location of the referenced short positions. We will then analyze the information and compare it to our estimate of the aggregate short interest position in MMTLP shares in accounts held at FINRA-member broker-dealers. Without this information it will be difficult to have a productive meeting.

Please provide me with a range of dates that you would be available for a meeting, preferably in Washington, DC. We are unable to speak to whether the SEC is available to join us; you should reach out to them directly to discuss your request.

Very truly yours,

*Robert Colby* (signature)

Robert Colby

**Investor protection. Market integrity.**                                    www.finra.org