| | 105 BROKER DEALERS WHO SOLD MMTLP | |
|---|---|---|
| 188 | TD Ameritrade Clearing Inc. | 53,823,154 |
| 226 | National Financial Services LLC | 21,012,498 |
| 235 | RBC Capital Markets LLC | 16,063,656 |
| 385 | E*Trade Clearing LLC | 13,052,719 |
| 6769 | Robinhood Securities LLC | 12,804,287 |
| 164 | Charles Schwab & Co., Inc. | 12,012,877 |
| 158 | APEX Clearing Corporation | 5,181,904 |
| 8862 | Merrill Lynch, Pierce, Fenner & Smith Inc. | 3,320,212 |
| 908 | Citibank, Natl Assoc | 3,243,567 |
| 534 | Interactive Brokers LLC | 2,909,451 |
| 5036 | TD Waterhouse Canada Inc.-ATTN Mandatory Proc | 2,428,490 |
| 352 | J.P. Morgan Securities LLC/JPMC | 1,746,582 |
| 62 | Vanguard marketing Corp | 1,726,600 |
| 443 | Pershing LLC | 1,259,929 |
| 141 | Wells Fargo Clearing Services, LLC | 1,217,702 |
| 5002 | RBC Dominion Securities Inc. | 1,143,392 |
| 50 | Morgan Stanley & Co. LLC | 995,346 |
| 5084 | Questrade Inc./CDS | 906,205 |
| 901 | The Bank of NY Mellon | 573,158 |
| 2012 | Crest Intl Nominees Ltd. | 571,328 |
| 725 | Raymond James & Assoc. Inc. | 553,112 |
| 2357 | JPMorgan Chase Bank/IA | 488,932 |
| 5043 | BMO Nesbitt Burns Inc./CDS | 481,919 |
| 5099 | CDS Clearing & Depository Services Inc. | 465,361 |
| 10 | Brown Brothers Harriman & Co. | 463,785 |
| 5011 | Scotia Capital Inc./CDS | 394,761 |
| 5030 | CIBC World Markets Inc./CDS | 370,134 |
| 5 | Goldman Sachs & Co. LLC | 351,052 |
| 756 | American Enterprise Investment Services Inc. | 350,577 |
| 57 | Edward D Jones & Co. L P | 314,711 |
| 15 | Morgan Stanley Smith Barney LLC | 298,155 |

| 2787 | BNP Paribas, NY Branch | 282,114 |
|---|---|---|
| 221 | UBS Financial Services Inc. | 177,051 |
| 229 | Barclays Capital Inc | 174,609 |
| 287 | Marsco Investment Corp | 159,213 |
| 75 | LPL Finanical LLC | 154,956 |
| 8455 | Barclays Capital Inc | 134,856 |
| 8460 | Phillip Capital Inc. | 126,263 |
| 271 | TradeStation Securities, Inc. | 122,622 |
| 5198 | Bank Of America Securities, Inc./Safekeeping | 113,252 |
| 67 | Instintet LLC | 110,274 |
| 8353 | Natl. Bank of Canada Finanical Inc | 103,600 |
| 8275 | BNY MellonWealth Mgt. | 103,495 |
| 5028 | Deskardoms Securities Inc/CDS | 92,166 |
| 280 | US Bancorp Investments, Inc. | 86,930 |
| 5008 | Natl. Bank Financial Inc. / CDS | 81,203 |
| 642 | UBS Securities LLC | 74,749 |
| 8396 | HSBC Bank USA, Natl Assoc | 70,981 |
| 161 | Bank Of America Securities, Inc. | 62,242 |
| 902 | JPMorgan Chase Bank, Natl Assoc | 52,354 |
| 997 | State Street Bank & Trust Co. | 43,978 |
| 793 | Stifel, Nicolaus & Co Inc | 42,033 |
| 695 | ABN AMRO Clearing Chicago LLC | 31,906 |
| 279 | Hilltop Securities Inc. | 26,711 |
| 361 | D.A. Davidson & Co. | 26,000 |
| 5083 | Credential Securities Inc./CDS | 25,521 |
| 52 | COR Clearing LLC | 21,498 |
| 505 | Citigroup Global Markets Inc. | 20,953 |
| 5046 | Canaccord Genuity Corp./CDS | 19,310 |
| 2669 | The Northern Trust Co | 16,758 |
| 2803 | U.S. Bank Natl Assoc | 16,578 |
| 5208 | Goldman Sachs & Co. LLC | 15,325 |

| | | |
|---|---|---|
| 8199 | Wedbush Securities | 15,308 |
| 283 | Wilson-Davis & Co., Inc. | 11,872 |
| 19 | Jefferies LLC | 11,318 |
| 7578 | TD Prime Services LLC/Stock Loan | 10,000 |
| 374 | Janney Montgomery Scott LLC | 8,017 |
| 547 | Robert W. Baird & Co. Inc. | 7,517 |
| 571 | Oppenheimer & Co. Inc. | 7,058 |
| 595 | Vision Financial Markets LLC | 7,038 |
| 2663 | SEI Private Trust Co | 6,784 |
| 5127 | Morgan Stanley & Co. LLC | 6,500 |
| 5058 | Haywood Securities Inc./CDS | 5,590 |
| 750 | Intl FCStone Financial Inc. | 4,500 |
| 2154 | BNP Paribas Securities Corp. | 4,450 |
| 355 | Credit Suisse Securities (USA) LLC | 3,500 |
| 103 | Wedbush Securities | 3,450 |
| 816 | HSBC Securities (USA) Inc. | 3,275 |
| 8430 | Citadel Securities LLC | 2,994 |
| 701 | Cetera Investment Services LLC | 2,721 |
| 445 | Muriel Siebert & Co. Inc. | 2,600 |
| 2116 | Fifth Third Bank | 2,500 |
| 5076 | Raymond James Ltd/CDS | 2,245 |
| 3856 | Velox Clearing LLC | 1,898 |
| 5012 | Edward D Jones & Co. L P/CDS | 1,761 |
| 2205 | Keybank Natl Assoc | 1,323 |
| 3450 | Curvature Securities LLC | 1,290 |
| 9186 | B. Riley Securities, Inc. | 1,200 |
| 2678 | State Street Bank & Trust Co. | 999 |
| 5047 | Manulife Securities Inc./CDS | 950 |
| 295 | Virtu Americas LLC | 720 |
| 7359 | Velocity Clearing LLC/STOCK Loan | 700 |
| 2399 | State Street Bank & Trust Co. | 550 |

| | | |
|---:|---|---:|
| 5016 | GMP Securities LP/CDS | 518 |
| 5085 | BBS Securities Inc./CDS | 486 |
| 286 | SG Americas Securities LLC | 412 |
| 2622 | Texas Treasury Safekeeping Trust Co | 270 |
| 2888 | Mizuho Trust & Banking Co (USA) | 200 |
| 5040 | Fidelity Clearing Canada ULC/CDS | 125 |
| 1970 | JPMorgan Chase Bank/EuroClear Bank | 100 |
| 2147 | BNP Paribas, NY Branch | 90 |
| 2072 | Wells Fargo Bank N.A./SIG | 72 |
| 101 | Morgan Stanley & Co. LLC/SL Conduit | 70 |
| 2336 | BNYMELLON RE Charles Stanley & Co | 70 |
| 728 | Folio Investments, Inc. | 54 |
| | | 163,258,152 |