| BROKER-DEALERS WHO SOLD MMTLP & HELD A SEAT AT FINRA IN 2022 | | | UPC HALT COMMITTEE MEMBERS | |
|---|---|---|---|---|
| | Share Allotment | | | |
| National Financial Services LLC | 21,032,468 | Jersey City, NJ Boston, MA | Janet M. Dyer, Joseph Lyons, Michael Joseph Lyons, | |
| | | | Wendy E. John, Gail Mertens, **Matthew P Price UPC** | |
| Charles Schwab & Co. Inc. | 12,012,367 | San Francisco, CA | Patrick Whyte | |
| Apex Clearing Corporation | 5,181,904 | Chicago, IL | Rajeev Khurana | |
| Citibank / Citigroup Global Markets, Inc. | 4,162,716 | New York, NY, Sioux Falls, SD | Darrell Bridgers | |
| J.P. Morgan Securities LLC | 1,824,916 | Brooklyn, NY, Columbus, OH | Leslie K. Gardner, James M. Collins | |
| | | | Christina B. Dugger, Megan Yang | |
| Vanguard Marketing Corporation | 1,720,800 | Malvern, PA | Mortimer J. Buckley | |
| Wells Fargo Clearing Services LLC | 1,277,702 | St Louis, MO | Mary Kay Bloomquist, Steven Paul, David Kowach | |
| Pershing LLC | 1,260,209 | Jersey City, NJ | Jim Crowley / **Steven Dapcic UPC** | |
| RBC Dominion Securities Inc | 1,143,320 | Toronto, ON | Mark McKinney | |
| BNY Mellon | 571,758 | Pittsburgh, PA | Jim Crowley | |
| Raymond James & Associates, Inc. | 553,112 | St Petersburg, FL, Vancouver, BC | Jonathan Carroll | |
| Goldman Sachs & Co LLC | 301,582 | New York, NY, Salt Lake City, UT | Kathryn Ruemmler, Matthew Leavitt, | |
| | | | John O'Connell, David Smith | |
| Morgan Stanley Smith Barney LLC | 296,165 | New York, NY | Jennifer A. Greco, Michael Kim, Michael S. Baker | |
| | | | Jeffrey R. White, Eric Broder, Kelly Bell | |
| Edward Jones & Co L.P. | 314,711 | St Louis, MO | Penny Pennington, **Christopher Haines UPC** | |
| UBS Financial Services Inc | 177,351 | Weehawken, NJ | Naureen Hassan | |
| Barclays Capital, Inc. | 174,800 | New York, NY | Carlos L. Gonzales | |
| LPL Financial LLC | 154,056 | San Diego, CA | Michelle Oroschakoff | |
| Hilltop Securities Inc | 20,711 | Dallas, TX | Deborah Bicanic / **Kelly Bell UPC** | |
| Jefferies LLC | 13,318 | New York, NY | Shanna B. Green | |
| CIBC World Markets Inc | 370,154 | Toronto, ON | Patrick Consola | |
| Citadel Securities LLC | 2,094 | Chicago, IL | Gregg E. Berman | |
| Merrill Lynch Pierce Fenner & Smith | 89,686 | New York, NY | Philip Giuca | |
| INTL FCStone Financial Inc | 900 | Chicago, IL | Roger L. Shaffer | |
| Credit Suisse Securities (USA) LLC | 3,756 | New York, NY | Erin J. Curtis | |
| Robinhood Securities, LLC | 0 | Menlo Park, CA | Joseph Talal | |
| D.A. Davidson & Co | 26,000 | Great Falls, MT | **Tom Nicholson UPC** | |
| Lincoln Financial Securities Corporation | 154,956 | Fort Wayne, IN | **Jeffrey Sheftic UPC** | |
| Robinhood Financial LLC | 12,804,287 | Menlo Park, CA | **Joseph Iraci UPC** | |
| **105 Brokers sold 163,258,152 shares** | 65,645,799 | Brokers who also worked at FINRA and | sold MMTLP controlled about 40% of shares sold and many investors see this as a major conflict of interest | |
| | 35,613,342 | 7 of 10 UPC Members sold MMLTP controlling approx. 22% of total shares sold | | |

In December of 2022 these seats were filled with the individuals listed above while each person continued
to also work for their designated broker dealer. These positions are filled by either election or nomination.
According to my research the committee sizes can shift slightly from year to year but this appears to be the average

| | |
|---|---|
| Board of Governors 22 seats plus the CEO | 23 |
| Executive or Operating Committee | 8 |
| Advisory Committee's 13 w/ 10 seats each | 130 |
| 5 Regional Committee's N-W-MW-S-NY | 44 |
| National Adjudicatory Council | 15 |
| **TOTAL SEATS** | **220** |