9/12/2023 S.HRG. 118-475 - Oversight of the US Securities and Exchange Commission

Testimony of Gary Gensler asked questions by Senator Crapo

I have heard from many Idahoans how they have been impacted by the troubling trading halt of the Meta Materials, or MMTLP. Investors across the country share these same concerns. They have a lot of questions about what happened, the inability to sell the stock, and potential IRS implications.

And to get answers about what happened, they had sent letters and made Freedom of Information requests of the SEC and, I believe, FINRA as well. And as of this point, I don't think we have the full response. And you know that my office has engaged to get answers as well.

Can you confirm that the SEC is reviewing the trading halt from December 2022, and will you commit to publicly releasing the SEC's findings on this investigation?

Mr. Gensler. Let me just sort of step back. FINRA is separate from the SEC, and they have a set of rules that were organized. And they--those rules are approved by the SEC after public comment, but they then move forward and implement their rules.

The matter that you raised around Meta Materials, if I recall the name of it----

Senator Crapo. Yes.

Mr. Gensler. ----in December of 2022, if I recall, under FINRA's rules, they sought a trading halt. They didn't seek the SEC's advice or permission on that. That is something that they did separately in that matter.

Senator Crapo. So is the SEC not investigating these actions at all?

Mr. Gensler. The SEC's role is to investigate many things in the capital markets. We don't speak to specific investigations, but we do on a regular basis examine FINRA for compliance with their rules and examine them on a regular basis on whether they are following their own rules as put out to public comment.

Senator Crapo. And are you examining their process and their compliance with their own rules with regard to MMTLP?

Mr. Gensler. We regularly examine--because they are such an important part of the capital markets, we examine them annually, I think. Part of our Division of Examination has a whole unit that examines FINRA on a regular basis.

Senator Crapo. Well, I don't know whether this question relates to you or FINRA or both, but the investors have asked for the aggregated, audited share count for the MMTLP and for the blue sheet data to ascertain whether MMTLP shares were subject to counterfeit and naked short selling. Have FINRA and the SEC analyzed MMTLP for any potential fraud or wrongdoing?

Mr. Gensler. We seek to analyze fraud and wrongdoing wherever it might be in our capital markets. And certainly, we are well aware of these matters, but I can't speak about specific possible investigations or even confirm or deny

whether we have them because it protects the markets when we sometimes close an investigation and we don't find something. But certainly, we could follow up with staff about the specific questions about data.

    Senator Crapo. All right. Am I hearing you say, though--I do believe that I am hearing you say that there could be an investigation underway, but you can't give data about it. But if there is an investigation underway into these matters and if that investigation finds answers, is that information not going to be made available to the public?

    Mr. Gensler. We only make information as a result of any investigation public if we either settle or bring charges in competent courts, and that really helps protect the public and protects individuals when we don't bring charges.

    Senator Crapo. Well, then how are investors and, frankly, Congress to know whether you have even undertaken such an investigation or whether such an investigation has resulted in any outcome?

    Mr. Gensler. Again, part of, I think, the trust in our capital markets is being a cop on the beat, but also when we close investigations that do not result in either litigation or a settlement, that that is really between those various registrants or market participants that it has been closed, and they have a right to say if it has been closed or not.

    Chair Brown. Thank you, Senator Crapo. You can follow up, obviously, with written questions.

    Senator Crapo. I see that my time has expired. I will be following up with you on this issue, Chairman Gensler. I appreciate it.

    Mr. Gensler. I look forward to it, Senator, and just let us know when you would like to.

    Chair Brown. Thanks, Senator Crapo.