# MMTLP Fraud, Exposes DTCC Failings

The tale of Torchlight Energy Resources is a cautionary story about the world of finance, where retail investors are often at the mercy of market makers and regulatory bodies.

**DANIEL DUFFY**
APR 04, 2023

♡   💬   🔄                                                          Share

---



# Recap on the MMTLP Fraud

> The tale of Torchlight Energy Resources is a cautionary story about the world of finance, where retail investors are often at the mercy of market makers and regulatory bodies. Torchlight sought to raise capital for drilling projects on their primary asset, 97,500 acres of oil-rich land in Orogrande, Texas.

However, it became a target of aggressive and predatory short sellers, causing the company to merge with Canadian tech firm Metamaterials to sell off its oil assets. Shareholders were promised shares in the new Metamaterials company, MMAT, and a special dividend that would convert to cash if the TRCH assets were sold or spun out into a new company.

Market Makers created a non-tradable placeholder for the special dividend called MMTLP and traded it on OTC markets without the knowledge or consent of Metamaterials or its shareholders. Market makers doubled down by increasing their naked short positions until the very last day of trading, causing the stock to hit a new low on December 8th.

FINRA marked MMTLP Caveat Emptor on December 9th, indicating that the stock may be a risky investment. In November 2022, Torchlight's assets spun off into a private company called Next Bridge Hydrocarbons, and shareholders received a 1-1 distribution of MMTLP for NBHC. The last day of trading was volatile, and the volume reached a staggering 13M, with a significant drop raising suspicions among retail investors that the massive short interest in the stock was to blame.



These issues with MMTLP, only from a small part of the history of stadimic failures of regulators, to first prevent and second stop such fraud from happening. The lack of accountability, whether that be the regulator, who failed to regulate or Market Makers who executed the alleged fraud, has created a culture of unethical behavior

that is stadimic throughout the financial service sector. This is why I am writing this article and why this case is so important.

The role of DTCC is the most important element, because the role of DTCC is simply to ensure the integrity of the ledger. But the ledger is the most important element, because from that ledger is the foundation from which trust between conflicting parties develops. How can you short more shares than there are available? How can you, engage in any transaction, never mind Naked Short selling, without adequate capital? This is going to be a very in-depth article, because I want to take the time to explain who the system is meant to work, so we can better understand why things went wrong. The goal of developing policy that can effectively address these issues.

# The legal case against DTCC Depository Trust Company (DTC)



DTCC uses market surveillance as part of its mission to provide critical infrastructure services for the clearing, settlement, and safekeeping of securities transactions. DTC is a subsidiary of the Depository Trust & Clearing Corporation (DTCC) and is one of the largest securities depositories in the world.

To fulfill its role, DTC uses various tools and techniques to monitor the markets and detect any instances of illegal or unethical behavior, including illegal naked short selling and selling of Counterfeit securities. DTC provides services for the clearing, settlement, and safekeeping of securities transactions, including the electronic transfer of securities and the safekeeping of physical certificates.

In summary, DTCC is a holding company that coordinates the activities of its subsidiary organizations. At the same time, DTC and NSCC provide specific services related to the clearing, settlement, and safekeeping of securities transactions. All three organizations play

Pro Se 1 2022 COMPLAINT FOR A CIVIL CASE - 23

essential roles in promoting stability, safety, and efficiency in the financial markets. In this instance, we had complete failures in all of the above-mentioned systems that were in place to protect investors. They claim to do the following, and we can clearly see they did none to protect the individual investors. The DTCC has robust systems and processes to detect and prevent fraud.

The DTCC has an internal audit and compliance team that investigates any reported cases of fraud. This team will conduct a thorough investigation to determine the extent of the fraud and identify any individuals involved. If the internal investigation reveals evidence of fraud, the DTCC will report the matter to the relevant authorities, such as the SEC, FINRA, and the Department of Justice. The DTCC will fully cooperate with any authorities investigating the matter, providing any information and support needed to bring the perpetrators to justice The DTCC will take steps to remediate any harm caused by the fraud and to prevent similar incidents from happening in the future. This may include changes to internal processes, systems, and controls, as well as implementing new risk management strategies.

Instead, they allowed fraud to be continued, and detrimentally affected retail trading. The DTCC should be committed to ensuring the integrity and security of the financial markets and should consider any instances of fraud very seriously. If fraud is discovered, the DTCC should work quickly and efficiently to investigate and address the issue and ensure appropriate action is taken against any responsible individuals.

