8/20/25, 8:15 AM (20) Knotty_Llama 🦙 on X: "Survey Note: Detailed Analysis of DTCC's Alleged Unethical Behavior, Violations of Public Trust, and Fraud Over the Past Ten Years This note provides a…

Case 7:24-cv-00321-DC-RCG    Document 69-53    Filed 08/22/25    Page 1 of 5

← Post                                                                                          Reply

**Knotty_Llama** 🫶 ✓
@knotty_llama

Survey Note: Detailed Analysis of DTCC's Alleged Unethical Behavior, Violations of Public Trust, and Fraud Over the Past Ten Years

This note provides a comprehensive examination of the Depository Trust & Clearing Corporation (DTCC)'s alleged unethical practices, violations of public trust, and potential fraud over the past decade, based on available research and public discourse. The DTCC, established in 1999, is a critical financial market infrastructure provider, handling clearing, settlement, and trade reporting for securities transactions, processing over $2.5 quadrillion in transactions in 2022. Its role is vital, yet it has faced significant scrutiny, particularly from retail investors and legal actions, for its practices.

Overview of DTCC Operations
The DTCC operates through subsidiaries like the Depository Trust Company (DTC) and National Securities Clearing Corporation (NSCC), providing custody and settlement services for equities, bonds, and derivatives. It is user-owned and directed, aiming to automate and standardize processes, but its self-regulatory status raises concerns about accountability. Given its central role, any unethical behavior could have widespread implications for market integrity and public trust.

Identified Allegations and Incidents
Below, we detail specific instances where the DTCC has been criticized, drawing from news articles, legal documents, and public forums. These allegations span naked short selling, ledger integrity failures, market controversies, and legal challenges.

1. Complicity in Naked Short Selling
Naked short selling, the practice of selling shares without borrowing or owning them, has been illegal under U.S. securities laws since 2008, except in rare cases cited for liquidity. Critics, including retail investors on platforms like Reddit, argue that the DTCC has facilitated this practice by failing to enforce rules, allowing hedge funds to manipulate stock prices. This is seen as a violation of market fairness, particularly affecting retail investors.
Details: Discussions on Reddit, such as a post on r/Superstonk titled "Let's Talk about the DTCC for a second..." (June 13, 2021), highlight the

**Danielle Spears** ✓
@spldbrat351964

8/20/25, 8:15 AM (20) Knotty_Llama🌟 on X: "Survey Note: Detailed Analysis of DTCC's Alleged Unethical Behavior, Violations of Public Trust, and Fraud Over the Past Ten Years This note provides a…

Case 7:24-cv-00321-DC-RCG    Document 69-53    Filed 08/22/25    Page 2 of 5

DTCC's alleged complicity, noting its role since inception in turning a blind eye to hedge funds' loose interpretations. The Wikipedia page for DTCC also mentions naked short selling under controversies, present in its 2007 version, reinforcing historical concerns.

2. Failure to Ensure Ledger Integrity in the MMTLP Case
The MMTLP (Meta Materials) scandal involved market makers creating and trading non-tradable placeholders (MMTLP) on over-the-counter markets without consent, engaging in naked short selling. This led to significant stock price drops, with trading volume reaching 13 million shares on December 8, 2022, and allegations of massive short interest.
Details: An article by Daniel Duffy on Substack, "MMTLP Fraud, Exposes DTCC Failings" (April 4, 2023), details how the DTCC failed to ensure ledger integrity, a core function, allowing fraud. A legal complaint, "Pro Se 1 2022 COMPLAINT FOR A CIVIL CASE - 23," alleges the DTCC did not protect investors despite claiming robust systems to detect fraud, including illegal naked short selling and counterfeit securities. This case underscores a breach of public trust, impacting retail investors.

3. Role in the GameStop Stock Controversy
The 2021 GameStop stock surge, driven by retail investors on platforms like Reddit's r/WallStreetBets, saw the DTCC's collateral requirements come under fire. Brokers like Robinhood had to post large sums with the DTCC to back trades, and during volatile days (e.g., GameStop falling from $483 to $112 on January 28, 2021), these demands led to trading restrictions.
Details: Articles like "What's the DTCC and How Did It Stop GameStop Mania?" from NDTV Profit (February 1, 2021) and Bloomberg (January 29, 2021) explain that the DTCC demanded collateral to manage risk, but this was perceived as favoring institutional investors, limiting retail access. While within risk management frameworks, it raised public trust concerns, with some viewing it as indirectly enabling market manipulation.

4. Lawsuit Alleging Market Manipulation and Naked Short Selling in AMC and GME Stocks
A lawsuit filed on June 3, 2024, in the Federal District Court for the Southern District of Florida (Case No. 21-cv-61719) alleges a conspiracy involving the DTCC, Ken Griffin, Citadel, Robinhood, and FINRA. It claims the DTCC facilitated naked short selling and market manipulation of AMC Entertainment Holdings, Inc. (AMC) and GameStop Corp. (GME) stocks, violating RICO, antitrust, and monopoly laws.
Details: The EinPressWire article, "Lawsuit Against Ken Griffin, Citadel,

8/20/25, 8:15 AM    (20) Knotty_Llama 🦙✨ on X: "Survey Note: Detailed Analysis of DTCC's Alleged Unethical Behavior, Violations of Public Trust, and Fraud Over the Past Ten Years This note provides a…

Case 7:24-cv-00321-DC-RCG    Document 69-53    Filed 08/22/25    Page 3 of 5



8/20/25, 8:15 AM (20) Knotty_Llama 🦙 on X: "Survey Note: Detailed Analysis of DTCC's Alleged Unethical Behavior, Violations of Public Trust, and Fraud Over the Past Ten Years This note provides a…

Case 7:24-cv-00321-DC-RCG   Document 69-53   Filed 08/22/25   Page 4 of 5

**Knotty_Llama** 🤘 @knotty_llama · Mar 21

The whole thing is like that. Essentially, the design is such that they can literally do anything and find a rule or a loophole for it. So fucking annoying.

💬   ⟲   ♡ 4   📊 27   🔖  ⬆

8/20/25, 8:15 AM (20) Knotty_Llama 🦙✨ on X: "Survey Note: Detailed Analysis of DTCC's Alleged Unethical Behavior, Violations of Public Trust, and Fraud Over the Past Ten Years This note provides a…

Case 7:24-cv-00321-DC-RCG     Document 69-53     Filed 08/22/25     Page 5 of 5

