**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WESTERN TEXAS**
**MIDLAND/ODESSA DIVISION**

```
**************************************************
DANIELLE SPEARS                                   *
Plaintiff                                         *
                                                  *   Docket Number: 7:24-cv-321
v.                                                *
                                                  *
NEXT BRIDGE HYDROCARBONS, INC.                    *
GREGORY MCCABE, JOHN BRDA                         *
THE SECURITIES & EXCHANGE COMMISSION              *
FINANCIAL INDUSTRY REGULATORY AUTHORITY           *
JANE DOE 1-20, JOHN DO 1-20                       *
Defendant                                         *
                                                  *
**************************************************
```

**PLAINTIFF'S OPPOSED MOTION FOR COURT ORDER DIRECTING S&P GLOBAL MARKET INTELLIGENCE TO PRODUCE AGGREGATE POSITION DATA FOR MMTLP FOR EIGHT KEY DATES FOR IN CAMERA REVIEW**

**I. INTRODUCTION**

Plaintiff respectfully moves this Court, pursuant to Fed. R. Civ. P. 26 and 45, for an order directing non-party S&P Global Market Intelligence ("S&P Global") to produce aggregate long and short position data for the security known as MMTLP for eight key dates. The requested data consists solely of aggregate long and short share counts (two numbers per date), to be provided directly to the presiding judge for in camera review.

**II. BACKGROUND AND RELEVANCE**

S&P Global, an independent provider of securities finance data, is uniquely positioned to produce accurate aggregate long and short share counts for MMTLP and related securities. Plaintiff seeks this data to cross-confirm short positions that may have exceeded FINRA's publicly acknowledged figures, relevant to claims presented in Plaintiff's filings.

**III. REQUESTED DATES AND JUSTIFICATION**

Plaintiff requests aggregate long and short position counts for these eight dates, each chosen due to their significance to market events involving MMTLP:

1. **October 7, 2021 – First Day of MMTLP Trading**
    Establishes baseline positions before significant short-selling activity, or confirms whether TRCH short positions transitioned into MMTLP.

2. **November 18, 2022 – Filing of Next Bridge Hydrocarbons Prospectus (S-1)**
    Reflects positions immediately after public disclosure of spin-off plans.

3. **December 5, 2022 – FINRA Enforcement (Sam Draddy) Pulled Blue Sheets**
    Captures market conditions during regulatory investigation.

4. **December 8, 2022 – Final Day of MMTLP Trading**
    Measures total short exposure immediately prior to the trading halt.

5. **December 14, 2022 – Publicly Indicated Paydate** (FINRA's communicated settlement date)  Shows positions on the date publicly communicated to retail investors.

6. **December 15, 2022 – Actual Paydate** (as privately shown on Bloomberg terminals)
    Shows positions on the actual internal date brokers privately saw.

7. **December 31, 2022 – Post Share Cancellation Confirmation**
    Demonstrates if short positions remained unresolved beyond the paydate, indicating regulatory violations.

8. **August 26, 2025 – Date of Plaintiff's Court Filing**
    Captures current positions to determine if unresolved settlement obligations persist.

**Significance of Cross-Sectional Approach:**

These snapshots allow the Court to:

- Clearly identify evolution of short positions over time.

- Confirm or disprove ongoing naked short selling allegations.

- Detect settlement failures following corporate actions and share cancellations.

## IV. SCOPE OF REQUEST (Simplified)

Plaintiff requests S&P Global Market Intelligence produce only two numbers per date:

- **Aggregate Long Share Count** (one total per date).

- **Aggregate Short Share Count** (one total per date).

Plaintiff explicitly requests that no broker names, account numbers, beneficial owner information, CUSIPs, locates, or identifying details be included. The request is strictly limited to aggregate totals per date, minimizing burden and protecting confidentiality.

## V. FORMAT AND CERTIFICATION REQUIREMENTS

- Clearly labeled dates.

- Provided in Excel (.xlsx) or PDF format, clearly indicating the two totals (long and short) for each date.

