UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND/ODESSA DIVISION

```
*****************************************
DANIELLE SPEARS                              *
Plaintiff                                    *
                                             *   Docket Number: 7:24-cv-321
v.                                           *
                                             *
NEXT BRIDGE HYDROCARBONS, INC.               *
GREGORY MCCABE, JOHN BRDA                    *
THE SECURITIES & EXCHANGE COMMISSION         *
FINANCIAL INDUSTRY REGULATORY AUTHORITY      *
JANE DOE 1-20, JOHN DO 1-20                  *
Defendant                                    *
                                             *
*****************************************
```

**PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING REFINITIV (UK) AND SIX FINANCIAL INFORMATION (SWITZERLAND) TO PRODUCE MULTI-FEED MARKET DATA SNAPSHOTS FOR IN CAMERA REVIEW**

## I. INTRODUCTION

Plaintiff respectfully moves this Court, pursuant to Fed. R. Civ. P. 26 and 45, for an order directing non-parties Refinitiv (United Kingdom) and SIX Financial Information AG ("SIX") (Switzerland) to produce screenshots showing market data (Bid Price, Ask Price, Last Traded Price, and Trading Volume) for the security MMTLP at six precise timestamps immediately prior to the December 9, 2022, U3 trading halt (9:30 AM EST).

The request is narrow, seeks no personally identifiable information, and requires delivery directly to the judge for in camera review only.

## II. BACKGROUND AND RELEVANCE

Refinitiv and SIX Financial are independent international data providers that archive global market data feeds. Plaintiff requests screenshots from these overseas sources to ensure

independent verification of market prices and conditions clearly leading up to FINRA's halt of MMTLP trading.

### III. REQUESTED TIME INTERVALS

Plaintiff requests data at the following exact Eastern Standard Time (EST) timestamps, synchronized to Coordinated Universal Time (UTC):

- **December 8, 2022, at 5:30 PM EST (16 hours pre-halt)**
- **December 9, 2022, at 1:30 AM EST (8 hours pre-halt)**
- **December 9, 2022, at 5:30 AM EST (4 hours pre-halt)**
- **December 9, 2022, at 8:30 AM EST (1 hour pre-halt)**
- **December 9, 2022, at 9:00 AM EST (30 minutes pre-halt)**
- **December 9, 2022, at 9:25 AM EST (5 minutes pre-halt)**

Each timestamp shall indicate the corresponding UTC time and local timezone offset in the certification.

### IV. REQUESTED DATA

Plaintiff requests clearly readable screenshots from Refinitiv and SIX Financial Information showing only the following market data at each timestamp listed above:

1. **Bid Price** (best available bid at that timestamp)
2. **Ask Price** (best available ask at that timestamp)
3. **Last Traded Price** (most recent executed transaction at that timestamp)
4. **Trading Volume** (clearly showing shares traded or transaction volume at or immediately around timestamp)

**Additionally, each screenshot must identify the specific trading venue, OTC platform, ATS, dark pool, or market source associated with the displayed quotes or trades.**

**US FEEDS:**

1. **XADF** – FINRA Alternative Display Facility (OTC quotes & trades)

2. **ADF** – Alternative Display Facility quotes

3. **ADS** – Alternative Display System (if available)

4. **OTC-UTP / UTP** – NASDAQ Unlisted Trading Privileges feed

5. **Bloomberg B-PIPE / Terminal Time & Sales** – full lit & off-exchange consolidated tape

6. **CQS / CTA Consolidated Tape** – national best bid/offer & trades

**EUROPEAN FEED:**

7. **EU APA OTC Trade Reports** – MiFID II APA data (EU OTC reporting)

**CANADIAN FEED:**

8. **Canadian Consolidated Feed** – TSX + ATS venues

**ALTERNATIVE/INSTITUTIONAL FEEDS:**

9. **Gray Market** – bid/ask for unlisted securities

10. **Dark Pool / ATS Data** – FINRA ATS Transparency + proprietary dark feeds

---

**V. FORMAT AND DELIVERY**

Plaintiff requests that each provider deliver screenshots as follows:

- Clearly readable screenshot images in PDF format, labeled with the corresponding EST and UTC timestamps.

