UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND/ODESSA DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DANIELLE SPEARS | \* |
| Plaintiff | \* |
| | \*  Docket Number: 7:24-cv-321 |
| v. | \* |
| | \* |
| NEXT BRIDGE HYDROCARBONS, INC. | \* |
| GREGORY MCCABE, JOHN BRDA | \* |
| THE SECURITIES & EXCHANGE COMMISSION | \* |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY | \* |
| JANE DOE 1-20, JOHN DO 1-20 | \* |
| Defendant | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiff Danielle Spears, proceeding **pro se**, respectfully moves this Court for leave to exceed the page limitation set forth in Local Rule CV-7(d)(3) for her forthcoming Response in Opposition to Defendants John Brda and Gregory McCabe's Motion to Dismiss her SAC.

In support, Plaintiff states:

1. Pursuant to Local Rule CV-7(d)(3), responses to dispositive motions are ordinarily limited to 20 pages.

2. Plaintiff's forthcoming Response in Opposition addresses claims under federal and state law, including securities fraud under Section 10(b) of the Securities Exchange Act of

1934 and SEC Rule 10b-5, civil conspiracy to commit fraud, unjust enrichment, negligence, and both intentional and/or negligent infliction of emotional distress.

3. The legal and factual complexity of this case—including detailed allegations subject to the heightened pleading requirements of the Private Securities Litigation Reform Act (PSLRA) and Federal Rule of Civil Procedure 9(b)—necessitates a longer brief to adequately present all arguments and comply with applicable standards.

4. Plaintiff's Response in Opposition is approximately 29 pages in length.

5. Plaintiff has previously sought and received leave to exceed the page limit in related filings in this case due to overlapping legal and factual issues across defendants. Similar grounds support the present request.

6. Plaintiff conferred with Defendants' counsel regarding this motion. Defendants oppose the relief sought.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant leave to file an opposition brief not to exceed **29 pages.**

**Respectfully submitted,**

Dated: September 15, 2025

/s/ Danielle Spears
Danielle Spears, Pro Se
12206 W Harrison Street
Avondale, AZ 85323
paymmtlpnow@gmail.com
480-476-1091

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(G), the undersigned hereby certifies that, as pro se Plaintiff, she has conferred with Defendants John Brda and Greg McCabe's counsel Ryan Lantry on or about September 15, 2025, by email and counsel indicated he is opposed to the motion and relief requested.

/s/ Danielle Spears

Danielle Spears

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on September 15, 2025.

/s/ Danielle Spears
Danielle Spears, Pro Se
12206 W Harrison Street
Avondale, AZ 85323
paymmtlpnow@gmail.com
480-476-1091

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND/ODESSA DIVISION

```
****************************************************
DANIELLE SPEARS                                    *
Plaintiff                                          *
                                                   *   Docket Number: 7:24-cv-321
v.                                                 *
                                                   *
NEXT BRIDGE HYDROCARBONS, INC.                     *
GREGORY MCCABE, JOHN BRDA                          *
THE SECURITIES & EXCHANGE COMMISSION               *
FINANCIAL INDUSTRY REGULATORY AUTHORITY            *
JANE DOE 1-20, JOHN DO 1-20                        *
Defendant                                          *
                                                   *
****************************************************
```

**ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Before the Court is Plaintiff Danielle Spears's Motion for Leave to Exceed the Page Limit in her opposition to Defendants' Motion to Dismiss. Having considered the Motion, the Court finds that good cause exists to grant the requested relief.

IT IS THEREFORE ORDERED that Plaintiff is granted leave to file a brief not to exceed 29 pages in length.

SIGNED this ___ day of _____, 2025.

**UNITED STATES DISTRICT JUDGE**
