**From:** gregmccabe@aol.com
**To:** ▮
**Subject:** Fw: Hudspeth Oil Corporation, a wholly owned subsidiary of Next Bridge Hydrocarbons, Inc. - Drilling Unit Agreement #2837
**Date:** Monday, April 15, 2024 6:46:05 AM
**Attachments:** image005.png
image006.png
image008.png
image010.png
image001.png

---

**\*\*EXTERNAL MAIL\*\***
This email originated outside of The University of Texas System Administration.
Please exercise caution when clicking on links or opening attachments.

---

▮,

Hopefully you have put my name to a face, but we have crossed paths many times over the years. I believe the last time we had an extended conversation was at ▮ ▮ retirement party. I have lived in Midland for over 60 years and have been a Permian Basin geologist for the past four decades. I am the Chairman and CEO of Next Bridge Hydrocarbons.

In regards to the letter from our auditors below, I would love to have a meeting with you to discuss before the UL responds. I flew to Houston on March 22 and met with ▮ to explain the surreal situation I have found myself in. I will share details with you in person, but the short version is that I have taken my public company (Torchlight Energy) and moved it to a private company (Next Bridge Hydrocarbons). The board and I made this decision to go private in an effort to escape a broken system that encourages the destruction of public companies via short-and-distort campaigns. We have been battling these attacks for the last five years. Our very act of going private has trapped some bad actors with significant financial exposure. Oddly, it appears they believe that their only solution is to bankrupt Next Bridge to make their problems go away.

In an effort to crush Next Bridge, these pathetic bottom feeders have put on a full fledged attack against our company, the board, and the management. These attacks started with a vicious social media smear campaign and frivolous lawsuits, but have now escalated to multiple anonymous threats via texts and emails. They crossed an unforgivable line when they sent a threatening email about me to my daughter-in-law at the private school where she teaches, and they had the audacity to copy every member of the faculty. My wife taught at this school for 20 years, all four of our children graduated from there, and now two of my grandchildren attend.

As a result of this outlandish behavior, Next Bridge has lost our entire management team and I have had to come in as the unpaid CEO in January. In addition, three of our board members resigned for "personal reasons", leaving only me and two other old guys that just don't scare that easy.

I explained my situation to ▮ and he confirmed that these trapped short investors have contacted University Lands in an attempt to convince you that Next Bridge is a fraud and the asset has no value. My comment to ▮ was simple: give us two hours