of your time and let our technical team show our data to your best and brightest scientists then you decide who's the fraud.

The two major topics that ▇ wanted addressed were 1) a pathway to royalty income for the UL, and 2) how Next Bridge plans to deal with the plugging liabilities on the acreage. I am working on a presentation for both of these issues. Assuming I can satisfy the concerns about plugging, I can only see upside for the UL in allowing us to continue.

As to the questions from our auditors, I was very involved in the final version of these questions to make sure they captured accurately our current status. Each question has been made succinct and simple:

Question 1) Yes, Next Bridge drilled and completed our five obligation wells for 2023; we have provided all of the required data to the UL, but if you need anything else please let me know.

Question 2) Simply confirm with ▇ that I did meet with him on March 22 and expressed a desire for an extension.

Question 3) This is most important: the question is not committing the UL to an extension; it simply states that you will enter good-faith negotiations with Next Bridge. I will still need to convince all of you with a compelling proposal but, at the very least, surely the UL will give me a chance to make a presentation.

Question 4) This question is still strange to me. The auditor's original question actually asked if the UL "believed" that Next Bridge was capable of fulfilling our obligations under a possible extension. I pointed out that the UL's "beliefs" on the matter were not quantifiable or even determinative. I had them change the phrasing from "belief" to "knowledge or data" to more fairly get to their point.

While the questions might seem otherwise, all four are simply "yes or no" questions and no other discussion is required. If the UL's answers are different than 1) yes 2) yes 3) no and 4) no, please give me an opportunity to discuss with your team before you reply to the auditors. At the risk of stating the obvious, any other answers to these audit questions will play right into the hands of the villains that have terrorized me, my family, and my team.

In closing, I would like to convey to you and your entire team the same thing I told ▇: although my situation is quite bizarre, I am not asking for sympathy, and I am not asking for special favors; I am simply asking for an opportunity to beat these Wall Street criminals. Allowing me to prove once and for all that the Orogrande is a new major basin discovery will accomplish this goal. While this victory will be good for Next Bridge, it will also be the best outcome for the University Lands as well.

Thanks for considering, ▇ and let me know if you have time today or tomorrow to meet. I am happy to come by your office or we can meet at the Petroleum Club for lunch. Looking forward to hearing from you.