Greg McCabe
Chairman and CEO
Next Bridge Hydrocarbons
cell: 432-553-9745

----- Forwarded Message -----
**From:** ████████████████ @utsystem.edu>
**To:** Cecil Garrick <cgarrick@mkacpas.com>; Tony Capello <tcapello@mkacpas.com>; ████████
████ @utsystem.edu>; ████████████ @utsystem.edu>; ████████
@utsystem.edu>
**Cc:** gregmccabe@aol.com <gregmccabe@aol.com>; Roger Wurtele <rwdad@sbcglobal.net>; Amanda
Brown <abrown@mkacpas.com>
**Sent:** Friday, April 12, 2024, 02:23:40 PM CDT
**Subject:** Re: Hudspeth Oil Corporation, a wholly owned subsidiary of Next Bridge Hydrocarbons, Inc. -
Drilling Unit Agreement #2837

Thanks for your message, Cecil. We will not be able to respond before April 15th due to travel schedules.
We will discuss the matter next week as a team and let you know our response to your questions
following that meeting.  Many thanks.

Best,

████

**From:** Cecil Garrick <cgarrick@mkacpas.com>
**Sent:** Thursday, April 11, 2024 3:44:18 PM
**To:** ████████████████ @utsystem.edu>; Tony Capello <tcapello@mkacpas.com>; ████
████████ @utsystem.edu>; ████████████ @utsystem.edu>; ████████
████████ @utsystem.edu>
**Cc:** gregmccabe@aol.com <gregmccabe@aol.com>; Roger Wurtele <rwdad@sbcglobal.net>;
Amanda Brown <abrown@mkacpas.com>
**Subject:** RE: Hudspeth Oil Corporation, a wholly owned subsidiary of Next Bridge Hydrocarbons, Inc.
- Drilling Unit Agreement #2837

---

**\*\*EXTERNAL MAIL\*\***
This email originated outside of The University of Texas System Administration.
Please exercise caution when clicking on links or opening attachments.

---

████.

I understand that the team is out, and the timing is not ideal given those circumstances.

Next Bridge is being audited by my firm, and your response is very helpful to the outcome of the audit.

Is there any way that your team can opine to those questions before Monday, April 15, 2024?