# 1 for 1 of NBH for NEWCO

**Next Bridge Hydrocarbons and the S-1 Registration Filing**

On October 3, 2022, Next Bridge Hydrocarbons (NBH), led by Greg McCabe, filed an S-1 registration statement with the SEC to establish a new entity, NBH Newco. The filing proposed issuing 40 million additional shares to raise capital for Next Bridge by offering one share of Newco stock for each share of Next Bridge stock held through its transfer agent, American Stock Transfer & Trust Company (AST, now Equiniti). On October 21, 2022, an amendment to the S-1 (S-1/A) was submitted to address SEC feedback, providing further financial disclosures and operational updates.

## Key Details of the S-1 Filing and Amendment

1. **Eligibility and Participation**
   Shareholders wishing to participate in the Newco offering were required to directly register their NBH shares with AST (Equiniti). Those who transferred their shares would receive Newco shares on a 1-for-1 basis. While Greg McCabe emphasized that transferring shares to AST was not mandatory, the proposal primarily benefited shareholders registered with the company's transfer agent.

2. **Purpose and Communication**
   The initiative was purportedly tied to resolving issues around share ownership and addressing concerns about synthetic or fraudulent shares. The proposal was communicated through press releases and public statements, sparking significant discussion within shareholder communities about its implications, costs, and logistical challenges.

   Some investors viewed this move as a strategy to enforce transparency and accountability, while others suspected it was a tactic to inject funds into Next Bridge. Concerns centered on the feasibility of transferring shares from brokerages to AST and whether the move would effectively address longstanding issues with synthetic shares.

3. **Merger and Consolidation Misrepresentation**
   Shareholders of MMTLP were advised to transfer their shares to AST as part of a reorganization event. This transfer was represented as essential for consolidating shares under the new corporate structure. However, it later became apparent that this process failed to achieve the promised merger or consolidation. Many shares remained dispersed across various brokerages, preventing the establishment of an accurate aggregate share count necessary for identifying synthetic, fraudulent, or counterfeit shares.

4. **Ongoing CUSIP Issues**
   Despite the transfer, complexities involving the Committee on Uniform Securities Identification Procedures (CUSIP) numbers for MMTLP shares persisted. The transfer to AST did not enhance the security or transparency of shares any more than their custody with other brokerage firms.

5. **Undelivered Bonus Shares**
   Shareholders were led to believe they would receive bonus shares of NBH Newco as an incentive for transferring shares to AST. However, these bonus shares were never delivered. This raises serious concerns about the integrity of representations made to shareholders.

## Concerns of Misrepresentation and Deceit

The actions surrounding the S-1 filing and the transfer to AST suggest potential misrepresentation. Shareholders were seemingly coerced into transferring their shares under false pretenses, with promises of benefits that were never fulfilled. These actions have led to significant allegations of mismanagement and deceit, fueling suspicions of a broader scheme to manipulate shareholder trust and control stock transactions.

## Conclusion

The S-1 filing by Next Bridge Hydrocarbons and its associated processes have left many unresolved questions and concerns. The failure to achieve consolidation, ongoing share identification issues, and unfulfilled promises of bonus shares reflect poorly on the integrity of the initiative. Shareholders deserve transparency and accountability in addressing these matters.