
AST is now EQ

**EQUINITI TRUST COMPANY, LLC**
**OPERATIONS CENTER**
**6201 15TH AVENUE**
**BROOKLYN, NY 11219**

10108.0.001.002.4

DANIELLE ███████ SPEARS

| | |
|---|---|
| Company Number: | 27067 |
| Company Name: | NEXT BRIDGE HYDROCARBONS INC |
| CUSIP: | 591994371 |
| Company Ticker Symbol: | |
| Stock Exchange: | |
| Account Number: | ██████████ |
| Statement Date: | November 17, 2023 |

www.astfinancial.com
investors@astfinancial.com
800-937-5449

## Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | | Account Value | |
|---|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 7,200.000 | 7,200.000 | | Market Value Date | NA |
| Plan Shares | | | | | Market Value Price | NA |
| Certificated Shares | | | | | | |
| Total Shares | | | 7,200.000 | | Total Market Value | NA |

The share prices provided are as of the close of the Market Value Date indicated in this letter and provided by third party. AST does not guarantee the accuracy of such information, and neither AST nor its provider will be liable for any informational errors or for any actions taken reliance on such prices.

### Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 11/13/2023 | BK*0003462 | BOOK SHARES CREDITED | 3,600.000 |