**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **DANIELLE SPEARS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 7:24-cv-00321-DC-RCG** |
| | ) | |
| | ) | |
| **SECURITIES AND EXCHANGE** | ) | |
| **COMMISSION, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**UNOPPOSED MOTION FOR STAY OF REPLY DEADLINE**
**DUE TO A LAPSE OF APPROPRIATIONS**

Defendant U.S. Securities and Exchange Commission ("SEC" or "Commission") hereby moves for a stay of the deadline to file its reply in support of its motion to dismiss, ECF 47, pursuant to Federal Rule of Civil Procedure 6(b). The SEC's reply is currently due October 15, 2025. As explained below, a stay of this deadline is necessary due to a lapse in funding.

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Securities and Exchange Commission expired, and appropriations to the Commission lapsed. The Commission does not know when funding will be restored by Congress.

2.      Absent an appropriation, SEC attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.      Undersigned counsel for the SEC therefore requests a stay of the reply deadline until Congress has restored appropriations to the SEC.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Commission. The Commission requests that, at that time, the deadlines for the SEC to file its reply be extended commensurate with the duration of the lapse in appropriations.

5.      Undersigned counsel discussed this motion with Plaintiff via email on September 30, 2025. Plaintiff informed undersigned counsel that she is not opposed to this motion.

6.      This is the Commission's second request for an extension of this deadline.

Therefore, although we greatly regret any disruption caused to the Court and other litigants, the Commission hereby moves for a stay of the deadline to file a reply in support of its motion to dismiss until after the Commission attorneys are permitted to resume their usual civil

litigation functions.

Respectfully Submitted,

Date: October 1, 2025

_/s/_ Eric A. Reicher _____

Melinda Hardy*
D.C. Bar No. 431906
Eric A. Reicher*
D.C. Bar No. 490866
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-7921 (phone) (Reicher)
hardym@sec.gov
reichere@sec.gov

Jason J. Rose
Texas Bar No. 24007946
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 978-1408 (phone)
(817) 978-4927 (facsimile)
rosej@sec.gov

Counsel for Defendant

* Admitted Pro Hac Vice

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of October, 2025, I filed or caused to be filed the foregoing SEC Unopposed Motion for Stay of Reply Deadline through the CM/ECF system which will provide service to counsels of record and to Plaintiff since she has been granted permission to file electronically by the Court.

<u>*/s/ Eric A. Reicher*</u>
Eric A. Reicher
Special Trial Counsel
U.S. Securities and Exchange Commission