UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **DANIELLE SPEARS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 24-cv-00321-DC-RCG |
| | ) | |
| | ) | |
| **SECURITIES AND EXCHANGE** | ) | |
| **COMMISSION, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING THE SEC'S UNOPPOSED MOTION FOR STAY OF REPLY DEADLINE**

After considering the Securities and Exchange Commission's ("Commission's") Unopposed Motion for Stay of Reply Deadline Due to a Lapse of Appropriations, Dkt. __, ("Motion"), it is hereby ORDERED that the Motion is GRANTED. The deadline for the Commission to file a reply in support of its motion to dismiss ("Reply") (October 15, 2025) is hereby stayed. The Commission shall notify the Court when appropriations have been restored to the Commission. The deadline for the Commission to file a Reply shall be extended commensurate with the duration of the lapse of appropriations, i.e., should the lapse of appropriations last for seven days, the Commission's deadline to file its Reply shall be extended seven days.

SIGNED this ___ day of _____, 2025

                                                        _____
Ronald C. Griffin
United States Magistrate Judge