IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| DANIELLE SPEARS,<br>　　　　　*Plaintiff*,<br><br>v.<br><br>SECURITIES & EXCHANGE COMISSION, NEXT BRIDGE HYDROCARBONS, INC., GREGORY MCCABE, JOHN BRDA, JANE DOE 1-20, JOHN DOE 1-20, and FINANCIAL INDUSTRY REGULATORY AUTHORITY,<br>　　　　　*Defendants*. | §<br>§<br>§<br>§　　MO:24-CV-00321-RCG<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANT SEC'S MOTION FOR STAY OF REPLY DEADLINE

BEFORE THE COURT is Defendant Securities and Exchange Commission's ("Defendant SEC") Unopposed Motion for Stay of Reply Deadline. (Doc. 92). The deadline for Defendant SEC to file a Reply in support of its Motion to Dismiss (Doc. 47) is currently October 15, 2025. Defendant SEC seeks to stay its Reply deadline due to a lapse of appropriations. (Doc. 92).

The Court **GRANTS** Defendant SEC's Motion for Stay of Reply Deadline. (Doc. 92). Defendant SEC is **ORDERED** to notify the Court when appropriations have been restored. The deadline for Defendant SEC to file a Reply shall be extended commensurate with the duration of the lapse of appropriations, i.e., should the lapse of appropriations last for seven days, Defendant SEC's deadline to file its Reply shall be extended seven days.

Case 7:24-cv-00321-DC-RCG   Document 93   Filed 10/03/25   Page 2 of 2

2

It is so **ORDERED**.

SIGNED this 3rd day of October, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE

Case 7:24-cv-00321-DC-RCG   Document 93   Filed 10/03/25   Page 2 of 2

2