UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND/ODESSA DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DANIELLE SPEARS | * |
| Plaintiff | * |
| | *  Docket Number: 7:24-cv-321 |
| v. | * |
| | * |
| NEXT BRIDGE HYDROCARBONS, INC. | * |
| GREGORY MCCABE, JOHN BRDA | * |
| SECURITIES & EXCHANGE COMMISSION | * |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY | * |
| JANE DOE 1-20, JOHN DO 1-20 | * |
| Defendant | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**

Plaintiff Danielle Spears, proceeding *pro se*, respectfully moves for leave to file a Sur-Reply to Defendant Next Bridge Hydrocarbons, Inc.'s ("NBH") Reply in Support of its Motion to Dismiss and states:

1. NBH filed its Reply (Dkt. 95) on October 6, 2025. The Reply raises new factual assertions and legal authorities not contained in NBH's Motion to Dismiss, including citation to *Targgart v. Next Bridge Hydrocarbons, Inc.*, 2025 WL 1831590 (N.D. Tex. July 3, 2025), and new arguments concerning standing and the scope of Plaintiff's pleadings.

2. NBH's Reply also seeks to adopt other Defendants' arguments under Rule 10(c) of the Federal Rules of Civil Procedure. If the Court considers those adopted arguments, fairness warrants allowing Plaintiff a limited Sur-Reply.

3. A Sur-Reply is appropriate when a reply brief introduces new matters that the non-movant has not had an opportunity to address. *See Lacher v. West*, 147 F. Supp. 2d 538, 539 (N.D. Tex. 2001); *Doe v. Univ. of Tex. M.D. Anderson Cancer Ctr.*, 2023 WL 1455874, at *2 (S.D. Tex. Jan. 30, 2023).* It may further constitute an abuse of discretion to rely on new arguments raised for the first time in a reply. *RedHawk Holdings Corp. v. Schreiber*, 836 F. App'x 232, 236–37 (5th Cir. 2020).*

4. Plaintiff's proposed Sur-Reply, attached as **Exhibit A**, is narrowly tailored to address those new issues and does not repeat prior briefing or raise new claims.

5. Granting this Motion will permit the Court to decide NBH's Motion to Dismiss on a complete and accurate record and will not prejudice any Defendant.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant leave to file the Sur-Reply attached as **Exhibit A** and deem it filed as of the date of the Court's Order, and for such other and further relief as the Court deems proper.

Respectfully submitted October 13, 2025,

/s/ Danielle Spears
Danielle Spears pro se
12206 W Harrison Street
Avondale, AZ 85323
paymmtlpnow@gmail.com
480-476-1091

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(G), Plaintiff certifies that on or about **October 13, 2025**, counsel for Defendants **Next Bridge Hydrocarbons**, Josh Frost, notified Plaintiff via email that **they are opposed** to a motion to file a Sur-Reply to Defendants' Reply in Support of their Motion to Dismiss the Second Amended Complaint.

/s/ Danielle Spears
Danielle Spears

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on October 13, 2025.

/s/ Danielle Spears
Danielle Spears, Pro Se
12206 W Harrison Street
Avondale, AZ 85323
paymmtlpnow@gmail.com
480-476-1091
No Fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND/ODESSA DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DANIELLE SPEARS | \* |
| Plaintiff | \* |
| | \*   Docket Number: 7:24-cv-321 |
| v. | \* |
| | \* |
| NEXT BRIDGE HYDROCARBONS, INC. | \* |
| GREGORY MCCABE, JOHN BRDA | \* |
| SECURITIES & EXCHANGE COMMISSION | \* |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY | \* |
| JANE DOE 1-20, JOHN DO 1-20 | \* |
| Defendant | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Before the Court is Plaintiff's Motion for Leave to File a Sur-Reply to Defendants Next Bridge Hydrocarbons Reply in Support of their Motion to Dismiss Plaintiff's Second Amended Complaint.

After considering the Motion and the record, the Court finds the Motion is well-taken and should be GRANTED.

IT IS FURTHER ORDERED that the Sur-Reply shall be limited in scope to the arguments raised for the first time in Defendants' Reply.

SO ORDERED this ___ day of _____, 2025.

_____

United States District Judge