**EXHIBIT A – Corrected SAC Paragraph Cross-Reference for Plaintiff's Response in Opposition (Dkt. 90)**

| Opposition Section / Topic | SAC ¶ Cited in Dkt. 90 | Correct SAC ¶ | Explanation |
|---|---|---|---|
| **I. Introduction** | | | |
| Background – Insider-friendly transactions, dilutive shares, and consultants | ¶¶ 30–34, 82–97 | ¶¶ 17, 31–45, 47–51, 82–97, 117 | ¶¶30–34 TRCH background, not NBH conduct. Insider-enrichment pattern ¶¶31–45 and ¶¶47–51 Self-dealing and ¶¶82–97 Consultant and promoter activity. Linked to NBH's original spin-off share structure in ¶117. |
| Withheld S-1/A rejection and financial restatement | ¶¶66–74, 83-88 | ¶¶204-206, 210-222(+ 8-K & 10-K/A as judicial notice) | ¶¶ 66–74 and 83–88 TRCH and social-media activity, not NBH filings. Nondisclosure pattern in ¶¶ 204–206 and 210–222, corroborated by NBH's Form 8-K (Mar 21 2025) and Form 10-K/A (Sept 15 2025). |
| Failure to disclose asset loss and pending litigation | ¶¶ 75–78, 93 | ¶¶ 203–206, 219–221 (+ 10-K/A judicial notice) | ¶¶ 75–78, 93 Addresses pre-NBH social-media events, not filings. Asset-loss and litigation omissions in ¶¶ 203–206 University Lands lease and ¶¶ 219–221 Address and reporting failures. |
| Inducement narrative (McCabe, Brda & Doe Defendants) | ¶¶ 10, 13–27, 30–34 | ¶¶ 17–21, 30–36, 52–58, 62–68, 71, 78–119 | ¶¶ 10 and 13–16 Jurisdiction and venue, not inducement. The inducement pattern arises in ¶ 17 Respondeat Superior 19–21 w/ Agency & Fiduciary duty ¶¶ 30–36 Show self-dealing foundation, and ¶¶ 52–58, 62–68, 71 and 78-119 Covers Promotional and Holding narrative. |

1

2

| Section | | | |
|---|---|---|---|
| II. Legal Standards for Denying a Motion to Dismiss – Rule 12(b)(6), Rule 9(b), and PSLRA standards | None | N/A | States procedural and pleading standards (Twombly, Tellabs, Matrixx, In re Enron) and contains no SAC citations to correct. No changes required. |
| III. Article III and Statutory Standing - | | | |
| A. Economic Harm & Traceability | None | ¶¶ 17, 31–45, 47–51, 203–206, 211–217 | Shows NBH's liability, insider self-dealing, and nondisclosures causing direct economic injury. |
| B. Statutory Standing Under Section 10(b) – Purchaser/Seller and Inducement to Hold | None | ¶¶ 81–133, 119–122 | ¶¶ 81–133 Describe inducement to hold; ¶¶ 119–122 show insider sales and omissions supporting transactional standing. |
| C. Standing for State-Law Claims – Negligence, Unjust Enrichment, Emotional Distress | None | ¶¶ 17, 31–45, 47–51, 81–118 | Establish fiduciary breaches, consultant misconduct, and respondeat-superior liability supporting state-law standing. |
| IV. Clarification of Pleading Scope (A-E) | | | |
| A Insider Acquisition & META Loans | ¶¶ 17, 36–44 | ¶¶ 17, 36–44, 47–51 | ¶¶ 17 & 36–44 respondeat-superior liability and insider self-dealing; ¶¶ 47–51 expand on related-party loans and book reporting. |

3

| Section | Paragraphs | Notes |
|---|---|---|
| B Capital Structure: Share Dilution, Preferred Shares & Consultant Compensation | ¶¶ 17, 36–44, 117; also ¶¶ 17, 93–98 referenced | ¶¶ 31–45 & 47–51 insider transactions and CAPCO; ¶¶ 93–98 detail consultant compensation and promotion; ¶ 117 sharecount at spinout. |
| C SEC Investigations, NBH & META 8-K Disclosures | 69, 93–94 | ¶¶ 17, 31–45, 47–51 | Non-disclosure of SEC inquiry and pending litigation. |
| D S-1/A Filings, Press Releases & Rule 6490 Omission | 75–78, 93 | ¶¶ 17, 31-45, 47-51 | Failure to disclose halt and liquidity impact. |
| E Books & Records Demands & Non-Response | | ¶¶ 210–222 | Tex. Bus. Org. Code § 21.218 demand ignored. |
| Count V Unjust Enrichment | 30–34, 49–51 | ¶¶ 17, 36–44, 93–98, 117 | Insider benefits and coordinated promotional scheme. |
| Count VI Conspiracy to Commit Fraud | 82–94, 147–151 | ¶¶ 81–118 | Coordination with social-media proxies and consultants. |
| Remaining Counts / Negligence / Emotional Distress | — | ¶¶ 81–118, 207–222 | Same factual base: failure to correct or disclose. |