## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **DANIELLE SPEARS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 7:24-cv-00321-DC-RCG** |
| | ) | |
| | ) | |
| **SECURITIES AND EXCHANGE** | ) | |
| **COMMISSION, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| ——————————————— | ) | |

## NOTICE OF RESTORATION OF APPROPRIATIONS

Pursuant to the Court's October 3, 2025 order ("Order"), ECF 93, Defendant U.S. Securities and Exchange Commission ("SEC" or "Commission") hereby notifies the Court that appropriations have been restored to the Commission, and the Commission returned to normal operations on November 13, 2025.

The lapse of appropriations lasted for 43 days, from October 1, 2025 through November 12, 2025.  Therefore, per the Court's Order, the Commission's deadline to file its Reply in support of its Motion to Dismiss, ECF 47, is likewise extended 43 days.  Because the previous deadline was October 15, 2025, we calculate the new deadline as November 28, 2025.[1]  The Commission will file its Reply brief on or before that date.

---

[1] Forty-three days would be November 27, 2025, a federal holiday.  The deadline is therefore extended to November 28 pursuant to Federal Rule of Civil Procedure 6(a)(1)(C).

Respectfully Submitted,

Date: November 13, 2025

/s/ Eric A. Reicher_____

Melinda Hardy*
D.C. Bar No. 431906
Eric A. Reicher*
D.C. Bar No. 490866
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-7921 (phone) (Reicher)
hardym@sec.gov
reichere@sec.gov

Jason J. Rose
Texas Bar No. 24007946
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 978-1408 (phone)
(817) 978-4927 (facsimile)
rosej@sec.gov

Counsel for Defendant

* Admitted Pro Hac Vice

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of November 2025, I filed or caused to be filed the foregoing Notice of Restoration of Appropriations using the CM/ECF system which will provide service to counsels of record and to Plaintiff since she has been granted permission to file electronically by the Court.


<u>/s/ Eric A. Reicher</u>
Eric A. Reicher
Special Trial Counsel
U.S. Securities and Exchange Commission