# APPENDIX OF EXHIBITS

**EXHIBIT A – Public Statements and Announcements**

- **Exhibit A1** – **BRDA RESPONDS TO GNS CA AND HAMILTON REPLIES ABOUT NWBO** Screenshot of X (Twitter) post dated November 15, 2025 by Defendant John Brda replying to Genius Group CEO Roger Hamilton regarding the newly filed GNS class action lawsuit. Brda states: "@rogerhamilton thanks to you and your board for this effort to expose what appears to be blatant corruption in our markets. It will be interesting to see if you get beyond MTD, if it will get to a jury trial or if the pressure to settle will be too great. The only way this stops is if there is a ruling by the jury and not a confidential settlement. Hopefully the mindset is to see it through."
https://x.com/johnbrda/status/1989699806730637658

- **Exhibit A2** – **HAMILTON POST ASKS SHAREHOLDERS FOR HELP POST CA NOTICE** Screenshot of X (Twitter) posts dated November 15, 2025 by Genius Group Limited CEO Roger Hamilton announcing the filing of a new federal securities-class-action lawsuit on behalf of Genius Group Limited ("GNS") against Citadel Securities LLC and Virtu Americas LLC. In the posts, Hamilton informs shareholders that GNS has initiated litigation over alleged market manipulation and asks investors to report any irregular broker activity, including "buy-button" restrictions.
https://x.com/rogerhamilton/status/1989657836461367752

- **Exhibit A3** – **GNS v Citadel Securities LLC et al.,** Genius Group Limited v Citadel Securities LLC Federal securities class action in the U.S. District Court for the Southern District of New York (Case No. 1:25-cv-09546), alleging that Citadel and Virtu violated Sections 9(a) and 10(b) of the Securities Exchange Act of 1934 through manipulative trading practices known as "spoofing."

- **Exhibit A4** – **BRDA ANSON DIDN'T RECEIVE SHARES ONLY BD DID.** Screenshot of X (Twitter) post dated June 14, 2025 by Defendant Brda which states, "To clarify, Anson did not receive shares, only BD's did. They are still short, to my knowledge."
https://x.com/johnbrda/status/1934073009813234005

- **Exhibit A5** – **DENNIS KNEALE "WHAT'S BUGGING ME" INTERVIEW W BRDA ON ANSON FUNDS SHORT POSITION** Screenshot of a portion of a transcript from an interview aired on June 12, 2025 in which John Brda describes how he knows there are far more short positions than FINRA claims (2.65M) because he states that Anson Funds approached Gregory McCabe to purchase 10 million shares to cover

their short position.
podcasts.apple.com/us/podcast/battle-of-la/id1657007934?i=1000712634938

- **Exhibit A6** – **BRDA EXPLAINS FLAMETHROWER** Screenshot of X (Twitter) post by Brda dated 12/16/2024 stating, "Flamethrower was organized to fund potential litigation and discovery on the issues relating to MMTLP/NBH. After spending a lot of money and time on attorneys, and also funding consultants to get information and develop a case (at that time). @palikaras (ex-CEO of META) was always helpful but his board did not want him to cooperate as they were not "believers" in the impropriety in MMTLP/NBH and for that matter MMAT.  IMO, George lost his job because he stuck his neck out to get info to help the MMTLP holders and MMAT holders.  Flamethrower had to yield to MMAT as they were in control, and Wes and his team are on the case for the benefit of MMAT holders and hopefully some share count info on MMTLP/NBH holders too." *META Materials, Inc. filed Chapter 7 bankruptcy in the District of Nevada in Case. No. 24-50792 on August 9, 2024
x.com/johnbrda/status/1868677165761343557

- **EXHIBIT A7 -  FLAMETHROWER REGISTERED TO BRDA'S HOME ADDRESS VIA TEXAS SECRETARY OF STATE** Screenshot of the registration for a limited liability company named Flamethrower which identifies John Brda's home residence as the primary address filed January 9, 2023.

- **EXHIBIT A8 - BRDA POST WARSHAW BURSTEIN CHRISTIAN LEVINE LAW GROUP RETAINED 01/18/2023** Screenshot of X (Twitter) post dated January 18, 2024 by John Brda displays a press release announcing Warshaw Burstein & Christian Levine Law Groups having been retained by of Flamethrower, LLC to investigate whether tens of thousands of unsuspecting investors were fraudulently sold hundreds of millions of unauthorized "phantom" shares of Next Bridge Hydrocarbons, Inc. by market makers, broker dealers and other third parties. It further states that the investigation will also focus on whether fraud was committed in connection with the listing of MetaMaterials, Inc.'s ("MMTLP") shares and whether Torchlight, Inc. and MMTLP were targeted by broker dealers, market makers and other third parties who employed a scheme or device to manipulate their share prices. Flamethrower, a consortium of shareholders, is committed to investigating and prosecuting every company or individual who engaged in a market manipulation scheme that targeted these companies and will seek to hold them financially liable for their unlawful conduct. (The members of Flamethrower other than John Brda have yet to be identified).
x.com/johnbrda/status/1615763501720404004

**EXHIBIT B - JOHN BRDA INTERVIEWS**

- 🔴 BREAKING NEWS: $MMTLP METAMATERIALS - FINRA FRAUD? JOH… 12/12/2022

- Interview with John Brda regarding MMTLP / META and FINRAs Corrupt practices 12/13/2022

- Billion $$$ Fight Against Naked Short Selling  1/20/23

- Naked Short Killer Strategies - Roundtable Mon 12.30pm  1/23/23

- CEO Roundtable: Wall Street Fraud, Mar 2nd, 12.30pm EST  3/2/2023

- John Brda interview with Let-It-Trade.com | MMTLP  4/8/2023

- The Short War End Game LIVE  5/19/2023

- MMTLP John Brda interviewed on Dennis Kneale  1/19/2024

- What's Bugging Me Dennis Kneale 6/12/2025 (Exhibit A5)

- Interview of John Brda, former CEO of TRCH with Robb Carter.  6/19/2025