IG ME 6....  ▼    31 Jul, 11:10AM



00:03  John  J    Companies that they want to go down because they have a short position, right? And they're in a lot of trouble right now. The DOJ and the SEC has got that figured out, so.

DENNIS KNEALE: Yes. So, you're saying Anson is a hedge fund? I don't know the Anson story. I'm sorry. I'll just readily admit that.

JOHN BRDA:  Well, there's a...if you...well, it's all over Twitter and Access. Anson Funds is out of Toronto. They...you are going to love this. Remember McCabe talking about the fact that FINRA said there was only 2.65 million shares short, after the fact. And so it was no big deal, according to FINRA. Well, the reason why McCabe said we know that number is wrong is because Anson Funds came to Greg and said, I need 10 million shares.

DENNIS KNEALE: Just themselves, just one hedge fund, which shows you that this is probably tens of millions of shares that were non-existent, right! Gotcha. Loving that.

Yeah. So, you know, hedge funds are trying to manipulate stuff like that all the time, short sellers. And it seems like.

      1x