IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| DANIELLE SPEARS,<br>　　　　*Plaintiff*,<br><br>v.<br><br>NEXT BRIDGE HYDROCARBONS,<br>INC.; GREGORY MCCABE; JOHN<br>BRDA; SECURITIES & EXCHANGE<br>COMMISSION; FINANCIAL<br>INDUSTRY REGULATORY<br>AUTHORITY; and JANE DOE 1-20,<br>JOHN DOE 1-20;<br>　　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MO:24-CV-00321-RCG |

**ORDER GRANTING FINRA'S REQUEST FOR JUDICIAL NOTICE**

BEFORE THE COURT is Defendant Financial Industry Regulatory Authority, Inc.'s ("FINRA") Request for Judicial Notice. (Doc. 43).[1] This case is before the undersigned through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. After due consideration of FINRA's brief and the relevant case law, the Court **GRANTS** FINRA's Request for Judicial Notice. (Doc. 43).

Plaintiff Danielle Spears ("Plaintiff") filed her Original Complaint in this Court on December 6, 2024. (Doc. 1). Plaintiff amended her Complaint once as a matter of right and a second time with leave of Court. (Docs. 3, 13). On May 20, 2025, FINRA filed its Motion to Dismiss, which is fully briefed. (Docs. 45, 69, 81). In the instant Request, FINRA asks the Court to take judicial notice of, and otherwise consider, several documents when deciding FINRA's Motion to Dismiss. (Doc. 43). These documents include, but are not limited to, other court decisions, publicly available filings, and FINRA's rules. *Id*.

---
1. All citations are to CM/ECF generated pagination unless otherwise noted.

The Court need not reach the merits of this request as it is unopposed. Under Local Rule CV-7(d)(2), any response to a non-dispositive motion must be filed "no later than 7 days after the filing of the motion." The rule further provides that "[i]f there is no response filed within the time period by this rule, the court may grant the motion as unopposed." LOCAL COURT RULE CV-7(d)(2). Here, FINRA's Request was filed on May 19, 2025, and notice and service of the Motion were provided to Plaintiff via the Court's CM/ECF system. (*See* Doc. 43 at 4). Under this Court's rules, Plaintiff's response was due May 26, 2025. Plaintiff did not respond within the 7-day period, nor has Plaintiff responded since the deadline passed. The Court therefore concludes there is no opposition to the relief sought by way of the Request. *See Lamonica v. Allstate Fire & Cas. Ins.*, No. 19-CV-0152, 2020 WL 5358499, at *1 (W.D. Tex. Feb. 7, 2020). Accordingly, the Court **GRANTS** FINRA's Request for Judicial Notice as unopposed. (Doc. 43).

It is so **ORDERED**.

SIGNED this 28th day of January, 2026.

                                                 _____
                                                 RONALD C. GRIFFIN
                                                 UNITED STATES MAGISTRATE JUDGE