UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**************************************************

| | |
|---|---|
| DANIELLE SPEARS | * |
| Plaintiff | * |
| | *  Docket Number: 7:24-cv-321 |
| v. | * |
| | * |
| NEXT BRIDGE HYDROCARBONS, INC. | * |
| GREGORY MCCABE, JOHN BRDA | * |
| THE SECURITIES & EXCHANGE COMMISSION | * |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY | * |
| JANE DOE 1-20, JOHN DO 1-20 | * |
| Defendant | * |
| | * |

**************************************************

---

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION

---

Plaintiff Danielle Spears, proceeding pro se, respectfully moves the Court for a thirty (30) day extension of time to file her objections to the Magistrate Judge's Report and Recommendation (the "R&R"). In support, Plaintiff states as follows:

1. The Report and Recommendation was entered on January 28, 2026.

2. Plaintiff's objections are currently due on February 10, 2026

3. Plaintiff seeks a brief extension of thirty (30) days, up to and including March 11, 2026, to file her objections.

4. Good cause exists for this request. The R&R addresses multiple defendants and complex legal and factual issues. Plaintiff is diligently preparing her objections and seeks this limited extension to ensure a complete, accurate, and well-supported filing that will aid the Court's review.

5. This is Plaintiff's first request for an extension of time to respond to the R&R.

6. The requested extension will not prejudice Defendants and will promote the orderly and efficient administration of justice.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and extend the deadline for filing objections to the Report and Recommendation by thirty (30) days.

/s/ Danielle Spears
Danielle Spears, Pro Se
12206 W Harrison Street
Avondale, AZ 85323
paymmtlpnow@gmail.com
480-476-1091
No Fax

**CERTIFICATE OF CONFERENCE**

Plaintiff is proceeding pro se. To the extent Local Rule CV-7(g) is deemed applicable, Plaintiff attempted in good faith to confer regarding a requested extension of time related to these consolidated objections. Counsel for all Defendants responded as unopposed to the extension. Plaintiff files these Rule 72(b) objections within the time permitted by the Court.

/s/ Danielle Spears
Danielle Spears

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on February 4, 2026.

/s/ Danielle Spears
Danielle Spears, Pro Se
12206 W Harrison Street
Avondale, AZ 85323
paymmtlpnow@gmail.com
480-476-1091
No Fax

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DANIELLE SPEARS | \* |
| Plaintiff | \* |
| | \*  Docket Number: 7:24-cv-321 |
| v. | \* |
| | \* |
| NEXT BRIDGE HYDROCARBONS, INC. | \* |
| GREGORY MCCABE, JOHN BRDA | \* |
| THE SECURITIES & EXCHANGE COMMISSION | \* |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY | \* |
| JANE DOE 1-20, JOHN DO 1-20 | \* |
| Defendant | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

Before the Court is Plaintiff Danielle Spears's Motion for Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation.

Having considered the Motion, and finding good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**.

Plaintiff shall have **thirty (30) days** from the original deadline, up to and including **March 111, 2026**, to file her objections to the Report and Recommendation.

IT IS SO ORDERED.

DATE                                                                                    UNITED STATES DISTRICT JUDGE