# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **DANIELLE D SPEARS,**<br>*Plaintiff*<br><br>v.<br><br>**SECURITIES & EXCHANGE COMMISSION, NEXT BRIDGE HYDROCARBONS, INC., GREGORY MCCABE, JOHN BRDA, JANE DOE, 1-20; JOHN DOE, 1-20; AND FINANCIAL INDUSTRY REGULATORY AUTHORITY,**<br>*Defendants* | § § § § § § § § § § § § § | **MO:24-CV-00321-DC** |

## ORDER

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Ronald C. Griffin concerning Defendant Next Bridge Hydrocarbons Inc.'s ("NBH") Motion to Dismiss Plaintiff's Second Amended Complaint.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on January 28, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the

---

[1] Doc. 54.
[2] Doc. 108.

report and recommendations objected thereto. When no objections are timely-filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

Because no party in this case has filed timely objections to this report and recommendation, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the United States Magistrate Judge[4] is **ADOPTED**. NBH's Motion to Dismiss Plaintiff's Second Amended Complaint[5] is **GRANTED**. Plaintiff's claims as to NBH for a violation of the Securities Exchange Act (15 U.S.C. § 78), negligence, failure to resolve the FINRA U3 halt, conspiracy to commit fraud, 16 negligent or intentional infliction of emotional distress, and unjust enrichment are therefore **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED this 24th day of February, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[3] Fed. R. Civ. P. 72 advisory committee's note.
[4] Doc. 108.
[5] Doc. 54.