UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

```
*********************************************
DANIELLE SPEARS                              *
Plaintiff                                    *
                                             *   Docket Number: 7:24-cv-321
v.                                           *
                                             *
GREGORY MCCABE                               *
Defendant                                    *
                                             *
JOHN BRDA                                    *
Defendant                                    *
                                             *
THE SECURITIES & EXCHANGE COMMISSION          *
Defendant                                    *
                                             *
Financial Industry Regulatory Authority, Inc. *
Defendant                                    *
                                             *
John Does 1-20                               *
Jane Does 1-20                               *
*********************************************
```

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiff Danielle Spears respectfully moves for leave to file the attached Third Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

Plaintiff submits this amendment in response to the Court's Report and Recommendation addressing jurisdictional and pleading issues. The proposed Third Amended Complaint clarifies the statutory basis for jurisdiction, the scope of the ultra vires claims against FINRA and the Securities and Exchange Commission, and the factual allegations supporting the securities fraud claims against Defendants John Brda and Gregory McCabe.

Federal Rule of Civil Procedure 15(a)(2) provides that courts should freely grant leave to amend when justice so requires. The proposed amendment is submitted in good faith and is intended to address the issues identified by the Court. The amendment does not prejudice Defendants and will allow the case to proceed on the merits.

Plaintiff therefore respectfully requests that the Court grant leave to file the attached Third Amended Complaint.

Respectfully submitted the 9th day of March, 2026,

/s/ Danielle Spears
Danielle Spears, Plaintiff, Pro Se
12206 West Harrison Street
Avondale, AZ 85323
paymmtlpnow@gmail.com
480-476-1091

## **CERTIFICATE OF SERVICE**

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on March 9, 2026.

/s/Danielle Spears
Danielle Spears, Plaintiff, Pro Se
12206 W Harrison St
Avondale, AZ 85323
paymmtlpnow@gmail.com
480-476-1091

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

```
*********************************************
DANIELLE SPEARS                              *
Plaintiff                                    *
                                             *   Docket Number: 7:24-cv-321
v.                                           *
                                             *
GREGORY MCCABE                               *
Defendant                                    *
                                             *
JOHN BRDA                                    *
Defendant                                    *
                                             *
THE SECURITIES & EXCHANGE COMMISSION *
Defendant                                    *
                                             *
Financial Industry Regulatory Authority, Inc.*
Defendant                                    *
                                             *
John Does 1-20                               *
Jane Does 1-20                               *
*********************************************
```

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Third Amended Complaint.

Having considered the motion and the record, the Court finds that the motion should be

**GRANTED.**

**IT IS ORDERED** that Plaintiff is granted leave to file the Third Amended Complaint attached as Exhibit A.

**SIGNED** this ___ day of _____, 2026.

_____
**UNITED STATES DISTRICT JUDGE**