**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **DANIELLE SPEARS,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **MO:24-CV-00321-DC-RCG** |
| | § | |
| **SECURITIES & EXCHANGE** | § | |
| **COMISSION, NEXT BRIDGE** | § | |
| **HYDROCARBONS, INC., GREGORY** | § | |
| **MCCABE, JOHN BRDA, JANE DOE 1-** | § | |
| **20, JOHN DOE 1-20, and FINANCIAL** | § | |
| **INDUSTRY REGULATORY** | § | |
| **AUTHORITY,** | § | |
| *Defendants.* | § | |

## ORDER ADMINISTRATIVELY CLOSING THE CASE

BEFORE THE COURT is Plaintiff Danielle Spears' ("Plaintiff") Notice of Appeal. (Doc. 120). This case is before the undersigned through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges.

On January 28, 2026, the undersigned issued three Reports and Recommendations recommending Plaintiff's claims against the Securities & Exchange Commission, the Financial Industry Regulatory Authority, Gregory McCabe, and John Brda be dismissed with prejudice. (Docs. 106, 107, 109). Following objections by Plaintiff, the Court, in an Omnibus Order, overruled the objections and adopted all three Reports and Recommendations. (Doc. 118). Plaintiff filed a Notice of Appeal of the Omnibus Order. (Doc. 120).

**IT IS THEREFORE ORDERED** this case is **ADMINISTATIVELY CLOSED**[1] pending the resolution of Plaintiff's appeal.

---

1. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an

Further, the Clerk's Office is **DIRECTED** to **TERMINATE** all deadlines, hearings, and motions in this case. The case will be **REINSTATED** when the appeal is resolved.

It is so **ORDERED**.

SIGNED this 18th day of March, 2026.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE

---

arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay[.]").