# DTCC (Depository Trust & Clearing Corporation) establishment.

DTCC, was created in 1999 as a result of the merger between The Depository Trust Company (DTC) and National Securities Clearing Corporation (NSCC). The merger was designed to streamline the post-trade processing of securities transactions and create economies of scale and efficiency in the financial industry.

The primary difference between DTCC and DTC is that DTCC is a clearinghouse and settlement system, while DTC is an actual depository. DTCC provides services to facilitate the clearance and settlement of securities transactions, while DTC is a custodian of securities and provides services such as book-entry delivery, safekeeping and transfer of securities. The custodian in turn became a company called Cede&CO.

# How does it all work?

The process of clearing and settlement of derivatives trading is as follows:

1. Pre-trade: This is the first step in the process and involves the negotiation, execution and confirmation of the trade between the two parties involved.

2. Clearing: After the trade has been agreed upon, it is sent to a clearing house for the trade to be cleared. The clearinghouse will check the trade details and make sure that both parties are in agreement.

3. Settlement: The clearinghouse will then settle the trade by transferring the funds between the two parties and providing them with their respective positions.

4. Payment: The final step in the process is the payment of the funds to the respective parties. This is done either through a cash transfer or other means, depending on the derivative product being traded.

5. The clearing and settlement of securities typically take two business days from the date of the trade. This is known as the trade date plus two (T+2) settlement cycles. In the US this process is performed by a firm called The Depository Trust & Clearing Corporation (DTCC).

The role of DTCC in the clearing and settlement process is to ensure the timely and accurate transfer of securities ownership and funds between parties in a transaction. This process involves a number of steps, including trade capture, trade confirmation, netting, settlement, and safekeeping. DTC provides services for the electronic transfer of securities, while NSCC handles the clearing and settlement of trades. DTCC's main goal is to mitigate counterparty risk by ensuring that securities and funds are transferred safely and efficiently between parties in a transaction. To achieve this, DTCC has put in place various systems and processes to detect and prevent fraud.

# Who is DTCC, and why was it created?

DTCC is a global financial services organization that helps manage the clearance, settlement and information for equities, corporate and municipal bonds, government and mortgage-backed securities, money market instruments and over-the-counter derivatives.

While there was not a particular crisis that led to the establishment of DTCC, there was a need to modernize the clearing and settlement process in the securities industry that had been recognized for decades. The system was highly fragmented, with different exchanges and clearing houses using other procedures, making it challenging to reconcile trades and increasing the likelihood of errors and fraud.

Daniel's Substack is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

| Type your email... | Subscribe |

The lack of standardization and automation also led to delays and inefficiencies in the settlement process, which increased the risk of systemic issues in the financial system. In the 1970s, for example, a surge in trading volume caused significant backlogs in the clearance and settlement of transactions, highlighting the need for a more modern and efficient system.

The creation of DTCC was seen as a way to address these issues and modernize the settlement process in the securities industry. By consolidating clearing and settlement functions and introducing greater standardization and automation, DTCC was viewed by the regulatory bodies as a way of helping reduce risk, increase efficiency, and improve the safety and soundness of the financial system.

# Who regulates DTCC?

DTCC is regulated by the US Securities and Exchange Commission (SEC), the US Commodity Futures Trading Commission (CFTC) and other regulatory bodies worldwide. DTCC is also subject to oversight from its principal regulator, the Office of the Comptroller of the Currency (OCC).

# How are financial assets cleared (netting)?

The process by which financial assets are cleared and settled between the brokers and DTCC is done by netting. Netting is a process used to reduce the risk associated with a transaction by offsetting a credit with a debit. It is commonly used between two or more parties to reduce the total amount of money owed or the number of individual transactions.

Netting typically involves combining multiple transactions into one payment or a series of charges and then settling the net amount due. The process can also offset different types of transactions, such as payments and transactions from other currencies.

# The functionality of the process

When you buy a share in a stock, where you think the price of the security might rise, or you want to benefit from the dividend, you expect the company to pay. This contractual agreement between you and the given firm gives certain rights as lead down in the firms' governance protocols. In this case, you are not leveraged, and you have a right to buy is a contractual agreement between a company and its shareholders, giving them the option to purchase additional shares at a predetermined price. This means that the shareholders have the right, but not the obligation, to buy more shares in the company.