Each production from S&P Global must include a sworn custodian declaration certifying:

- Data accuracy and completeness for MMTLP and related securities.

- Data extracted directly from ordinary business records.

- The time zone (Eastern Standard Time, EST) and Coordinated Universal Time (UTC) offset corresponding to each snapshot.

## VI. DELIVERY METHOD

All responsive data and certifications shall be delivered directly to the presiding judge clearly marked:

**"CONFIDENTIAL – IN CAMERA REVIEW
 TO BE OPENED BY JUDGE ONLY"**

No copies shall be provided to Plaintiff, Defendants, or counsel absent further Court order.

## VII. LEGAL BASIS

Plaintiff's request is proportional, narrowly tailored, and relevant under Fed. R. Civ. P. 26(b)(1). Minimal burden is imposed due to the straightforward nature of the aggregate data request.

## VIII. RELIEF REQUESTED

Plaintiff respectfully requests the Court issue an order compelling S&P Global Market Intelligence to produce the aggregate position data for the eight specified dates under seal, for in camera review.

Respectfully submitted this 26th day of August, 2025.

August 26, 2025

 Respectfully submitted,

/s/Danielle Spears

Danielle Spears, Plaintiff, pro se
12206 W Harrison Street
Avondale, AZ 85323
480-476-1091
paymmtlpnow@gmail.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(G),Plaintiff certifies that on or about July 8, 2025, FINRA's counsel, John Mitchell, notified Plaintiff via email of FINRA's intent to seek a stay of all discovery and case management deadlines pending the outcome of motions to dismiss. Plaintiff stated she opposed a blanket stay, and invited FINRA's counsel to participate in a good faith conference regarding the possibility of limited discovery. FINRA's counsel responded via email:

> "Thank you for the prompt response. FINRA does not believe that any discovery is appropriate at this juncture, as a result of which there is no need to confer further. We will proceed with the motion as opposed."

Therefore, Plaintiff's motion is opposed by FINRA.

/s/ Danielle Spears
Danielle Spears

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on August 26, 2025.

/s/ Danielle Spears
Danielle Spears
12206 W. Harrison Street
Avondale, AZ 85323
480-476-1091
paymmtlpnow@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND/ODESSA DIVISION

***************************************************
| | |
|---|---|
| DANIELLE SPEARS | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| NEXT BRIDGE HYDROCARBONS, INC. | * |
| GREGORY MCCABE, JOHN BRDA | * |
| THE SECURITIES & EXCHANGE COMMISSION | * |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY | * |
| JANE DOE 1-20, JOHN DO 1-20 | * |
| Defendant | * |
| | * |

Docket Number: 7:24-cv-321

***************************************************

**ORDER GRANTING PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING S&P GLOBAL MARKET INTELLIGENCE TO PRODUCE AGGREGATE POSITION DATA FOR MMTLP FOR EIGHT KEY DATES FOR IN CAMERA REVIEW**

Upon consideration of Plaintiff's Motion, it is hereby ORDERED:

S&P Global Market Intelligence shall, within thirty (30) days of service of this Order, produce the following data for each of the eight dates clearly specified in Plaintiff's Motion:

- **Aggregate Long Share Count (one total number per date)**

- **Aggregate Short Share Count (one total number per date)**

No broker-dealer names, CUSIP numbers, account-level data, beneficial owner information, customer details, locates, or any other identifying information or detail shall be included or produced.

Each production shall be accompanied by a sworn custodian declaration certifying:

- **Data accuracy and completeness for MMTLP and related securities.**

- **Data was extracted directly from ordinary business records.**

- **The time zone (Eastern Standard Time, EST) and Coordinated Universal Time (UTC) offset corresponding to each snapshot.**

All materials shall be delivered directly to the chambers of the presiding judge clearly marked:

**CONFIDENTIAL – IN CAMERA REVIEW**

**TO BE OPENED BY JUDGE ONLY**

No copies shall be provided to Plaintiff, Defendants, or counsel without further court order.

SO ORDERED this ___ day of _____, 2025.

_____
                                    United States District Judge