- Each set accompanied by a sworn custodian of records declaration confirming:

    - Data was retrieved accurately from official market data archives.

    - Screenshots clearly match archived market data for the specified timestamps.

- - Data retrieval was performed from systems physically located outside the United States.

All responsive data and certifications shall be delivered and directly to the presiding judge clearly marked:

**CONFIDENTIAL – IN CAMERA REVIEW**
**TO BE OPENED BY JUDGE ONLY**

No copies provided to Plaintiff, Defendants, or counsel without further court order.

---

## VI. LEGAL BASIS

Plaintiff's request is narrowly tailored, proportional, and relevant under Fed. R. Civ. P. 26(b)(1). Minimal burden is imposed as only simple screenshots clearly demonstrating basic market data are requested.

---

## VII. RELIEF REQUESTED

Plaintiff respectfully requests the Court enter an order compelling Refinitiv (UK) and SIX Financial Information AG (Switzerland) to produce clearly described screenshots for the six identified timestamps, under seal, for in camera review by the Court.

---

Dated: August 26, 2025

Respectfully submitted,

/s/Danielle Spears
Danielle Spears Plaintiff, pro se
12206 W Harrison Street
Avondale, AZ 85323
480-476-1091
paymmtlpnow@gmail.com

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(G), Plaintiff certifies that on or about July 8, 2025, FINRA's counsel, John Mitchell, notified Plaintiff via email of FINRA's intent to seek a stay of all discovery and case management deadlines pending the outcome of motions to dismiss. Plaintiff opposed a blanket stay, and invited FINRA's counsel to participate in a good faith conference regarding the possibility of limited discovery. FINRA's counsel responded via email:

> *"Thank you for the prompt response. FINRA does not believe that any discovery is appropriate at this juncture, as a result of which there is no need to confer further. We will proceed with the motion as opposed."*

Therefore, Plaintiff's motion is opposed by FINRA.

/s/ Danielle Spears

Danielle Spears

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on August 26, 2025.

/s/ Danielle Spears
 Danielle Spears  pro se
12206 W Harrison Street
Avondale, AZ 85323
paymmtlpnow@gmail.com
480-476-1091

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WESTERN TEXAS**
**MIDLAND/ODESSA DIVISION**

```
****************************************************
DANIELLE SPEARS                                    *
Plaintiff                                          *
                                                   *     Docket Number: 7:24-cv-321
v.                                                 *
                                                   *
NEXT BRIDGE HYDROCARBONS, INC.                     *
GREGORY MCCABE, JOHN BRDA                          *
THE SECURITIES & EXCHANGE COMMISSION               *
FINANCIAL INDUSTRY REGULATORY AUTHORITY            *
JANE DOE 1-20, JOHN DO 1-20                        *
Defendant                                          *
                                                   *
****************************************************
```

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL REFINITIV (UK) AND SIX FINANCIAL (SWITZERLAND) TO PRODUCE MARKET DATA SNAPSHOTS FOR IN CAMERA REVIEW**

**Upon consideration of Plaintiff's Motion, it is hereby ORDERED:**

1. Refinitiv (UK) and SIX Financial Information AG (Switzerland) shall each produce identical market data sets as described in the Motion, for the six timestamps prior to the December 9, 2022 U3 halt.

2. Each production shall include the feeds and data fields listed in Section IV of the Motion.

3. All data extractions shall be conducted by non-U.S.-based personnel from systems physically located outside the United States.

4. Each vendor shall provide a sworn custodian of records declaration as described in the Motion.

5. All productions shall be delivered directly to the chambers of the presiding judge in a sealed envelope or secure electronic equivalent marked:

**CONFIDENTIAL – IN CAMERA REVIEW**
 **TO BE OPENED BY JUDGE ONLY**

6. No party or counsel shall receive copies absent further order of this Court.

SO ORDERED this ___ day of _____, 2025.

_____

United States District Judge