# What is a leveraged hedge or short position?

When you take out a leveraged hedge or short position, where you feel the value of the security, bonds are derivative might fall. In this case, you must buy, where there is a

contractual agreement between a company and its shareholders which requires the shareholders to purchase a certain number of shares in the company at a predetermined price. This means that the shareholders must buy more shares in the company and must do so according to the terms of the agreement.

Short selling is a trading strategy in which an investor borrows and sells a security, such as a stock they do not own. The investor then hopes to purchase the security back at a lower price, thus earning a profit. The investor is hopeful that the security price will decrease.

Short selling can be risky because if the price of the security increases, the investor will have to buy it back at a higher price and will incur a loss.

# Game Stop



At the time of its bankruptcy filing in February 2021, GameStop had approximately $1.07 billion in total debt and $1.37 billion in total assets, giving it a leverage ratio of 77.2%. This meant that GameStop had $300 million in assets over its liabilities, which at the time was more than the stock was valued at. However, when investors on a social media platform, reddit were able to sell this idea to other investors, the stock soared.

It is important to remember that the value of any given security is a social concept, derived from the demand of buyers and sellers on any given trading day. This normally wouldn't be a problem, except for the fact that some large hedge funds were over-leveraged, to the tune of 140% of the stock on offer.

Point of note; it should not have been possible for any investor to hold a short position of 140% of a company's value.

A short position is essentially a bet that the stock price will go down, so the maximum amount that can be held is 100% of the company's value. When the stock price of a company that you have shorted goes up, you will incur a loss.

# The process of shorting

When you short a stock, you are essentially borrowing shares from a broker and selling them in the market at the current price. If the stock price rises, you must buy back the

8/20/25, 8:15 AM

Case 7:24-cv-00321-DC-RCG   Document 69-52   Filed 08/22/25   Page 15 of 29
MMTLP Fraud Exposes DTCC Failings | by Daniel Duffy

shares to cover the short position at a higher price, resulting in a loss.

This caused a 'short squeeze' on some US hedge Funds. A short squeeze on a given security is when the price of a stock goes up quickly because more people are buying it than selling it. This usually happens when investors who have bet that the stock will go down (known as short sellers) are forced to buy it back, which pushes the price up. As a result, investors become over-leveraged.

# Naked short selling



Naked short selling is a trading strategy that involves selling shares of a company's stock that the seller does not actually own or have borrowed. This is a risky strategy because the seller is essentially betting that the stock price will fall, and if it doesn't, the seller will be forced to buy the shares back at a higher price to cover their position. This can result in significant losses.

The Depository Trust & Clearing Corporation (DTCC) is a central clearinghouse that plays a critical role in preventing naked short selling. The DTCC acts as an intermediary between buyers and sellers in the stock market, facilitating the transfer of securities and ensuring that trades are settled correctly.

One of the ways that the DTCC helps prevent naked short selling is by requiring brokers to locate and borrow shares before they can sell them short. This means that brokers must have a pre-existing agreement with a lender to borrow the shares, which helps ensure that there are enough shares available to be borrowed before they are sold short.

One of the reasons why naked short selling is difficult to detect is that there is no requirement for brokers to disclose their short positions. This means that it can be hard to know how many shares are being sold short and whether they have been properly borrowed or located. In the case of MMTLP, it appears that there were significant amounts of naked short selling taking place, which helped to drive down the price of the stock and enable hedge funds to cover their short positions.

Brokers can also use a process called "netting" to facilitate short selling. Netting is a process where a broker aggregates all of their clients' orders to buy and sell securities and calculates the net effect of those orders. This means that if a broker has clients who want to sell a particular stock and other clients who want to buy the same stock, the broker can use netting to match those orders and avoid having to

buy or sell any shares on the open market. This can help facilitate short selling because it allows brokers to borrow shares from their clients who own the stock and sell them short without having to go to the open market to find shares to borrow.

Recent events have shown that these systems and processes may not always work as intended. The GameStop short squeeze saga that took place in early 2021 exposed significant flaws in the system, particularly in relation to the practice of naked short selling. In this case, some market participants were able to exploit weaknesses in the system to drive up the price of GameStop stock, causing significant losses for hedge funds who had bet against the stock. The same type of event, seems to have happened with MMTLP, both cases should be viewed by THe DTCC as embarrassing, and highlights the need for regulators to monitor and enforce the rules around short selling to prevent abuses of the system.

## The risk of Leveraging and the Role DTCC is meant to play, to prevent Naked-Short-Selling

Leveraging is a technique used in financial trading to increase the potential return on investment. It involves borrowing funds to invest in assets, which allows traders

to open larger positions than they could with their own capital alone. The idea behind leveraging is that by investing more money than you actually have, you can potentially earn a higher return on investment.

However, leveraging also carries the risk of magnifying losses if the market moves against the position. This is because the borrowed funds must be repaid regardless of whether the investment is profitable or not. Therefore, if the investment loses value, the trader not only loses their initial capital but also must repay the borrowed funds with interest, which can result in significant losses.

The Depository Trust & Clearing Corporation (DTCC) plays a critical role in ensuring that all parties involved in leveraging have the required capital to cover their positions. The DTCC acts as a central clearinghouse for financial trades, which means that it settles trades and guarantees the performance of those trades.

When a trader opens a leveraged position, they must have sufficient collateral to cover the potential losses on that position. The DTCC requires brokers to maintain adequate collateral for their clients' positions, which helps ensure that all parties involved in the trade have the required capital to cover their positions.

For example, if a trader wants to open a leveraged position on a stock worth $100,000, they may only need to put up $10,000 of their own capital as collateral. However, the broker must ensure that they have sufficient collateral to cover the potential losses on that position. If the position were to lose value and the trader

couldn't repay the borrowed funds, the broker would be responsible for covering the losses, which is why the DTCC requires brokers to maintain adequate collateral for their clients' positions.

# Other Examples of the System was Dysfunctional



Leading up to the 2008 financial crisis, it could be argued that DTCC acted against the public interest, by not having sufficient oversight, reporting and monitoring of

trades that were in many cases, risky and unethical investments made by private banks and investment firms. The profit motive led these firms to take on excessive risk, which ultimately led to a collapse in the financial system and a global recession.

Goldman Sachs was fined for its role in the 2008 financial crisis. The company was accused of misleading investors by selling them complex mortgage-backed securities that they knew were risky, and then secretly betting against those same securities, in a practice known as shorting. The company was also accused of marketing these securities as safe, without disclosing the underlying risk levels, which contributed to the collapse of the housing market and the wider financial system.

In 2010, Goldman Sachs agreed to pay $550 million to settle charges brought by the Securities and Exchange Commission (SEC), which accused the company of fraudulently misleading investors. The settlement included $300 million in compensation to investors who had purchased the securities. The settlement was one of the largest ever paid by a financial institution for its role in the financial crisis.

The behavior of Goldman Sachs and other financial institutions leading up to the financial crisis led to widespread public outrage, and led to efforts to reform the financial system to prevent a similar crisis from occurring again. The crisis also

highlighted the importance of transparency and accountability in the financial system, and the need for greater oversight to prevent unethical and fraudulent behavior.

DTCC, and its role in ensuring the integrity of the centrally controlled ledger of clearing and settlement of these transactions, had to or should have been awear, of what was going on and as such  should have had an ethical and legal obligation to report their finding to the SEC.

This scandal for me highlights how private companies can operate in secrecy and potentially engage in corrupt or unethical behavior without proper oversight. Conflicts of interest like in 2008, have been proven DTCC are willing to prioritize profits over the stability of the financial system, which in turn risked the stability of the whole system.

# DTCC Role in the MMTLP Scandal

While the process of Clearing and Settlement is quite complicated, DTCC as a trusted party, must at first have a ledger that is clear and transparent to all stakeholders. Especially, given that the ledger is centralized and has limited external oversight.

Given the size and Importance of DTCC and Euroclear, they must, like the FED, be bound by government oversight. The lack of both transparency and oversight led to

what happened in the 2008 financial crisis and the fraud in MMTLP. The ironic thing is, I have never had anyone call for oversight of DTCC, which in turn leads to more questions.

> The failure of the system to detect and prevent this activity is a significant issue, as it exposes individual investors to unnecessary risks and undermines confidence in the financial markets. In addition to naked short selling, there were also concerns about the role of DTCC in facilitating the settlement of trades during the GameStop saga. Some commentators have suggested that DTCC may have been responsible for delaying the settlement of trades, which could have contributed to the price volatility and market disruption.

## DTCC Needs to take a more proactive approach

> These issues highlight the need for DTCC to take a more proactive approach to detecting and preventing fraud in the financial markets. While the organization has systems and processes in place to identify and address fraud, it is clear that these may not be sufficient to prevent all instances of misconduct. In order to improve its performance in this area, DTCC could consider a number of measures, including:

1. Increased transparency - One of the main reasons why naked short selling is difficult to detect is that there is no requirement for brokers to disclose their short positions. DTCC could advocate for greater transparency in this area, such as requiring brokers to report their short positions on a regular basis. This would make it easier to detect instances of naked short selling and ensure that brokers are complying with the rules.

2. Enhanced surveillance - DTCC could invest in more sophisticated surveillance tools to detect instances of fraud. This could involve using artificial intelligence and machine learning to identify patterns of behavior that are indicative of illegal activity. By improving its surveillance capabilities, DTCC could detect instances of fraud more quickly and take appropriate action to prevent such fraud.

# Risk of privatization

> One potential argument against the decision to make DTCC a private company is that it puts private profits ahead of public interests. While the private sector may be more efficient and innovative, it is also driven by the profit motive. By making DTCC a private company, there is a risk that the company may prioritize profits over its public mission to establish a safe and efficient clearing and settlement system. This could lead to decisions that benefit shareholders over public interests, potentially putting the financial system at risk.

Another argument is that operating independently of the federal government could lead to a lack of oversight and accountability. While political interference may be a concern, government oversight can also play an important role in ensuring transparency and fairness in the financial system. By operating as a private company, DTCC may be less accountable to the public and less transparent about its operations, potentially undermining the public trust in the system.

The risk that a privately-owned and operated DTCC could pose a conflict of interest, is a real one. DTCC is responsible for critical functions such as clearing and settling trades, which are integral to the functioning of the financial system. As a private company, DTCC has a financial incentive to prioritize its own profits over the security and stability of the financial system. Which has led to conflicts of interest that undermine the integrity of the securities market. This article highlights that from its foundation in 1999, DTCC has not fulfilled their legal obligations. As such, it is only fair that we question its function as a private company. To highlight its importance, DTCC clears and settles 2 quadrillion dollars worth of US securities.

# The Foundations of Creating a DTCC that Benefits all Stakeholders

The DTCC plays an essential role in the functioning of the global financial system. As the world's largest central securities depository (CSD), DTCC provides critical services for the clearing, settlement, and custody of securities. By acting as a central clearinghouse, DTCC helps to reduce risk and increase efficiency in the trading of securities, and ensures that trades are settled in a timely and accurate manner.

DTCC's role in the financial system is systemic and important to ensure the smooth functioning of the global economy. Its automated clearing and settlement process are meant to reduce counterparty risk, and its custody services provide a safe and secure way for investors to hold and transfer securities. DTCC also plays a critical role in the global clearance and settlement system, acting as a hub for the processing of international securities trades.

DTCC sees itself to be at the forefront of financial innovation, developing new technologies and systems to enhance the safety, efficiency, and transparency of the financial system. This includes initiatives such as blockchain-based platforms, which have the potential to revolutionize the way securities transactions are processed and settled.

The interdiction of blockchain technology has the potential to be fundamental to reforming DTCC, by making the ledger immutable it creates transparency. However, that can only happen if legislators have full access to that ledger, with the

effective oversight tools and power. Which in turn can increase efficiency making it an essential player in the global financial system.

# Conclusion

In contrast to the essential role that DTCC plays in the smooth functioning of the global financial system, the situation surrounding MMTLP and the liabilities it represents for its shareholders is deeply concerning. The failure of DTCC and its members to fulfill their legal obligations in allowing these liabilities to persist and be substituted with liabilities for different securities in a different company, all while leaving shareholders with counterfeit shares, is unacceptable. This culture of negative behavior undermines the integrity of the financial industry and sets a poor example for future standards and cultural norms of positive ethical behavior within the financial industry.

It is imperative that this case is taken seriously, and the liabilities are settled for the sake of all stakeholders, not just the institutions involved. Failure to do so will ultimately harm the reputation and credibility of the financial industry as a whole. For DTCC to continue to lead the way in financial innovation, such as with blockchain-based platforms, it is crucial to maintain transparency and effective oversight tools and power to ensure accountability.

> DTCC's pivotal role in the global clearance and settlement system, as well as its custody services, provide a safe and secure way for investors to hold and transfer securities. Its automated clearing and settlement process aims to reduce counterparty risk and increase efficiency in the trading of securities. Therefore, DTCC's continued success is essential to ensure the efficient functioning of the global economy.

# Please, spread the word, join the fight and show your support.

Daniel's Substack is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

| Type your email... | Subscribe |

## Discussion about this post

Comments     Restacks



Write a comment...

---

© 2025 Daniel Duffy · <u>Privacy</u> · <u>Terms</u> · <u>Collection notice</u>
<u>Substack</u> is the home for great culture